**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Valentino Dimitrov, individually, and on behalf of all others similarly situated

**Defendant(s):** Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife, and DOES 1 through 10, inclusive

County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

George K. Chebat , Managing Attorney
Enara Law PLLC
7631 E Greenway Road, Suite B-2
Scottsdale, Arizona  85260
6026872010

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

<u>II. Basis of Jurisdiction</u>:     3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u> (Diversity Cases Only)

Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

<u>IV. Origin</u> :     1. Original Proceeding

<u>V. Nature of Suit:</u>     470 RICO

<u>VI. Cause of Action:</u>     **RICO VIOLATION OF 18 U.S.C. §§ 1961-1976**

<u>VII. Requested in Complaint</u>

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>George K. Chebat</u>

    **Date:** <u>02/02/2023</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014