# EXHIBIT D



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Sat, Jun 4, 2022 at 10:06 PM Brian Colvin <brian.colvin@stavatti.com> wrote:
> Dear Valentino
>
> I hope this email finds you well. Since we are late returning your principal as planned, I wanted to write to you and provide you with our progress report. I've attached a letter which provides an update of where we are, and where we're going, and how soon (our timeline to repay you).
>
> Please review it and let me know if you have any questions, or comments. I look forward to hearing from you soon.
>
> Kindest regards,
>
> **Brian D. Colvin**
>
> PRESIDENT of STAVATTI AEROSPACE, LTD.
>
> CHAIRMAN & CEO of STAVATTI UAVS, LTD.
>
> TEL: 424-501-5646
> TEL: 307-620-7261
> email: Brian.Colvin@stavatti.com
> http://www.stavatti.com
>
> STAVATTI NIAGARA
> 9400 Porter Road
> Niagara Falls, NY 14304
> USA
>
> STAVATTI BUFFALO
> 4455 Genesee Street
> Suite 114
> Buffalo, NY 14225
> USA
>
> STAVATTI MINNESOTA
> P.O. Box 211258
> Eagan, MN 55121
> USA
>
> STAVATTI WYOMING
> 30 North Gould Street
> Suite 2247
> Sheridan, WY 82801
> USA
>
> STAVATTI UKRAINE
> Kyivs'ka Street 4
> Suite 217
> Vinnytsia, 21000, Ukraine
>
> Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.
>
> Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.
>
> U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD

concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of
the data and/or USG commitment to furnish information or material is neither implied nor intended.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**2 attachments**


**STAVATTI BofA March 2022.JPG**
96K

**STAVATTI BofA April 2022.JPG**
39K