# EXHIBIT E





June 2022
$35MM Capital Raise

Stavatti is an innovative aircraft manufacturing company seeking to raise $35MM to acquire and upgrade 4 MiG-29s and purchase the former Bell Aerospace plant

## Company Overview

- Stavatti is a state-of-the-art aircraft manufacturer focused on the design and production of new/existing military, commercial and general aviation aircraft

- Founded in 1994, Stavatti is currently headquartered at Stavatti Niagara Aeronautical Prototype Production Engineering & Research (SNAPPER) in Niagara Falls, NY

- Stavatti expects to begin upgrading 10 MiG-29s to Stavatti-designed SM-29 Super Fulcrum aircraft in 2023, scaling to 50 aircraft upgrades by 2026

- Starting in 2026, Stavatti expects to begin sales of its new SM-28 and SM-31 Stavatti-designed fighter jets

## MiG-29 Upgrade Program

- The MiG-29 is the world's 5th most popular fighter jet and is in use with over 20 NATO and other U.S.-allied countries today

- Currently, MiG-29s face part shortages due to NATO members and other U.S.-allied countries being unable to source parts from Russia

- Additionally, technology obsolescence issues have made the MiG-29 unable to compete with alternative fighter jets

- To address these issues, Stavatti designed the SM-29 Super Fulcrum, an upgrade program for existing MiG-29s, improving their operational capabilities and effectiveness

- More than 700 MiG-29s remain in allied services globally, and Stavatti expects to upgrade more than 500 over the next decade

## Use of Proceeds

 

- $11MM: Acquisition of 4 MiG-29 aircraft from Air USA, including 2 MiG-29UBs

- $10MM: Upgrade of MiG-29s purchased to serve as demo aircraft; expected to result in future contracts

- $14MM: Acquisition of Bell Aerospace Plant to expand manufacturing capability

## Future Opportunities and Growth

- Stavatti is currently developing its SM-28 Machete, a next-generation, heavily armored single-engine attack aircraft

- The SM-28 is desperately needed to replace the aging A-10 fighter jet and other subsonic close air support aircrafts – the SM-28 is projected to replace 1,500 of these aircraft currently in use

- Stavatti is also currently developing its SM-31 Stiletto, an advanced 5th generation supersonic trainer and light jet fighter

## Key Investment Highlights

- Experienced Team with Design Expertise
- Exceptional Pentagon and Corporate Aerospace Relationships
- Knowledge of Government Contract Process
- Mission-Critical Upgrade in Current Environment
- Future Projects and Growth
- Lean Development Cycle
- Advanced Engineering and Design Capabilities

## Financial Summary



Projected Revenue by Aircraft

| Expected Units Sold | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| SM-29 | 10 | 40 | 50 | 50 | 50 |
| SM-28 | - | - | - | 25 | 50 |
| SM-31 | - | - | - | 36 | 48 |

---

**DM DelMorgan & Co.**

| Rob Delgado | Neil Morganbesser | Syed Kazmi | Justin Ryan | Sawan Bhandari |
|---|---|---|---|---|
| Sr. Managing Director | Sr. Managing Director | Managing Director | Associate | Analyst |
| rd@delmorganco.com | nm@delmorganco.com | smk@delmorganco.com | jr@delmorganco.com | sgb@delmorganco.com |
| (310) 319-2000 | (310) 319-2000 | (310) 319-2000 | (310) 935-3824 | (310) 319-2000 |

DelMorgan & Co., LLC, 100 Wilshire Blvd, Suite 750, Santa Monica, CA 90401

The highly confidential information contained herein has been prepared solely for information purposes on behalf of Stavatti Aerospace, Inc. ("Stavatti Aerospace" or the "Company"). The recipient agrees to be responsible for any unauthorized disclosure of the information contained herein by it or its advisors or representatives. Under no circumstances should any of the Company's management, employees, principals, customers or suppliers be contacted in relation to this possible transaction. No representation, warranty or undertaking, expressed or implied, is or will be made, and no responsibility or liability will be accepted, by DelMorgan & Co., LLC, Globalist Capital, LLC or the Company, or any of their respective affiliates, associates, directors, officers, employees, agents, advisors or shareholders, as to, or in relation to, the accuracy or completeness of the information contained herein, or any other information, errors therein or omissions therefrom. Projections are based on Company estimates as of June 2022. DelMorgan & Co. and Globalist Capital have not independently verified any of such information and assume no responsibility for its accuracy or completeness.

Securities offered through Globalist Capital, LLC, a registered broker-dealer. Member of SIPC.