# EXHIBIT F



On Thu, Jun 30, 2022 at 5:22 PM Brian Colvin <brian.colvin@stavatti.com> wrote:
> Dear Vallentino
>
> I hope this message finds you well. We are one day away from the deadline in which we last discussed having your principal payment returned to you (and your partners). We are not going to be able to meet that deadline. In light of that, I/we wanted to share the steps to correct this matter. DelMorgan & Co. (our investment banking firm raising $35M for us) has put the package out to the market of their investor starting Monday (large firms), Tuesday (hi net worth groups, and individuals)..
>
> DelMorgan is raising us $35M (first round) and $130M (second round). They are experts in the industry, and have raised over $1 Billion in capital for companies like STAVATTI AEROSPACE, LTD. I have attached the 1 Page - Teezer that went out to the market on Monday and Tuesday. We are confident that there will be capital coming in soon from this. As soon as it comes in, we will be paying you back your principal, then starting on our project so you will have your profit participation.

Please review the attachment, and let me know if you have further questions. I can also share the full project pitch deck which echoes the pitch deck that was shared with you prior. We are in constant contact with the US Treasury (Foreigne Military Finance), US Department of State, and US Department of Defense to get our current orders approved. Once our orders are approved, we will have capital to take care of this payment as well.

We are doing everything possible to reimburse you as quickly as possible. I will keep you posted on our progress. Thank you for your patients, and understanding.

Kindest regards,

**Brian D. Colvin**

PRESIDENT of STAVATTI AEROSPACE, LTD.

CHAIRMAN & CEO of STAVATTI UAVS, LTD.

TEL: 424-501-5646  
TEL: 307-620-7261  
email:  Brian.Colvin@stavatti.com  
http://www.stavatti.com

STAVATTI NIAGARA  
9400 Porter Road  
Niagara Falls, NY 14304  
USA

STAVATTI BUFFALO  
4455 Genesee Street  
Suite 114  
Buffalo, NY 14225  
USA

STAVATTI MINNESOTA  
P.O. Box 211258  
Eagan, MN 55121  
USA

STAVATTI WYOMING  
30 North Gould Street  
Suite 2247  
Sheridan, WY 82801  
USA

STAVATTI UKRAINE  
Kyivs'ka Street 4  
Suite 217  
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.