# EXHIBIT G



**From:** rudy superiorinc.us <rudy@superiorinc.us>
**Sent:** Thursday, June 30, 2022 4:04 PM
**To:** Valentino D <valentino101@msn.com>
**Subject:** Stavatti update

Hello Valentino,

I have spoken to Brian regarding the status of the Stavatti Loan.

Del Morgan says it has received two brokerage firm response  17 million each
I believe the funding will complete next week

I am including the teaser that was distributed Monday

Del Morgan will not normally give a firm date   but I believe we are very close now.

I have asked Stavatti to email you an update you will probably get today.

I will try to call you now

Thank you,

Rudy

---

 **Stavatti Teaser 6.24.22.pdf**
338K