# EXHIBIT H



---

**From:** Brian Colvin <brian.colvin@stavatti.com>
**Sent:** Friday, July 1, 2022 8:10 PM
**To:** Vallentino Demitriov <Valentino101@msn.com>; Rudy Chacon <rudy@superiorinc.us>
**Subject:** Re: Project Update

Vallentino

I understand that you wanted to see the deposit of the capital invested with us. We made two. Please see the attached deposit records from our statements. .

Please let e know if you have any questions; Have a safe 4th of July.

Kindest regards,

**Brian D. Colvin**

PRESIDENT of STAVATTI AEROSPACE, LTD.

CHAIRMAN & CEO of STAVATTI UAVS, LTD.

TEL: 424-501-5646

TEL: 307-620-7261
email:  Brian.Colvin@stavatti.com
http://www.stavatti.com

STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA

STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA

STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA

STAVATTI WYOMING
30 North Gould Street
Suite 2247
Sheridan, WY 82801
USA

STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*