# EXHIBIT I



# BANK OF AMERICA

## Your checking account

STAVATTI AEROSPACE LTD | Account # 3251 3278 7316 | March 1, 2022 to March 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/01/22 | Counter Credit | 912,500.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:0733 ET TRN:20220301002700401 SEQ:33485520060ES/001891 ORIG:JAMES R RAPALLO ID:793699922 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:PPL OF 22/03/0 1 | 25,000.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:0604 ET TRN:20220301002399335 SEQ:3811902059ES/002011 ORIG:ANN E RODGERS ID:892175816 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:DCD OF 22/02/28 IN REFERENCE TO: ANN RODGERS | 17,000.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:1345 ET TRN:20220301004448566 SEQ:36253220060ES/012742 ORIG:ANN E RODGERS ID:892175816 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:DCD OF 22/03/01 ANN RODGERS | 5,000.00 |
| 03/11/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 03/16/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 03/18/22 | Counter Credit | 6,000.00 |
| Total deposits and other credits | | $965,590.00 |