# EXHIBIT J



**BANK OF AMERICA**

STAVATTI AEROSPACE LTD | Account # 3251 3278 7316 | April 1, 2022 to April 30, 2022

# Your checking account

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 04/20/22 | Counter Credit | 100,000.00 |

**Total deposits and other credits** $100,045.00