AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation;  Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br>　　　　　　Defendants. | Civil Action No.<br><br>CV-23-00226-PHX-DJH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*　　**Stavatti Aerospace, Ltd, a Minnesota corporation**
　　　　　　　　　　　　　　　　　　　　**c/o Christopher Robin Beskar - Registered Agent**
　　　　　　　　　　　　　　　　　　　　**1061 Tiffany Drive**
　　　　　　　　　　　　　　　　　　　　**Egan, MN 55123-1877**

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on y )ou (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer )or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　**GEORGE K. CHEBAT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Enara Law, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**7631 East Greenway Road, Suite B-2, Scottsdale, Arizona 85260**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Telephone: (602) 687-2010**

　　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV-23-00226-PHX-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: