# EXHIBIT A



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JOHN SIMON**
was recieved by me on **2/23/2023:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **JEAN SIMON**, a person of suitable age and discretion who resides at **3845 TONAWANDA CREEK ROAD, EAST AMHERST, NY 14051-1023**, on **02/23/2023 at 5: 34 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  02/23/2023

_____
*Server's signature*

**Anthony Crowley**
*Printed name and title*

**90 Felton street**
**North Tonawanda, NY 14120**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to JEAN SIMON who indicated they were the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact over 65 years of age, 5'6"-5'8" tall and weighing 200-240 lbs.**




Tracking #: **0101729568**