# EXHIBIT D



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **STAVATTI HEAVY INDUSTRIES LTD, A HAWAII CORPORATION** was recieved by me on **2/23/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **HAWAII REGISTERED AGENT LLC**, who is designated by law to accept service of process on behalf of **STAVATTI HEAVY INDUSTRIES LTD, A HAWAII CORPORATION** at **1001 BISHOP ST STE 2685-A, HONOLULU, HI 96813** on **03/01/2023 at 12:59 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  03/01/2023

*Server's signature*

**Gregory Au**
*Printed name and title*

**3202 winam avenue**
**Honolulu, HI 96815**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to HAWAII REGISTERED AGENT LLC, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 55-65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.  Colin kurata**




Tracking #: **0102075456**