# EXHIBIT E



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **STAVATTI IMMOBILIARE, LTD, A WYOMING CORPORATION** was recieved by me on **2/24/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **REGISTERED AGENTS, INC.**, who is designated by law to accept service of process on behalf of **STAVATTI IMMOBILIARE, LTD, A WYOMING CORPORATION** at **30 N GOULD ST STE R, SHERIDAN, WY 82801** on **03/01/2023 at 9:56 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  03/01/2023

*Server's signature*

**Dustin Looper**
*Printed name and title*

**101 E Loucks St
Unit 6384
Sheridan, WY 82801**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to REGISTERED AGENTS, INC., REGISTERED AGENT with identity confirmed by previously served. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white female contact 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.  Kelsey Flemming**



Tracking #: **0102035821**

