**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, LTD, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, LTD, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewn and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV-23-00226-PHX-DJH<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STAVATTI NIAGARA LTD; JOHN SIMON AND JEAN SIMON** |

Plaintiff Valentino Dimitrov ("Plaintiff") requests the Clerk of Court enter default

1

against Defendant Stavatti Niagara, Ltd; and John Simon and Jean Simon (husband and wife) (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(a).

In support of this request, Plaintiff relies on the record in this case and the affidavit submitted as "Exhibit A".

RESPECTFULLY SUBMITTED this 28th day of March, 2023.

**ENARA LAW, PLLC**

By: /s/ *George Chebat*
George Chebat
Joseph J. Toboni
Daniel de Julio
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2023, copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.