**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>         Plaintiffs,<br>   vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: CV-23-00226-PHX-DJH<br><br><br>**DECLARATION OF GEORGE CHEBAT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STAVATTI NIAGARA LTD; JOHN SIMON AND JEAN SIMON** |

1

I, George Chebat, declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for Plaintiff and I am familiar with the file, records and pleadings in this matter.

2. The Complaint was filed on February 3, 2023. (Doc. 1)

3. Defendant John Simon and Jean Simon, husband and wife was served on February 23, 2023. And Defendant Stavatti Niagara, Ltd, a New York corporation was served on February 23, 2023, as reflected in the proof of service filed on March 28, 2023. (Doc. 7).

4. Defendants Answer or other responses to the Complaint were due on or before March 27, 2023.

5. To date, the above-named Defendants have failed to plead or otherwise defend within the time allowed and therefore are now in default.

6. Plaintiff requests that the Clerk of the Court enter default against each of the Defendants, jointly and severally.

7. In compliance with the requirements of 50 U.S.C. § 520, I verify that to the best of my knowledge, information and belief the Defendants are not in the military service.

WHEREFORE, the undersigned requests the Clerk of this Court to enter default of the Defendants, Stavatti Niagara, Ltd; John Simon and Jean Simon.

**DATED** March 28, 2023.

                                               **ENARA LAW, PLLC**

`

                                             By: /s/ *George Chebat*
                                                    George Chebat
                                                    Joseph J. Toboni

Daniel de Julio
*Attorneys for Plaintiff*