# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Stavatti Aerospace Limited, et al.,<br><br>　　　　　Defendants. | NO. CV-23-00226-PHX-DJH<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant John Simon and Stavatti Niagara Limited.

DEFAULT ENTERED this 30th day of March, 2023.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 30, 2023

　　　　　　　　　　　　　　　　s/ Wendy Poth
　　　　　　　　　　　　By　　Deputy Clerk