1  **GEORGE K. CHEBAT (034232)**
   George@EnaraLaw.com
2  **JOSEPH J. TOBONI (031385)**
   Joseph@EnaraLaw.com
3  **DANIEL DE JULIO (035854)**
4  Danny@Enaralaw.com
   **Enara Law PLLC**
5  7631 East Greenway Road, Suite B-2
   Scottsdale, Arizona 85260
6  Telephone: (602) 687-2010
7  *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:23-CV-00226-DJH<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STAVATTI AEROSPACE LTD, A WYOMING CORPORATION; STAVATTI IMMOBILIARE, LTD, A WYOMING CORPORATION; STAVATTI INDUSTRIES, LTD, A WYOMING CORPORATION; STAVATTI SUPER FULCRUM LTD, A WYOMING CORPORATION;  AND STAVATTI HEAVY INDUSTRIES LTD, A HAWAII CORPORATION** |

Plaintiff Valentino Dimitrov ("Plaintiff") requests the Clerk of Court enter default against Defendants: Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Super Fulcrum, LTD, a Wyoming corporation; and Stavatti Heavy Industries Ltd, a Hawaii corporation (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(a).

In support of this request, Plaintiff relies on the record in this case and the affidavit submitted as "**Exhibit A**".

**RESPECTFULLY SUBMITTED** this 3rd day of April, 2023.

**ENARA LAW, PLLC**

By: /s/ *George K. Chebat*
George K. Chebat
Joseph J. Toboni
Daniel de Julio
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2023, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

By: /s/ Shelly N. Witgen, ACP