# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Stavatti Aerospace Limited, et al.,<br><br>　　　　　Defendants. | **NO. CV-23-00226-PHX-DJH**<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Stavatti Aerospace Limited; Stavatti Immobiliare Limited; Stavatti Industries Limited; Stavatti Super Fulcrum Limited; and Stavatti Heavy Industries Limited.

DEFAULT ENTERED this 4th day of April, 2023.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 4, 2023

　　　　　　　　　　　　　　　　　　　s/ Wendy Poth
　　　　　　　　　　　　　　　By　　Deputy Clerk