1  **GEORGE K. CHEBAT (034232)**
2  George@EnaraLaw.com
   **JOSEPH J. TOBONI (031385)**
3  Joseph@EnaraLaw.com
   **DANIEL DE JULIO (035854)**
4  Danny@Enaralaw.com
   **Enara Law PLLC**
5  7631 East Greenway Road, Suite B-2
   Scottsdale, Arizona 85260
6  Telephone: (602) 687-2010
7  *Attorneys for Plaintiff*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10  Valentino Dimitrov, individually, and on      Case No.: CV-23-00226-PHX-DJH
    behalf of all others similarly situated;
11
                                                   **DECLARATION OF PLAINTIFF**
12              Plaintiffs,                         **VALENTINO DIMITROV IN SUPPORT**
     vs.                                           **OF MOTION FOR ENTRY OF**
13                                                 **DEFAULT JUDGMENT AGAINST**
    Stavatti Aerospace, Ltd, a Minnesota          **DEFENDANTS STAVATTI**
14  corporation; Stavatti Aerospace, Ltd, a       **AEROSPACE, LTD, A WYOMING**
    Wyoming    corporation;    Stavatti           **CORPORATION; STAVATTI**
15  Corporation, a Minnesota corporation;         **IMMOBILIARE, LTD, A WYOMING**
    Stavatti Immobiliare, Ltd, a Wyoming          **CORPORATION; STAVATTI**
16  corporation; Stavatti Industries, Ltd, a      **INDUSTRIES, LTD, A WYOMING**
    Wyoming corporation; Stavatti Niagara,        **CORPORATION; STAVATTI SUPER**
17  Ltd, a New York corporation Stavatti          **FULCRUM LTD, A WYOMING**
    Super   Fulcrum,   Ltd,   a   Wyoming         **CORPORATION; STAVATTI HEAVY**
18  corporation; Stavatti Ukraine, a Ukrainian    **INDUSTRIES LTD, A HAWAII**
    business entity; Stavatti Heavy Industries    **CORPORATION; STAVATTI**
19  Ltd, a Hawaii corporation; Christopher        **NIAGARA LTD, A NEW YORK**
    Beskar and Maja Beskar, husband and           **CORPORATION; AND JOHN SIMON**
20  wife; John Simon and Jean Simon,
    husband and wife; William Mcewn and
21  Patricia Mcewen, husband wife; Rudy
    Chacon and Jane Doe Chacon, husband
22  and wife; and DOES 1 through 10,
    inclusive,
23
24
25              Defendants.

26      I, Valentino Dimitrov, declare under penalty of perjury that the following is true

27                                        1

Doc ID: 855880c08325ac5921c21a2359d48129928640cb

and correct:

1. I am the Plaintiff in this matter.

2. All statements in the Complaint are true.

3. All exhibits attached to the Complaint are accurate.

4. I am a hard-working individual who invests and loans money to businesses.

5. In February of 2022, I loaned Defendant Stavatti Aerospace Ltd $1,000,000 based on false representations and assertions the Defendants in this case intended for me to rely on. It's my understanding that Defendant Stavatti Aerospace Ltd is a Ponzi scheme and all of the named Defendants are either "subsidiaries" of Stavatti Aerospace Ltd or "executives" of a Stavatti Aerospace Ltd "subsidiary." Upon information and belief, the Defendants listed in this action worked in concert to defraud me. They created fake marketing materials and fake revenue projections. The Defendants unfortunately succeeded in defrauding me. I loaned them $1,000,000 based on their false representations that they would return my $1,000,000 as well as my $5,000,000 in profit distributions. Defendants worked hard to trick me into loaning them money as if the money was to be used in a real revenue generating enterprise.

6. None of the named Defendants have returned any of the money I loaned to them.

7. I am damaged, at least, in the amount of $6,000,000.

8. I understand that all of the Defendants I am motioning for default against have notice of this lawsuit and have either chosen not to answer or have failed to answer by the deadline provided by the Federal Rules of Civil Procedure.

9. I respectfully ask that you hold Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Immobiliare LTD, a Wyoming corporation; Stavatti Industries, LTD, a Wyoming corporation; Stavatti Super Fulcrum LTD, a Wyoming corporation; Stavatti

Doc ID: 855880c08325ac5921c21a2359d48129928640cb

Heavy Industries Ltd, A Hawaii corporation; Stavatti Niagara LTD, a New York corporation, and John Simon jointly and severally liable for the $6,000,000 in damages I have suffered.

EXECUTED this 5th day of April, 2023.

**ENARA LAW, PLLC**

By: /s/

Valentino Dimitrov

3

Doc ID: 855880c08325ac5921c21a2359d48129928640cb

 **Dropbox** Sign                                    Audit trail

---

| | |
|---|---|
| **Title** | 2023 0323 Declaration of Valentino Dimitrov in Support .pdf |
| **File name** | 2023%200323%20Dec...%20Support%20.pdf |
| **Document ID** | 855880c08325ac5921c21a2359c48129928640cb |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| ⟲ **SENT** | 04 / 05 / 2023<br>23:31:41 UTC | Sent for signature to Valentino Dimitrov<br>(valentinodirect@gmail.com) from danny@enaralaw.com<br>IP: 98.167.207.24 |
| 👁 **VIEWED** | 04 / 05 / 2023<br>23:47:32 UTC | Viewed by Valentino Dimitrov (valentinodirect@gmail.com)<br>IP: 68.2.252.231 |
| ✎ **SIGNED** | 04 / 05 / 2023<br>23:49:34 UTC | Signed by Valentino Dimitrov (valentinodirect@gmail.com)<br>IP: 68.2.252.231 |
| ⊘ **COMPLETED** | 04 / 05 / 2023<br>23:49:34 UTC | The document has been completed. |