**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>             Plaintiffs,<br><br>  vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewn and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br><br><br>**PLAINTIFF'S FIRST MOTION TO EXTEND TIME FOR SERVICE OF PROCESS UPON DEFENDANTS STAVATTI AEROSPACE LTD, BRIAN COLVIN, CORRINA COLVIN, JEAN SIMON, MAJA BAKER, RUDY CHACON, AND JANE DOE CHACON**<br><br>**(Expedited Ruling Requested)** |

/ / /

1

Plaintiff Valentino Dimitrov moves the Court pursuant to Fed R. Civ. R. 4(m) and LRCiv 7.3 to extend the time for service upon all Defendants that have yet to be served in this matter (namely, Defendants Stavatti Aerospace, Ltd., Brian Colvin, Corrina Colvin, Jean Simon, Maja Baker, Rudy Chacon, and Jane Doe Chacon) for 90 days, or until August 3, 2023.

The court must grant a motion to extend time for service if good cause exists for the extension. *See Lemoge v. U.S.*, 587 F.3d 1188, 1198 (9th Cir. 2009); *See also In re Sheehan*, 253 F.3d 507 (9th Cir. 2001); Fed R. Civ. R. 4(m). To show good cause, a plaintiff may be required to show that i) the party to be served received actual notice of the lawsuit, ii) the defendant would suffer no prejudice and iii) plaintiff would be severely prejudiced if his complaint were dismissed. *See Boudette v. Barnette*, 923 F.2d 754, 756 (9th Cir. 1991). Evading service constitutes good cause for extending service purposes. *See In re Waldner*, 183 B. R. 879 (Bankr. App. 9th Cir. 1995).

Good cause exists to extend time for service for 90 days, or until August 3, 2023, as all the *Boudette* factors are met. Additionally, the defendants are evading service which alone constitutes the good cause needed to grant this Motion. Here, Defendants undoubtedly received actual notice of the lawsuit. Some of the unserved Defendants in this matter have reached out to Plaintiff's counsel asking that they be dismissed from the lawsuit – they have not offered to file an answer. Additionally, Plaintiff's counsel has been contacted by unengaged counsel for the Defendants. Additionally, the Notice of Service of Process filed with the court on March 28, 2023, shows that many of the Defendants in this matter have been properly served. (Doc. 7). As all defendants in this matter are closely associated to the Defendants that have been served in this matter and due to the fact that some of them have reached out to Plaintiff's counsel to discuss this case, shows it is clear that the unserved Defendants have actual notice of this lawsuit. Ergo, the first *Boudette*

factor is met.

Next, the second and third *Boudette* factors are met as there will be no prejudice to the Defendants by extending the time to serve and Mr. Dimitrov will have delayed justice and be prejudiced by the same if this extension is not granted. Separately, the Defendants are evading service which is by itself is good cause. *See In re Waldner*, 183 B. R. 879 (Bankr. App. 9th Cir. 1995). As the evidence shows, the Defendants apparently "moved" away from the locations Plaintiff believes they normally reside. *See* Affidavits of Non-Service attached hereto as **Exhibits A-C**. Multiple Defendants moving away from their commonly known locations is evidence of evading service. Ergo, good cause exists to grant this motion and extend time for service.

THEREFORE, for the reasons stated herein, Plaintiff respectfully requests this motion be granted and the deadline for service of process be extended for 90 days, or until August 3, 2023.

**DATED** this day of May 4, 2023.

**ENARA LAW, PLLC**

`

By: /s/ *George K. Chebat*
George K. Chebat
Joseph J. Toboni
Daniel de Julio
Attorneys for Plaintiff

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of May 2023, copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.


By: *Shelly N. Witgen, ACP*