# EXHIBIT A



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **STAVATTI AEROSPACE, LTD., A MINNESOTA CORPORATION**
was recieved by me on  **2/23/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **1061 Tiffany Drive, Eagan, MN 55123**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 1,852.00** for services, for a total of **$ 1,852.00**.

I declare under penalty of perjury that this information is true.

Date:   03/27/2023

*Server's signature*

**Jeremi Arrabal**
*Printed name and title*

**1909 Spruce Meadows Drive SE**
**Rochester, MN 55904**

*Server's address*

Additional information regarding attempted service, etc:

**2/28/2023 7:53 PM: There was no answer at the address.  Individual looked out the window but ignored the doorbell/knocks.**
**3/27/2023 5:24 PM: I spoke with an individual who indicated they were the owner and they stated subject known but never resided. I spoke with a neighbor who says not resident.**




Tracking #: **0103572973**