# EXHIBIT B



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **BRIAN COLVIN**
was recieved by me on  **2/25/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Moved** after attempting service at **15583 SADDLEBACK RD, RIVERSIDE, CA 92506-5829**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:    03/05/2023

*Server's signature*

**Diego Hernandez**
*Printed name and title*

**17130 van buren Blvd
Riverside, CA 92504**

*Server's address*

Additional information regarding attempted service, etc:

**3/5/2023 7:06 PM: I spoke with an individual who indicated they were the resident and they stated subject moved. I spoke with a neighbor who says not resident.  Black female said they lease this house from them but they don't physically live here**



Tracking #: **0102248507**

