# EXHIBIT C



Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **RUDY CHACON**
was recieved by me on  **2/27/2023:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **715 WEST 31ST STREET APT A, SAN PEDRO, CA 90731-6759**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  03/03/2023

*Server's signature*

**Karla Ayala**
*Printed name and title*

**328 Myrtle Street
2
Glendale, CA 91203**

*Server's address*

Additional information regarding attempted service, etc:

**3/3/2023 12:53 PM: I placed a phone call to number ending in 1252 resulting in address invalid/moved. I spoke with RUDY CHACON. The individual appeared to be a male contact.  Just mention his not livening at the address given on my cover sheet and that his currently living in Arizona. Didn't want to give new address.
3/3/2023 12:55 PM: I spoke with an individual who indicated they were the resident and they stated subject moved. I spoke with a neighbor who says not resident, a property manager/landlord who says not resident and a neighbor who doesn't recognize name.**



Tracking #: **0102196379**

