**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewn and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER FOR PLAINTIFF'S FIRST MOTION TO EXTEND TIME FOR SERVICE OF PROCESS UPON DEFENDANTS STAVATTI AEROSPACE LTD, BRIAN COLVIN, CORRINA COLVIN, JEAN SIMON, MAJA BAKER, RUDY CHACON, AND JANE DOE CHACON** |

/ / /

1

The Court, having reviewed and considered Plaintiff's First Motion to Extend Time for Service of Process Upon Defendants Stavatti Aerospace, Brian Colvin, Corrina Colvin, Jean Simon, Maja Baker, Rudy Chacon, and Jane Doe Chacon, and with good cause appearing,

**IT IS ORDERED**, granting Plaintiff's First Motion to Extend Time for Service of Process Upon Defendants Stavatti Aerospace, Brian Colvin, Corrina Colvin, Jean Simon, Maja Baker, Rudy Chacon, and Jane Doe Chacon.

**IT IS FURTHER ORDERED**, extending the deadline to effectuate service of process upon the named Defendants 90 days or until August 3, 2023.