**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-DJH<br><br>**PLAINTIFF'S SECOND NOTICE OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT UPON SPECIFIC DEFENDANTS** |

1

**NOTICE IS HEREBY GIVEN** that on the following dates, the following Defendants were properly and rightfully served with the Summons and Complaint in compliance with Rule 4(c) as follows:

- Stavatti Corporation, a Minnesota Corporation - Served on 04/16/2023 – *See* **Exhibit A** attached;
- Christopher Beskar - Served on 04/16/2023 – *See* **Exhibit B** attached;
- Patricia Mcewen - Served on 04/14/2023 – *See* **Exhibit C** attached;
- William Mcewen – Served on 04/14/2023 – *See* **Exhibit D** attached. and
- Jean Simon – Served on 04/26/2023 – *See* **Exhibit E** attached.

**RESPECTFULLY SUBMITTED** this 25th day of May 2023.

        **ENARA LAW PLLC**

By: */s/ George K. Chebat*
    George K. Chebat
    Joseph J. Toboni
    Daniel de Julio
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on May 25, 2023, I caused to be electronically transmitted the foregoing Notice of Service of Process of Summons and Complaint to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to any and all CM/ECF registrants associated with this matter.

By: */s/ Shelly N. Witgen, ACP*