# EXHIBIT A



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **CV-23-00226-PHX-DJH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Stavatti Corporation, a Minnesota Corporation** was recieved by me on **4/09/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Christopher Beskar**, who is designated by law to accept service of process on behalf of **Stavatti Corporation, a Minnesota Corporation** at **3670 El Camino Drive, San Bernardino, CA 92404** on **04/16/2023** at **3:24 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 4/17/23

Server's signature

**James Ballard**
Printed name and title

23446 Crest Forest Dr
P.O. Box 4764
Crestline, CA 92325

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Christopher Beskar who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with a goatee.



Tracking #: 0104775507