# EXHIBIT B



Civil Action No.   2:23-CV-00226-DJH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Christopher Beskar**
was recieved by me on **4/13/2023**:

- [X] I personally served the summons on the individual at **3670 El Camino Drive, San Bernardino, CA 92404** on **04/16/2023 at 3:23 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 4/17/23

Server's signature

**James Ballard**
Printed name and title

**23446 Crest Forest Dr
P.O. Box 4764
Crestline, CA 92325**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Christopher Beskar with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with a goatee.**




Tracking #: 0104775496