# EXHIBIT D



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **William Mcewen**
was recieved by me on **4/13/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Patricia Mcewen**, a person of suitable age and discretion who resides at **24403 256th Avenue Southeast, Ravensdale, WA 98051, on 04/14/2023 at 7:02 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 4/17/23

Server's signature

**Katlyn Bain**
Printed name and title

**15321 234th Ave SE**
**Issaquah, WA 98027**

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Patricia Mcewen who indicated they were the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 180-200 lbs.




Tracking #: 0104747691