# EXHIBIT E



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Jean Simon** was recieved by me on **4/14/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **John Doe**, a person of suitable age and discretion who resides at **3845 Tonawanda Creek Road, East Amherst, NY 14051**, on **04/26/2023 at 7:32 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  4/27/23

*Server's signature*

**Anthony Crowley**
*Printed name and title*

90 Felton street
North Tonawanda, NY 14120

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident, co-resident. The individual tried to refuse service by not opening door and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: 0105437640