# EXHIBIT A



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Brian Colvin**
was recieved by me on **4/14/2023**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Moved** after attempting service at **1495 South Tech Lane apt. k301, Meridian, ID 83642**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  05/21/2023

*Server's signature*

**Jessica Lissette DeLeon-Salinas**
*Printed name and title*

**1408 Holly St**
**Nampa, ID 83686**

*Server's address*

Additional information regarding attempted service, etc:

**4/27/2023 8:53 PM: There was no answer at the address.  Residence was quiet.**
**5/3/2023 7:10 PM: There was no answer at the address.**
**5/9/2023 2:54 PM: There was no answer at the address.**
**5/19/2023 1:10 PM: There was no answer at the address.**
**5/21/2023 2:39 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved.**
**5/21/2023 2:41 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved.  Likely prior tenant.**



Tracking #: **0106972779**



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.     **2:23-CV-00226-DJH**



Tracking #: **0106972779**

