# EXHIBIT C



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:23-CV-00226-DJH**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Maja Beskar**
was recieved by me on  **4/18/2023:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
        discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐     I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
        of  organization)*; or

☒     I returned the summons unexecuted because **No contact** after attempting service at **4415 5TH ST NE, MINNEAPOLIS,
        MN 55421**; or

☐     Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.


Date:   05/17/2023


_____
*Server's signature*

**Lynn Mason**
*Printed name and title*

**38868 12th Ave
#1023
North Branch, MN 55056**

_____
*Server's address*


Additional information regarding attempted service, etc:

**4/26/2023 11:46 AM: There was no answer at the address.  Dark and quiet inside.**
**4/29/2023 11:41 AM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**
**5/1/2023 2:29 PM: I placed a phone call to number ending in 8453 resulting in refusal to cooperate. I spoke with Maja
Beskar. The individual appeared to be a female contact.**
**5/2/2023 9:50 AM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**
**5/6/2023 11:44 AM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**
**5/11/2023 12:35 PM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**
**5/15/2023 11:41 AM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**
**5/17/2023 7:46 PM: There was no answer at the address. I spoke with a neighbor who doesn't recognize name.**





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.      **2:23-CV-00226-DJH**





Tracking #: **0106779614**