**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Filings@EnaraLaw.com
Telephone: (602) 687-2010
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STAVATTI CORPORATION, CHRISTOPHER BESKAR, PATRCIA MCEWEN, WILLIAM MCEWEN, AND JEAN SIMON** |

1

Plaintiff Valentino Dimitrov ("Plaintiff") requests the Clerk of Court enter default against Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(a).

In support of this request, Plaintiff relies on the record in this case and the affidavit submitted as "**Exhibit A**".

**RESPECTFULLY SUBMITTED** this 9th day of June 2023.

                               **ENARA LAW, PLLC**

                               By: /s/ *George Chebat*
                                   George Chebat
                                   Joseph J. Toboni
                                   Daniel de Julio
                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June 2023, copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

By: */s/ Shelly N. Witgen, ACP*