# EXHIBIT A



1  **GEORGE K. CHEBAT (034232)**
   George@EnaraLaw.com
2  **JOSEPH J. TOBONI (031385)**
   Joseph@EnaraLaw.com
3  **DANIEL DE JULIO (035854)**
4  Danny@Enaralaw.com
   **Enara Law PLLC**
5  7631 East Greenway Road, Suite B-2
   Scottsdale, Arizona 85260
6  Telephone: (602) 687-2010
7  Filings@EnaraLaw.com
   Attorneys for *Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**DECLARATION OF GEORGE CHEBAT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS STAVATTI CORPORATION, CHRISTOPHER BESKAR, PATRICIA MCWEWEN, WILLIAM MCEWEN, AND JEAN SIMON** |

1

I, George Chebat, declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for Plaintiff and I am familiar with the file, records, and pleadings in this matter.

2. The Complaint was filed on February 3, 2023. (Doc. 1)

3. Defendant Stavatti Corporation, a Minnesota corporation, was served on April 16, 2023, as reflected in the proof of service filed May 25, 2023. (Doc. 16).

4. Defendant Christopher Beskar was served on April 16, 2023, as reflected in the proof of service filed on May 25, 2023. *Id*.

5. Defendant Patricia Mcewen was served on April 14, 2023, as reflected in the proof of service filed on May 25, 2023. *Id*.

6. Defendant William Mcewen was served on April 16, 2023, as reflected in the proof of service filed on May 25, 2023. *Id*.

7. Defendant Jean Simon was served on April 26, 2023, as reflected in the proof of service filed on May 25, 2023. *Id*.

8. Defendants Stavatti Corporation, Christopher Beskar, Patricia Mcewen, William Mcewen, and Jean Simon's Answers or other responses to the Complaint were due on or before May 26, 2023.

9. To date, the above-named Defendants have failed to plead or otherwise defend within the time allowed and therefore are now in default.

10. Plaintiff requests that the Clerk of the Court enter default against each of the Defendants, jointly and severally.

11. In compliance with the requirements of 50 U.S.C. § 520, I verify that to the best of my knowledge, information, and belief, the Defendants are not in the military service.

1  WHEREFORE, the undersigned requests the Clerk of this Court enter default of the Defendants Stavatti Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon.

**DATED** this 9th day of June 9, 2023.

        **ENARA LAW, PLLC**

        By: /s/ *George K. Chebat*
          George K. Chebat
          Joseph J. Toboni
          Daniel de Julio
          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June 2023, copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

By: */s/  Shelly N. Witgen, ACP*