# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Stavatti Aerospace Limited, et al.,<br><br>　　　　Defendants. | NO. CV-23-00226-PHX-DJH<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Stavatti Corporation, a Minnesota Corporation, Christopher Beskar, Patricia Mcewen, William Mcewen, and Jean Simon.

DEFAULT ENTERED this 12th day of June, 2023.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

June 12, 2023

　　　　　　　　　　　　　　　　s/ W. Poth
　　　　　　　　　　　　By　　Deputy Clerk