1  **GEORGE K. CHEBAT (034232)**
   George@EnaraLaw.com
2  **JOSEPH J. TOBONI (031385)**
   Joseph@EnaraLaw.com
3  **DANIEL DE JULIO (035854)**
   Danny@Enaralaw.com
4
   **Enara Law PLLC**
5  7631 East Greenway Road, Suite B-2
   Scottsdale, Arizona 85260
6  Telephone: (602) 687-2010
7  *Attorneys for Plaintiff*

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF ARIZONA**

10 | Valentino Dimitrov, individually, and on | Case No.: CV-23-00226-PHX-DJH
   | behalf of all others similarly situated; |
11 |
12 |                          Plaintiffs, | **DECLARATION OF PLAINTIFF**
     |  vs. | **VALENTINO DIMITROV IN SUPPORT**
13 | | **OF MOTION FOR ENTRY OF**
14 | Stavatti Aerospace, Ltd, a Minnesota | **DEFAULT JUDGMENT AGAINST**
   | corporation; Stavatti Aerospace, Ltd, a | **STAVATTI CORPORATION,**
   | Wyoming    corporation;    Stavatti | **CHRISTOPHER BESKAR, PATRICIA**
15 | Corporation, a Minnesota corporation; | **MCEWEN, WILLIAM MCEWEN AND**
16 | Stavatti Immobiliare, Ltd, a Wyoming | **JEAN SIMON**
   | corporation; Stavatti Industries, Ltd, a |
17 | Wyoming corporation; Stavatti Niagara, |
   | Ltd, a New York corporation Stavatti |
18 | Super   Fulcrum,   Ltd,   a   Wyoming |
   | corporation; Stavatti Ukraine, a Ukrainian |
19 | business entity; Stavatti Heavy Industries |
20 | Ltd, a Hawaii corporation; Christopher |
   | Beskar and Maja Beskar, husband and |
21 | wife; John Simon and Jean Simon, |
   | husband and wife; William Mcewn and |
22 | Patricia Mcewen, husband wife; Rudy |
   | Chacon and Jane Doe Chacon, husband |
23 | and wife; and DOES 1 through 10, |
   | inclusive, |
24 |
25 |                          Defendants. |

26        I, Valentino Dimitrov, declare under penalty of perjury that the following is true

27                                        1

Doc ID: 9890b9a4399cf9c8761757a01e44b92fea7cbc1a

and correct:

1.      I am the Plaintiff in this matter.

2.      All statements in the Complaint are true.

3.      All exhibits attached to the Complaint are accurate.

4.      I am a hard-working individual who invests and loans money to businesses.

5.      In February of 2022, I loaned Defendants $1,000,000 based on false representations and assertions by Defendants, primarily Christopher Beskar. The Defendants intended for me to rely on their misrepresentations.

6.      The Defendants made me believe that I would receive my $1,000,000 back from them, as well as a $5,000,000 profit distribution.

7.      Upon information and belief, Defendant Christopher Beskar is the ringleader of Defendant Stavatti Aerospace, Ltd.  Defendant Stavatti Aerospace, Ltd is a Ponzi scheme that does not conduct legitimate business. All of the named Defendant entities are subsidiaries of Stavatti Aersopace, Ltd. All of the named Defendants are participating in Defendants' Ponzi scheme either through the named Defendant entities.

8.      Upon information and belief, Christopher Beskar oversees and manages all of the named Defendant individuals (or their spouses) and Defendant entities. He used the same individuals and entities to defraud me. He personally asserted material misrepresentations to me. He misrepresented, among other things, that Stavatti Aerospace and its subsidiaries were legitimate aerospace corporations actively involved in investing in the same.

9.      Upon information and belief, Defendant Stavatti Corporation is a Ponzi scheme that does not conduct legitimate business and its only purpose is to scam and defraud unsuspecting victims. William Mcewen is the Chief Operating Officer of Stavatti Niagara, a "subsidiary" of Defendant Stavatti Aerospace Ltd.  William Mcewen

2

Doc ID: 9890b9a4399cf9c8761757a01e44b92fea7cbc1a

participated in defrauding me and he acted on behalf of his marital community when he did so.  Jean Simon is the spouse of John Simon. The faux marketing materials provided to me by the Defendants represent John Simon as the CEO of Stavatti Niagara, a subsidiary of Stavatti Corporation.

10.     I understand that all of the Defendants are operating a Ponzi scheme and they all worked in concert to defraud me.

11.     I understand that all named Defendants enitities are business entities that are subsidiaries of Defendant Stavatti Aerospace, Ltd.

12.     Christopher Beskar was acting on behalf of all named Defendant entities when he defrauded me as he represented that he was oversaw all of the same.

13.     Defendants have never returned any of the money I loaned to them.

14.     I am damaged, at least, in the amount of $6,000,000.

15.     I understand Defendants have been evading service in this action. I understand that the Defendants have failed to respond to this lawsuit.

16.     I respectfully ask that you hold Stavatti Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen; and Jean Simon jointly and severally liable for the $6,000,000 damages I have suffered.


I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


EXECUTED this 3rd day of July, 2023.


**ENARA LAW, PLLC**

By: /s/ _____
Valentino Dimitrov

3

Doc ID: 9890b9a4399cf9c8761757a01e44b92fea7cbc1a

 Dropbox Sign                          Audit trail

| | |
|---|---|
| **Title** | 2023 0703- Declaration of Valentino Dimitrov in Support.pdf |
| **File name** | 2023%200703-%20De...0in%20Support.pdf |
| **Document ID** | 9890b9a4399cf9c8761757a01e44b92fea7cbc1a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ↗ **SENT** | **07 / 11 / 2023** 17:39:47 UTC | Sent for signature to Valentino Dimitrov (valentinodirect@gmail.com) from george@enaralaw.com IP: 70.187.209.185 |
| ◉ **VIEWED** | **07 / 11 / 2023** 17:40:04 UTC | Viewed by Valentino Dimitrov (valentinodirect@gmail.com) IP: 192.145.119.68 |
| ⤸ **SIGNED** | **07 / 11 / 2023** 17:40:34 UTC | Signed by Valentino Dimitrov (valentinodirect@gmail.com) IP: 192.145.119.68 |
| ⊘ **COMPLETED** | **07 / 11 / 2023** 17:40:34 UTC | The document has been completed. |

Powered by  Dropbox Sign