1 | **GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
2 | **JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
3 | **DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
4 | **Enara Law PLLC**
7631 East Greenway Road, Suite B-2
5 | Scottsdale, Arizona 85260
Telephone: (602) 687-2010
6 | Filings@EnaraLaw.com
7 | *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewn and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST STAVATTI CORPORATION, CHRISTOPHER BESKAR, PATRICIA MCEWEN, WILLIAM MCEWEN AND JEAN SIMON** |

Plaintiff Valentino Dimitrov ("Plaintiff") requested a default judgment against Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon (collectively, "Defendants"). The Clerk of the Court entered the Defendants' default pursuant to Fed. R. Civ. P. 55(a). The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's request is well-founded and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded judgment against Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon as follows:

A. For an award of Plaintiff's breach of contract damages of $6,000,000 for which Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon shall be jointly and severally liable;

B. For Plaintiff's attorneys' fees and costs, a motion for attorneys' fees and costs will be filed pursuant to LRCiv 54.2;

C. For post judgment interest on the above amounts at a rate of 10% per annum; and

D. For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment.

**DATED** this _____ day of _____ 2023.