# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>       Plaintiff,<br><br>   v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>       Defendants. | Case No. CV-23-00226-PHX-DJH<br><br>ORDER SETTING ASIDE ENTRY OF DEFAULT AS TO ALL THE CORPORATE DEFENDANTS,THE BESKARS, THE SIMONS, AND THE MCEWENS |

   Based upon Motion to Set Aside Entry of Default as to the corporate defendants, the Beskars, the Simons and the Mcewens and good cause appearing:

   IT IS ORDERED that the entry of defaults against the corporate defendants, the Beskars, the Simons and the Mcewens is granted.

   IT IS FURTHER ORDERED that the above referenced defendants shall answer or other response to the complaint within fourteen days from the entry of this order