# EXHIBIT D



7/28/23, 1:41 AM  Enara Law, PLLC Mail - Stavatti: RE: Valentino Dimitrov Vs. Stavatti Entities re: Investment Repayment: Demand for Repayment on $1 Millio…

Case 2:23-cv-00226-DJH Document 23-4 Filed 07/28/23 Page 2 of 2



George Chebat <george@enaralaw.com>

## Stavatti: RE: Valentino Dimitrov Vs. Stavatti Entities re: Investment Repayment: Demand for Repayment on $1 Million Investor Note

**Chris Beskar** <chris.beskar@stavatti.com>  Wed, Nov 9, 2022 at 10:27 AM
To: George Chebat <george@enaralaw.com>
Cc: Brian D Colvin <brian.colvin@stavatti.com>, Brian Colvin <bdccorp@gmail.com>, "john.simon@stavatti.com" <john.simon@stavatti.com>, "David P. Flynn" <DFlynn@phillipslytle.com>, Shelly Witgen <shelly@enaralaw.com>

Dear Mr. Chebat,

Thank you for your phone call and email yesterday. With respect to providing a copy of the executed agreement, we are in the process of checking with both our legal team and the legal department of our investor to determine "if" and "what" we can release regarding the agreement under the Proprietary Information Agreement (PIA) and Confidentiality Clauses Associated with the Agreement. At the very least we may need to have you/your firm enter into an PIA or Non-Disclosure Agreement (NDA) prior to releasing the document. Both Brian Colvin and I will be addressing this issue and will get back to you as quickly as possible.

Best Regards,

Chris

Christopher R. Beskar
President & CEO
Stavatti Aerospace Ltd
Tel: 651-238-5369

[Quoted text hidden]