# EXHIBIT E





George Chebat <george@enaralaw.com>

## Stavatti Counsel Contact Information

-----Original Message-----
From: Brian Colvin <brian.colvin@stavatti.com>
Sent: Friday, September 2, 2022 7:28 PM
To: George Chebat <george@enaralaw.com>; David P. Flynn <DFlynn@phillipslytle.com>; Chris Beskar <chris.beskar@stavatti.com>
Cc: Shelly Witgen <shelly@enaralaw.com>; Joseph Toboni <joseph@enaralaw.com>
Subject: Re: Stavatti Counsel Contact Information

George
My apologies for the delay. My wife was injured and suffered a concussion in an accident. I spent half of Wednesday at the ER getting her seen, and treated. I wasn't able to connect with our attorney immediately.

Our attorney David Flynn will be reaching out to you shortly, Tuesday. His contact information is below. David, and I spoke this afternoon. He'll be glad to discuss the situation with you, and come to a satisfactory conclusion for your client.


David P. Flynn
Partner

Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone 716 847 5473
Mobile 716 430 9940
Fax 716 852 6100

620 Eighth Ave
38th Floor
New York, NY 10018-1442
Phone 212 759 4888 Ext. 5473
Fax 212 308 9079
DFlynn@phillipslytle.com <mailto:DFlynn@phillipslytle.com>
www.phillipslytle.com <http://www.phillipslytle.com/>

Kindest regards,

Brian D. Colvin

 DEPUTY PRESIDENT of STAVATTI AEROSPACE, LTD.

CHAIRMAN & CEO of STAVATTI UAVS, LTD.

TEL: 424-501-5646
TEL: 307-620-7261
email: Brian.Colvin@stavatti.com <mailto:Brian.Colvin@stavatti.com>
http://www.stavatti.com

STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA

STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA

STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA

STAVATTI WYOMING
30 North Gould Street
Suite 2247
Sheridan, WY 82801
USA

STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for
the use of the designated addressee. Any unauthorized use, disclosure,
distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included
within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does
not reflect U.S. DoD concurrence or the official position of the U.S.
Government. U.S. DoD verification of the accuracy of the data and/or USG
commitment to furnish information or material is neither implied nor
intended.

*****************************************************************************


On Fri, Sep 2, 2022 at 7:33 PM George Chebat <george@enaralaw.com>
<mailto:george@enaralaw.com> > wrote:

>    Brian,
>    Per our conversation on Tuesday (8/30), you were going to provide me with
> your attorney's contact information, which we have yet to receive.
>
>    Please provide your counsel's contact information at your earliest
> convenience.
>
>    Thanks,
>    George
>
>
>
>    George K. Chebat
>
>    Managing Attorney
>
>    Enara Law PLLC

Office: (602) 698-6787

Direct: (949) 662-8363

Fax: (602) 975-4603

Phoenix | Scottsdale | Washington D.C.

<https://enaralaw.com>

[Quoted text hidden]