# EXHIBIT F



# BIOGRAPHY

## BRIAN D. COLVIN
### DEPUTY PRESIDENT &
### DIRECTOR OF UNPILOTED AEROSPACE VEHICLES



Brian D. Colvin is the Deputy President of Stavatti Aerospace and the Director of Stavatti Unpiloted Aerospace Vehicles (UAVs). Mr. Colvin is also the Chairman & CEO of Stavatti UAVS, Ltd. a sister company of Stavatti Aerospace Ltd organized specifically to design and produce a wide variety of Unpiloted Aerospace Vehicle Systems including drones. Mr. Colvin is also a Director of the Board and Executive Officer for American Video Teleconferencing Corp. (AVOT) as well as MARS Parachutes, Inc. (Multi Aerial Rotor Safety-systems).

A founding partner of MARS, In 2018 Mr. Colvin and the MARS Team expanded Safety-System Technology by teaming with NIAS (Nevada Institute of Autonomous Systems) and expanding to Nevada for testing. Mr. Colvin with Dr. Walach (Director of NIAS) created the first integrated "NIAS NODE" relationship in which Mr. Colvin and his team at MARS
would design, engineer, and operate the Development Lab for international commerce development and testing of drones, flight systems, robotics, machining, and A.I. software development to define, test, and implement FAA Commercial Drone Flight Guidelines. The program would jointly be used with the ARISE Workforce Development Program to train and certify individuals for careers in the commercial drone industry.

Mr. Colvin's early career concentrated on Information Technology (IT) where his experience includes work with HP, Microsoft, and Compaq. His telecommunications experience includes development and implementation of Global Fiber Networks, Data Center Design, and Cloud Services. Mr. Colvin's business and financial experience combined with tech centric his knowledge and skills enable him to drive Stavatti UAV forward to bright and bold new horizons.