# EXHIBIT G





George Chebat <george@enaralaw.com>

On Fri, Apr 21, 2023 at 11:59 AM <jrsimon1@roadrunner.com> wrote:

April 20, 2023

George K. Chebat

Enara Law PLLC

7631 East Greenway Road, Suite B-2

Scottsdale, Arizona 85260

Dear Mr. Chebat,

According to your recent document, dated April 6th, 2023, I was served, with my wife, on February 23, 2023, with a claim from a Valentino Dimitrov that I and others were liable for some amount of money lent to Stavatti Aerospace Ltd. sometime in the past.  My wife and I do not know Mr. Dimitrov nor have we ever received any money from Mr. Dimitrov.  We have never met a Mr. Dimitrov.  In addition, my wife and I are not employees of Stavatti Aerospace Ltd or its subsidiary, Stavatti Niagara Ltd.  My wife and I have never received any money from Stavatti Aerospace Ltd or from Stavatti Niagara Ltd.  My wife and I have never been a consultant or

vendor to Stavatti Aerospace Ltd or Stavatti Niagara Ltd and have never been a 1099 representative to Stavatti Aerospace Ltd or Stavatti Niagara Ltd.

In addition, Stavatti Niagara was not a Party to any loan made to Stavatti Aerospace, Ltd. Stavatti Niagara does not know of Mr. Dimitrov or any relationship that he may have with Stavatti Aerospace Ltd.

Please remove my wife and I from any actions concerning Stavatti Aerospace Ltd, as well as removing Stavatti Niagara from any actions regarding Mr. Dimitrov.

Thank you.

John R. Simon        ___*John R. Simon*_____

Jean Simon           ___*Jean Simon*_____