# EXHIBIT H





George Chebat <george@enaralaw.com>

## Stavatti-Dimitrov Situation

**George Chebat** <george@enaralaw.com>  Tue, Apr 25, 2023 at 2:42 PM
To: jrsimon1@roadrunner.com
Cc: Chris Beskar <chris.beskar@stavatti.com>, Abdihamid Mao <amao052@hotmail.com>, Danny de Julio <danny@enaralaw.com>, Joseph Toboni <joseph@enaralaw.com>, Shelly Witgen <shelly@enaralaw.com>

Mr. Simon,
I strongly advise you to engage counsel in this matter and seek any recourse you request by way of the court.

Your request to be dismissed from this action is declined.

Thank you,
George

**George K. Chebat**
Managing Attorney
Enara Law PLLC
Office: (602) 698-6787
Direct: (602) 900-0625
Fax: (602) 975-4603
Phoenix | Scottsdale | Washington D.C.



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

On Fri, Apr 21, 2023 at 11:59AM <jrsimon1@roadrunner.com> wrote:

> April 20, 2023
>
> George K. Chebat
>
> Enara Law PLLC
>
> 7631 East Greenway Road, Suite B-2
>
> Scottsdale, Arizona 85260
>
>
> Dear Mr. Chebat,
>
> According to your recent document, dated April 6th, 2023, I was served, with my wife, on February 23, 2023, with a claim from a Valentino Dimitrov that I and others were liable for some amount of money lent to Stavatti Aerospace Ltd. sometime in the past. My wife and I do not know Mr. Dimitrov nor have we ever received any money from Mr. Dimitrov. We have never met a Mr. Dimitrov. In addition, my wife and I are not employees of Stavatti Aerospace Ltd or its subsidiary, Stavatti Niagara Ltd. My wife and I have never received any money from Stavatti Aerospace Ltd or from Stavatti Niagara Ltd. My wife and I have never been a consultant or

vendor to Stavatti Aerospace Ltd or Stavatti Niagara Ltd and have never been a 1099 representative to Stavatti Aerospace Ltd or Stavatti Niagara Ltd.

In addition, Stavatti Niagara was not a Party to any loan made to Stavatti Aerospace, Ltd. Stavatti Niagara does not know of Mr. Dimitrov or any relationship that he may have with Stavatti Aerospace Ltd.

Please remove my wife and I from any actions concerning Stavatti Aerospace Ltd, as well as removing Stavatti Niagara from any actions regarding Mr. Dimitrov.

Thank you.

John R. Simon         ___*John R. Simon*_____

Jean Simon            ___*Jean Simon*_____