# EXHIBIT I



 



## John R. Simon · 3rd
President & Chief Executive Officer at Stavatti Niagara Ltd

-  Stavatti Niagara Ltd
-  Harvard Business School of Buffalo

Buffalo-Niagara Falls Area · **Contact info**

500+ connections

🔒 Message    + Follow    More

## About

Accomplished executive with extensive background in organizational development, economic development, international trade, and business development. Knowledgeable of federal, state, and local resources and incentives for business. Respected leader in the business community. Areas of expertise and experience include:
* Leadership and Strategic Planning
* Project Management/Implementation
* Economic Development
* Marketing and Market Analysis
* Business Operations Improvement
* Training and Development
* Negotiation and Problem Solving

## Activity
2,006 followers

**John R. hasn't posted lately**
John R.'s recent posts and comments will be displayed here.

Show all activity →

## Experience


**President & Chief Executive Officer**
Stavatti Niagara Ltd · Full-time
Nov 2020 - Present · 2 yrs 3 mos
Niagara Falls, New York


**Chief Strategic Development & Asset Officer, Director**
Stavatti Aerospace Ltd · Full-time
Jun 2018 - Nov 2020 · 2 yrs 6 mos
Niagara Falls, New York


**President**
StartSmartR Capital Corporation ("SCC")
Jan 2015 - Jun 2018 · 3 yrs 6 mos

Buffalo, New York

SCC is a technology company that established business Partnerships in a variety of sectors to apply artificial intelligence and the AutoGnome synthetic intelligence to products or processes to improve performance and relevance. Partnership Agreements were created in: Pharmacology, Bio-Pharmacology, Aerospace, Medical, Education, Environmental, Computer Hardware, and existing A.I. companies.



**Managing Partner**
ThoughtSigns, Inc. ("TSI")
Jan 2015 - Jun 2018 · 3 yrs 6 mos
Buffalo, New York

…see more

TSI is a technology company that owns the intellectual property of the AutoGnome, a trademarked synthetic intelligence, that is applied to products or processes to improve performance and relevance.



**Chief Operating Officer/Chief Administrative Officer**
Oz Central of New York, LLC
Jul 2006 - Dec 2014 · 8 yrs 6 mos

Show all 9 experiences →

## Education



**Harvard Business School of Buffalo**
Certificate, Executive Training Program
1987 - 1987



**University of Kentucky**
MA, Education
1970 - 1972



**University of Kentucky**
BA, Political Science, Psychology
1966 - 1970

Show all 4 education →

## Volunteering

**Trustee**
Buffalo Niagara Heritage Village
Jan 2017 - Present · 6 yrs 1 mo
Education

As a Trustee, I am participating in the oversight and operation of a regionally significant Buffalo Niagara Heritage Village as it goes through the early years in the separation from the Town of Amherst, as the former Amherst Museum.... In addition, I am providing opportunity for regional private sector participation in the BNHV venues, education experience, relationship building and strategic planning.

…see more

**Director**
Stavatti Aerospace Ltd
Aug 2018 - Present · 4 yrs 6 mos

Stavatti Aerospace Ltd. is an aircraft manufacturer focused on the design and production of military, commercial, and general aviation aircraft. Stavatti was formed with a vision to change the way aircraft are designed and built in order to improve efficiency, quality, safety, and performance

## Skills

**Leadership**

 Endorsed by Kathleen Granchelli and 2 others who are highly skilled at this

 Endorsed by 2 colleagues at Empire State Development

 99+ endorsements

**Strategic Planning**

 Endorsed by Mike Casale and 8 others who are highly skilled at this

 Endorsed by 6 colleagues at Empire State Development

 99+ endorsements

**Business Development**

 Endorsed by Mike Casale and 1 other who is highly skilled at this

 Endorsed by 2 colleagues at Empire State Development

 90 endorsements

Show all 50 skills →

## Recommendations

**Received**     Given



**Margo Sue Bittner** · 3rd
President at The Winery at Marjim Manor
April 3, 2014, Margo Sue worked with John R. on the same team

Economic Development is at John Simon's core. We first met when I was on the Niagara IDA and he was the Executive Director. From developing business leads to seeing the projects through, John was able to help both the companies and help the long term economy of Niagara County. He understood how to manage without micromanaging while training and supervising staff. Working with a politically appointed board could be a challenge. However, John found ways to keep everyone informed and focused on our purpose. When John took his myriad of skills into the private sector, Niagara County was the poorer for it.



**W.T. "Bill" McKibben** · 3rd
Content & Creative Strategy Provider at The Great Lakes Group
May 20, 2012, W.T. "Bill" worked with John R. but they were at different companies

John is one of those visionaries who seem able to spot opportunity. Whether it's a need to be filled, or a property crying for development he zeros right in on it. His skills and tenacity in bringing those opportunities to life separates John from the dreamers. His experience in economic development and international trade combined with his business acumen provide a major asset to our region.

## Interests

**Top Voices**     Companies     Groups     Schools



**Bill Gates** 🔗
Co-chair, Bill & Melinda Gates Foundation
36,132,911 followers

✓ Following



**Richard Branson** 🔗 · 3rd
Founder at Virgin Group
19,772,465 followers

✓ Following

## Causes

Animal Welfare • Arts and Culture • Children • Education • Environment • Health • Human Rights • Politics • Science and Technology

Ad ···

Join the largest voluntary legal association in the world.




Find resources to help you manage student debt.

Join The ABA

### People also viewed



**Brian D. Colvin** • 3rd
Aerospace Executive, U.A.V. / U.A.S. Technology Executive, Industry Innovator, Venture Finance Architect, Investor

🔒 Message

**Brad Frank** • 3rd 
International Business Development at Stavatti Aerospace Ltd

✈ Message



**Chris Beskar** • 3rd
CEO of Stavatti Aerospace

👤+ Connect

George, you've reached the commercial use limit.
For unlimited people browsing, upgrade to LinkedIn Premium Business, Sales Navigator, or Recruiter.

**Retry Premium Free**

Learn more

### People you may know



**Harsh Sharma**
SDE@Fortinet | Full-Stack Developer

Connect



**Nick Lewandowski**
Network Detection & Response/Performance Management SME

Connect



**Anjali S.**
Chief Operating Officer, Infritz

Connect



**Ankit Sharma**
Assistant Manager at Deloitte CIC

Connect



**Jaydeep Noolkar**
Principal Technical Writer at Veritas Technologies LLC

Connect

Show more

George, learn what hiring managers look for in answers to top interview questions

Tell me about a time you disagreed with someone.

What would your co-workers say about you?

Tell me about yourself.

See all questions

Promoted

Are You an Attorney?
Legal clients seeking a local attorney now. View their cases today!

Join Vrbo as a Host
Don't miss the opportunity to earn extra income each month – on your terms.

Learn more        Learn more