**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Valentino Dimitrov, individually, and on behalf of all others similarly situated;

Plaintiffs,

vs.

Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:23-CV-00226-PHX-DJH

**[*PROPOSED*] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF DEFENDANTS MAJA BESKAR, BRIAN COLVIN, CORRINA COLVIN, AND RUDY CHACON**

Plaintiff Valentino Dimitrov ("Plaintiff") requested an Order authorizing alternative service of the Summons, Complaint, and related documents in this action directed to Defendants Maja Beskar, Brian Colvin, Corrina Colvin, and Rudy Chacon (collectively "Defendants") to be served via (1) First Class U.S. mail, and (2) affixing a copy of the Summons, Complaint, and the Order Authorizing Alternative Service to the front door of each Defendant. The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's request is well-founded and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for an Order authorizing alternative service of the Summons, Complaint, and related documents in this action directed to Defendants Maja Beskar, Brian Colvin, Corrina Colvin, and Rudy Chacon is hereby GRANTED.

**DATED** this _______ day of _________________________ 2023.