**EXHIBIT A**

## Overview of Stavatti companies and the Ukrainian Government Contract

Stavatti's structure incorporating and integrating multiple companies is modeled after and similar to that used by General Dynamics. Strategic partners may invest directly into specific projects that they have a direct interest in while Stavatti itself is free to engage in a wide variety of diversified business initiatives. In so doing, Stavatti is a diversified enterprise that will benefit from a high degree of stability even in times of industry or market instability. In so doing, Stavatti has a mechanism to incorporate businesses external to Stavatti into the Stavatti family of companies through business acquisition. This in turn results in Stavatti being conceptually similar to General Dynamics. Following the General Dynamics (GD) model, Stavatti itself is a technology holding company and future conglomerate focused primarily upon aerospace defense. Stavatti does have specific products which it has developed and will produce in our own facilities (similar to how the F-111 and F-16 were developed and initially produced by GD). Stavatti will also acquire existing companies that have a direct correspondence to our business focus (much as how General Dynamics acquired Convair, Gulfstream Aerospace, General Electric Armament Systems and many other companies).

Stavatti's business model involving multiple Stavatti companies whereby the different business segments are organized as independent, stand-alone companies that fall under specific business operating segments. Stavatti is doing nothing strange, odd or deceitful, we are simply following a proven model to achieve business excellence.

Stavatti is a Directorate of Defense Trade Controls (DDTC) registered manufacturer, exporter and broker of US munitions list items. Stavatti is an FAA licensed aircraft manufacturer and dealer. Stavatti has a large 173,000 sq. ft. hangar and office complex in Niagara Falls, NY at the Niagara Falls International Airport specifically acquired to produce and upgrade aircraft.

Among other efforts to raise capital and revenue, and after much work, negotiation and great effort, on 9 March 2023 Stavatti Aerospace Ltd was issued a Purchase Order for the provision of 6 upgraded MiG-29 aircraft to the SM-29 Super Fulcrum configuration at a contract value of $192 Million. This Purchase Order was issued by Major General Serhii Deineko of the State Boarder Guard Service of Ukraine and it represents the first MIG-29 upgrade order received by Stavatti Aerospace per the original claims made in the SM-29 Super Fulcrum Private Placement Memorandum mentioned referenced in the lawsuit. Earnings associated with this Purchase Order will be funded by the Ukrainian Government or through funds arranged for and provided by the US Government as part of our military aid package to Ukraine. These funding decisions are in progress and may very well be imminent. The prospects for successfully completing this project are realistic.

Complete backup of the forgoing information is available upon request.

Chris Beskar: President and CEO of Stavatti Aerospace Ltd.