**EXHIBIT D**



# BOARD OF DIRECTORS RESOLUTION

**Resolution to Remove Mr. Brian D. Colvin from any executive positions with Stavatti Aerospace Ltd; to order Mr. Brian D. Colvin to cease and desist his representation of Stavatti and to order the separation or dissolution of Stavatti Unmanned Aerial Vehicle Systems, Ltd (Stavatti UAVS, Ltd) and the removal of any connection or identification of Stavatti UAVS, Ltd with Stavatti thereof.**

*Whereas* Stavatti Aerospace Ltd. is an aircraft manufacturer focused on the design and production of military, commercial and general aviation aircraft; and

*Whereas* Stavatti Aerospace Ltd. is desirous to disassociate and separate Stavatti Aerospace Ltd from Mr. Brian D. Colvin and the UAV company that Mr. Brian D. Colvin represents; and

*Whereas* Stavatti Aerospace Ltd. will duly notify Mr. Brian D. Colvin that he is relieved of any and all official, executive or employment relationships and will have no further role or official capacity with Stavatti Aerospace Ltd, now therefore, be it

**Resolved, that the Board of Directors of Stavatti Aerospace Ltd.:**

1. Hereby Terminates any and all business relationships and agreements with Stavatti UAVS, Ltd (EIN Number 86-3114621) and orders the company to cease using the trade name "Stavatti" and to separate and stop its representation of Stavatti Aerospace Ltd and remove any Stavatti identification thereof.

2. Herby Relieves Mr. Brian D. Colvin of any and all executive positions, either appointed or assumed by Mr. Brian D. Colvin (including Vice President, etc). Mr. Brian Colvin is to be notified that he will no longer represent Stavatti Aerospace Ltd in any executive, leadership, management or official capacity and cease and desist any representation of Stavatti or use of Stavatti corporate identification thereof.

Moved:  Christopher R. Beskar, *Chairman, President & CEO*
Second:  John R. Simon, *Director & Chief Strategic Development and Asset Officer*

Passed by Unanimous Vote: November 23, 2022

_____     23 November 2022
Christopher R. Beskar, Chairman of the Board          Date

_____     23 November 2022
Jeffrey A. Gongoll, Director & Secretary              Date

## STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MAIL STOP | | WYOMING | MINNESOTA |
|---|---|---|---|---|
| 9400 Porter Road | P.O. Box 3010 | MN TEL: 651-238-5369 | 30 N Gould St, Ste 2247 | P.O. Box 211258 |
| Niagara Falls, NY | Niagara Falls, NY | NY TEL: 716-205-8396 | Sheridan, WY | Eagan, MN |
| 14304 USA | 14304 USA | email: aerospace@stavatti.com | 82801 USA | 55121 USA |
| | | http://www.stavatti.com | | |