**EXHIBIT E**


STAVATTI™

# BOARD OF DIRECTORS RESOLUTION

**Resolution to Eliminate the Use of the Term "Deputy" to Describe and/or Designate an Office, Officer, Position or Title within Stavatti Aerospace Ltd and Stavatti Corporation**

*Whereas* Stavatti Aerospace Ltd. is an aircraft manufacturer focused on the design and production of military, commercial and general aviation aircraft; and

*Whereas* Stavatti Aerospace Ltd. is desirous to eliminate certain terms and titles that do not describe nor are utilized for position within Stavatti Aerospace td and Stavatti Corporation; now, therefore, be it

**Resolved, that the Board of Directors of Stavatti Aerospace Ltd.:**

1. Eliminates any office, title or position with a name proceeded by the word "Deputy" as well as the use of the term "Deputy" to describe and/or designate an office, officer or position title within Stavatti Aerospace Ltd and Stavatti Corporation. This includes, for instance, the ending and elimination of the offices and titles/positions of "Deputy President" and "Deputy CEO."

Moved: John R. Simon, *Director & Chief Strategic Development and Asset Officer*
Second: Richard E. Guild, *Director of Military Aerospace*

Passed by Unanimous Vote: November 23, 2022

_____    23 November 2022
Christopher R. Beskar, Chairman of the Board         Date

_____    23 November 2022
Jeffrey A. Gongoll, Director & Secretary              Date

STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MAIL STOP | | WYOMING | MINNESOTA |
| --- | --- | --- | --- | --- |
| 9400 Porter Road | P.O. Box 3010 | MN TEL: 651-238-5369 | 30 N Gould St, Ste 2247 | P.O. Box 211258 |
| Niagara Falls, NY | Niagara Falls, NY | NY TEL: 716-205-8396 | Sheridan, WY | Eagan, MN |
| 14304 USA | 14304 USA | email: aerospace@stavatti.com | 82801 USA | 55121 USA |
| | | http://www.stavatti.com | | |