**EXHIBIT F**



STAVATTI AEROSPACE BRIEFING

STAVATTI™

STAVATTI AEROSPACE

This Presentation does not constitute an offer to sell or the solicitation of an offer to sell Significant Military Equipment or Export Controlled Military Aircraft.

# LEADERSHIP TEAM

## STAVATTI AEROSPACE

STAVATTI™

FEB 2022

CAGE CODE: 8GT89 DUNNS: 117383324 PSC: 1510

COPYRIGHT © 2022 STAVATTI AEROSPACE LTD


**Chris Beskar**
President & CEO


**Bill McEwen**
COO


**Jeffrey A. Gongoll**
Secretary


**John R. Simon**
CEO Stavatti Niagara,
CSD & A Officer &
Director


**Norman Edwards**
Director of
Finance


**Richard E. Guild**
Director of
Military Aerospace


**Wendell Maddox**
Vice President
DoD Marketing


**Jeff Peer**
Director of
Flight Testing


**Adarsh Deepak**
Director of
Aerosciences


**Robert C. Sugarman**
Chief Scientist
& Director


**Stuart E. Cart**
Director of
Innovation


**Dimitriy Giebeler**
Executive VP


**Steve Hargan**
Senior Strategic
Advisor

**Wyman Howard**
Director of
Performance

**Vlad Boryshpolov**
Director of
Aviation Safety

**Brian D. Colvin**
Vice President &
Director of UAS

**John Lu**
VP of Business
Asia

**Sergiy Tsikhotsky**
Director Of
Stavatti Ukraine

# LEADERSHIP TEAM

## STAVATTI AEROSPACE

FEB 2023




**Chris Beskar**
Chairman,
President & CEO



**Robert C. Sugarman**
Chief Scientist
& Director of HF



**Steve Hargan**
Senior Strategic
Advisor




**Bill McEwen**
COO
& Director




**Wendell Maddox**
Senior
Vice President




**Carl Hunking**
COO
Stavatti Industries




**Charles W. Moore Jr.**
Director





**David Wilcock**
Director of
Advanced Technology

**Wyman Howard**
Director of Performance
Leader Development







**John R. Simon**
CEO Stavatti Niagara
CSD & A & Director

**Michael J. Green**
Director of
Next Gen Aerospace

**John Lu**
VP of Business
Development Asia







**Richard E Guild**
Director of
Military Aerospace

**Stuart E. Cart**
Director of
Innovation



**King R. Lee III**
Executive
Advisor




**Jeffrey A. Gongoll**
Secretary
& Director

**Jeff Peer**
Previsionary Director
of Flight Testing



**Sergiy Tsikhotsky**
Director of
Stavatti Ukraine



**Norm Edwards**
CFO & Director
of Finance

**Dimitry Giebeler**
Executive
Vice President

**Vlad Boryshpolov**
Director of
Aviation Safety

COPYRIGHT © 2023 STAVATTI AEROSPACE LTD

STAVATTI™