**EXHIBIT G**

**Terry Dunmire**

| | |
|---|---|
| **From:** | Stacy L. Shuman <stacy.shuman@staff.azbar.org> on behalf of Stacy L. Shuman |
| **Sent:** | Wednesday, August 2, 2023 3:21 PM |
| **To:** | tdunmire@parkwestpartners.com |
| **Subject:** | 23-1574 [Andrew] |

Mr. Dunmire:

As we discussed, you have been added to our records as the attorney for Chris Beskar, who submitted a bar charge on June 22, 2023 regarding non-attorney, Robert Andrew.

I will refer this matter for formal investigation within our Office by Senior Bar Counsel Jim Lee, who handles charges involving non-attorneys allegedly engaged in the unauthorized practice of law.

You will receive a letter via email from Senior Bar Counsel within the next 5-7 days that will generally explain the formal screening process.

In the meantime, please let me know if you have any questions.  My contact information is set forth below.

Thank you,



Stacy Shuman, Bar Counsel
State Bar of Arizona
4201 N. 24th St., Suite 100 | Phoenix, AZ  85016-6266
T : 602.340.7241  F : 602.416.7441
EMAIL: stacy.shuman@staff.azbar.org
www.azbar.org

*Serving the public and enhancing the legal profession.*