AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Brian D. Colvin**
was recieved by me on **8/26/2023:**

- [X] I personally served the summons on the individual at **18810 Lurin Avenue, Riverside, CA 92508** on **09/02/2023 at 10:20 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  09/02/2023

*Server's signature*

**Truddy Gastinger**
*Printed name and title*

**20259 CAMINO DEL SOL
none
Riverside, CA 92508-2451**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Brian D. Colvin with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: **0113465634**