AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00226-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Corrina Colvin**
was recieved by me on  **8/26/2023:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **brian colvin**, a person of suitable age and discretion who resides at **18810 Lurin Avenue, Riverside, CA 92508**, on **09/02/2023 at 10:22 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:   09/02/2023

*Server's signature*

**Truddy Gastinger**
*Printed name and title*

**20259 CAMINO DEL SOL**
**none**
**Riverside, CA 92508-2451**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to brian colvin who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0113465750**

