

**10/05/23 10:54 AM**

**Service attempted upon Rudy Chacon at 715 W 31st St Apt A, San Pedro, CA 90731-6759**

I was unable to access the address due to secured building although I waited.

Server: Jesus Chavez   (1)