

Articles · People · Learning · Jobs · Get the app · Join now · Sign in





Get started

### Rudy Chacon
International Holding Company
Los Angeles Metropolitan Area

768 followers · 500+ connections

 See your mutual connections

Sign in to connect

 Advanced Technology Holdings Inc

🔗 Websites

## People also viewed


**Damir Perge**
Amptricity: Powering the Electrification of Things
Dallas, TX
+ Connect


**Liang Kheng Cheng**
Consultant at FluidLytix (Asia)
Singapore
+ Connect

**Joseph Gallegos**
A____ inc.
Salt Lake City, UT

## Activity



Today I am honoring my brother who is a firefighter on the frontlines fighting the fires to protect the Sequoia trees in California. He fell asleep...

Liked by Rudy Chacon



**LINKEDIN**
Networking made easy in the app
Don't have the app? Get it in the Microsoft Store.
Open the app

cyber security
Clearfield, UT

  Articles   People   Learning   Jobs  Get the app    Join now    Sign in



recent HBR article (link in comments),...

Liked by Rudy Chacon

**We are here to serve the community, Call for a free estimate today !**

Liked by Rudy Chacon

Sign in to see all activity

## Experience

**President CEO**
Advanced Technology Holdings Inc
Jan 2011 - Present · 12 years 10 months
Los Angeles Metropolitan Area

Holding company with several divisions
Our products division includes Aladdin's Magic Soap, NAD Medical products, Cellular Industry Products
Energy company converting Natural Gas to Energy.
Real estate development

**Chief Executive Officer**
Orio-Bip International
Nov 2018 - Present · 5 years
California

Providing Social Media Marketing Consulting and programming services

---

boss at My Job Group
United States

Connect

**Rene Chavez**
COIV at ADCRR
Buckeye, AZ

Connect

**RENE CHAVEZ**
Corporate Trainer at Gym
Phoenix, AZ

Connect

**Jennifer Zolnik**
Endoscopy Nurse at Intermountain Healthcare
Draper, UT

Connect

**Christine Gummersall**
Content Creator at Honey Built Home
Salt Lake City, UT

Connect

**Amode Makafan samuel**
International trade officer at Investment and holding company

Show more profiles

LINKEDIN
Networking made easy in the app
Don't have the app? Get it in the Microsoft Store.
Open the app



Articles   People   Learning   Jobs   Get the app   Join now   Sign in

Dec 2017 - Present · 5 years 11 months

San Diego, CA

### CFO/Board Member
Universal Citizens Media Network, TRN.TV

2015 - Present · 8 years

Fountain Valley CA

Media Company
Web channels and streaming
Studio production

### CFO
American Wireless Construction Inc

Feb 2014 - Present · 9 years 9 months

Stanton, CA

### CFO
ReGreen Technologies Inc.

Aug 2017 - Dec 2021 · 4 years 5 months

Costa Mesa, California

Organic municipal waste to energy

### Member Board Of Directors
Crown Equity Holdings Inc. CRWE

Jan 2016 - Dec 2021 · 6 years

Las Vegas, Nevada

Chief Financial Officer of CRWE a Public Company

### Strategic Advisor
Szagora LLC

Nov 2019 - Dec 2019 · 2 months

---

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

### Others named **Rudy Chacon** in **United States**

**Rudy Chacon**
Executive Director at Florida State Hispanic Chamber of Commerce
Lake Worth, FL

**Rudy Chacon**
Executive Vice President at Pharus Group, LLC.
Arden, NC

**Rodolfo (Rudy) Chacon**
CBP PORT DIRECTOR
Gulfport, MS

**Rudy Chacon**
Injection Molding Process Technician
Riverside, CA

15 others named Rudy Chacon in United States are on LinkedIn

See others named Rudy Chacon



LINKEDIN
Networking made easy in the app
Don't have the app? Get it in the Microsoft Store.
Open the app



**CFO**
Versa Products Inc
Jan 2000 - May 2013 · 13 years 5 months

**Officer / Owner**
Advanced Technology Holdings,Graphics Factory, Versa Products, Hydracraft, Superior Inc
Jan 1982 - 2013 · 31 years

I am the owner or partner in several companies in the fields of Gas to Energy, Emerging Technology, Media Services, Publishing and Financial Services. Over the past 35 yrs I acted as CEO, COO & CFO for several Company turnarounds or start ups.

**Officer**
Hydracraft Inc
1985 - 2011 · 26 years

## Languages

**English**
Native or bilingual proficiency

**Spanish**
Professional working proficiency

## More activity by Rudy

Print Production: Direct Mail

Improving Your Listening Skills

See all courses

### Rudy's public profile badge

Include this LinkedIn profile on other websites

**Rudy Chacon**
International Holding Company

President CEO at Advanced Technology Holdings Inc

View profile

View profile badges

 LINKEDIN

**Networking made easy in the app**
Don't have the app? Get it in the Microsoft Store.

Open the app



Articles    People    Learning    Jobs    Get the app    Join now    Sign in

Congrats! I think your right on the timing

Posted by Rudy Chacon

---

## View Rudy's full profile

- See who you know in common
- Get introduced
- Contact Rudy directly

Sign in to view full profile

© 2023   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls

Community Guidelines   Language

 LINKEDIN

**Networking made easy in the app**

Don't have the app? Get it in the Microsoft Store.

Open the app