**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER FOR PLAINTIFF'S MOTION TO EXTEND TIME FOR ALTERNATIVE SERVICE UPON DEFENDANT RUDY CHACON** |

/ / /

1

The Court, having reviewed and considered Plaintiff's Motion to Extend Time for Alternative Service Upon Defendant Rudy Chacon, and with good cause appearing,

**IT IS ORDERED**, granting Plaintiff's Motion to Extend Time for Alternative Service Upon Defendant Rudy Chacon and extending the deadline to effectuate alternative service of process upon the Defendant Chacon 31 days or until November 6, 2023.

**IT IS FURTHER ORDERED**, that Plaintiff may alternatively serve Defendant Chacon at his last known address within the State of California.