**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**DANIEL DE JULIO (035854)**
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**DECLARATION OF PLAINTIFF VALENTINO DIMITROV IN SUPPORT OF MOTION TO EXTEND TIME FOR ALTERNATIVE SERVICE UPON DEFENDANT RUDY CHACON** |

Doc ID: c998c80ad1223d51be2746ba81ab8b7313ce014c

I, Valentino Dimitrov, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in this matter.

2. All statements in the Complaint are true to the best of my knowledge.

3. All exhibits attached to the Complaint are accurate to the best of my knowledge.

4. In my dealings with Rudy Chacon ("Mr. Chacon") he always presented himself to be a well-resourced, sophisticated, and professional with a high level of knowledge of legal and financial rules and regulations.

5. I personally called Mr. Chacon in January 2023 prior to filing the Complaint to inform him that I would be pursuing litigation against the Defendants in this case, including Mr. Chacon, if we were unable to come up with a resolution.

6. When I asked Mr. Chacon about his fraudulent actions during my phone call in January 2023, he indifferently stated something like "these things happen".

7. I have met with Mr. Chacon in person on multiple separate occasions in 2022, with every meeting occurring in California.

8. As an Arizona resident myself, when discussing in person with Mr. Chacon my being a resident of Arizona, Mr. Chacon never asserted or represented that he has ever owned any property or lived in Arizona.

9. In direct conversations with Mr. Chacon, he has told me that he is a resident of California.

10. During my discussions with Mr. Chacon in 2022, he informed me of his multiple international entities and properties, including his own foreign residence in Costa Rica.

/ / /

11. Knowing of the lawsuit because of my phone call to him, I believe that Mr. Chacon intentionally misled the process server by stating he lives in Arizona, in an attempt to continue to evade service.

12. We have attempted various background, asset, and skip tracing search efforts and none have found any address nexus for Mr. Chacon to Arizona.

13. Given Mr. Chacon's decades of physical and business nexus to California, and his lack of any discernable residence to Arizona, I respectfully ask that you to allow for alternative service upon Mr. Chacon at his California address.

**EXECUTED** this 6th day of October 2023.

                                           **ENARA LAW, PLLC**

                                           By: /s/ _____
                                                 Valentino Dimitrov

Doc ID: c998c80ad1223d51be2746ba81ab8b7313ce014c



Audit trail

| | |
|---|---|
| Title | 2023 1006 - Dec of Dimitrov ISO Mtn to Extend Time Serve... |
| File name | 2023%201006%20-%2...acon%20-%20FI.pdf |
| Document ID | c998c80ad1223d51be2746ba81ab8b7313ce014c |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**10 / 06 / 2023**  
20:24:46 UTC  
Sent for signature to Valentino Dimitrov (valentinodirect@gmail.com) from shelly@enaralaw.com  
IP: 72.208.246.71

**VIEWED**  
**10 / 06 / 2023**  
20:30:43 UTC  
Viewed by Valentino Dimitrov (valentinodirect@gmail.com)  
IP: 98.97.113.12

**SIGNED**  
**10 / 06 / 2023**  
20:32:37 UTC  
Signed by Valentino Dimitrov (valentinodirect@gmail.com)  
IP: 98.97.113.12

**COMPLETED**  
**10 / 06 / 2023**  
20:32:37 UTC  
The document has been completed.