GEORGE K. CHEBAT (034232)
George@EnaraLaw.com
JOSEPH J. TOBONI (031385)
Joseph@EnaraLaw.com
DANIEL DE JULIO (035854)
Danny@Enaralaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT FOR DEFENDANTS CHACON** |

///

1

STATE OF ARIZONA )
) :ss.
County of Maricopa )

The undersigned, Terrance D. Dunmire, Esq., hereby make the following statements under oath:

1. I am the Attorney for Defendant Rudy Chacon and Jane Doe Chacon in the above title and numbered action.

2. I am authorized to accept service on behalf of Rudy Chacon Jane Doe Chacon and acknowledge that I have voluntarily accepted copies of the following pleadings:

- Summons to Rudy Chacon and Jane Doe Chacon
- Civil Cover Sheet
- Complaint and Demand for Jury Trial, and
- Plaintiff's Corporate Disclosure Statement

3. I accept and waive formal service of process (service by a process server or Sheriff) of the pleadings listed above and understand by accepting these papers, it is the same as though such documents had been personally served upon me.

Affiant further waives all defenses in connection with service of process.

DATED this 23rd day of October 2023.

By: _____
Terrance D. Dunmire
Law Offices of Terrance D. Dunmire
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Attorney for Defendants Chacon

2

## CERTIFICATE OF SERVICE

I hereby certify that on the __23rd__ day of October 2023, copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*