| | |
|---|---|
| 1 | Nino Abate, Esq. (SBN 017098) |
| 2 | **THE LAW OFFICE OF NINO ABATE, PLC**<br>300 W. Clarendon Ave., Suite 130 |
| 3 | Phoenix, Arizona 85013 |
| 4 | (480) 314-3304<br>*nino@abatelaw.com* |
| 5 | Attorney for Defendants Brian and Corrina Colvin |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated, | Case No.: 2:23-CV-00226-DJH |
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANTS BRIAN AND CORRINA COLVIN'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT** |
| vs. | (Assigned to the Honorable G. Murray Snow) |
| Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br>Defendants. | |

Pursuant to Rule 26(a)(1), Federal of Civil Procedure, Defendants Brian and Corrina Colvin ("Defendants Colvin"), by and through the undersigned counsel, notice is hereby given that Defendants Colvin, have on this date served by email their Initial Disclosure Statement upon the attorneys of record for Plaintiff and all other Defendants.

DATED this 31st day of January, 2024.

**LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
Nino Abate, Esq.
Attorney for Defendants Brian and Corrina Colvin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

George K. Chebat, Esq.
Joseph J. Toboni, Esq.
Enara Law PLLC
7631 East Greenway Road, Suite B-2
Scottsdale, AZ 85260
George@enaralaw.com
Joseph@enaralaw.com
*Attorney for Plaintiff*

Terrance D. Dunmire, Esq.
Law Offices of Terrance D. Dunmire
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, AZ 85255
tdunmire@parkwestpartners.com
*Attorneys for Defendants (except Brian and Corrina Colvin)*

By: /s/ Bonnie Bertollini

2