**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFF VALENTINO DIMITROV'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT** |

Pursuant to Rule 26(a)(1), Federal of Civil Procedure, Plaintiff Valentino Dimitrov ("Plaintiff"), by and through undersigned counsel, hereby gives notice that Plaintiff

1

Valentino Dimitrov has, on this date, served by email his Initial Disclosure Statement upon the attorneys of record for Defendants Colvin and all other Defendants.

**DATED** this 31st day of January 2024.

                **ENARA LAW, PLLC**

                By: /s/ *George K. Chebat*
                  George K. Chebat
                  Joseph J. Toboni
                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2024, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*