**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
**JOSEPH J. TOBONI (031385)**
Joseph@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br><br><br><br><br>**NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS** |

Pursuant to LRCiv 5.2, Plaintiff Valentino Dimitrov ("Plaintiff"), by and through

undersigned counsel, hereby gives notice that Plaintiff Valentino Dimitrov has, on July 9, 2024, served by email his First Set of Discovery Requests, including Requests for Admissions, Requests for Production, Non-Uniform Interrogatories, and Uniform Interrogatories, upon the attorneys of record for the following Defendants:

- Stavatti Aerospace, LTD, a Minnesota Corporation;
- Stavatti Aerospace, LTD, a Wyoming Corporation;
- Stavatti Corporation, a Minnesota Corporation;
- Stavatti Heavy Industries, LTD, a Hawaiian Corporation;
- Stavatti Immobiliare, LTD, a Wyoming Corporation;
- Stavatti Industries, LTD, a Wyoming Corporation;
- Stavatti Niagara, LTD, a New York Corporation; and
- Stavatti Super Fulcrum, LTD, a Wyoming Corporation.

Plaintiff has also served these discovery requests upon all other parties appearing in this action.

**DATED** this 10th day of July 2024.

**ENARA LAW, PLLC**

By: /s/ *George K. Chebat*
George K. Chebat
Ross P. Meyer
Joseph J. Toboni
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of July 2024, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*