Nino Abate, Esq. (SBN 017098)
**THE LAW OFFICE OF NINO ABATE, PLC**
3003 N. Central Ave., Suite 685
Phoenix, Arizona 85012
(480) 314-3304
*courtmail@Abatelaw.com*
*nino@abatelaw.com*
*Attorney for Defendants Brian and Corrina Colvin*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that that effective immediately, the new address of attorney Nino Abate and The Law Office of Nino Abate, PLC is:

**THE LAW OFFICE OF NINO ABATE, PLC**
3003 N. Central Ave., Suite 685
Phoenix, Arizona 85012

The telephone number and email address remain the same.

DATED this 4th day of November, 2024.

**THE LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
    Nino Abate

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: /s/ Nino Abate