**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
Enara Law PLLC
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

The parties, by and through undersigned counsel, have conferred regarding ongoing discovery matters and have decided they would benefit from a minor modification to the scheduling order; specifically, amendment of Paragraph 4 of the Scheduling Order to change

the deadline for completing fact discovery from November 30, 2024, to January 31, 2025. Accordingly, the parties hereby move the Court to enter the attached proposed second order.

**RESPECTFULLY SUBMITTED** this 8th day of November 2024

Enara Law PLLC

BY__/s/ George Chebat_____
George Chebat

The Law Office of Terrance D. Dunmire

BY__/s/ Terry Dunmire_____
Terrance D. Dunmire (filed with permission)

The Law Office of Nino Abate PLC

BY__/s/ Nino Abate_____
Nino Abate (filed with permission)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November 2024, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*