UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] SECOND ORDER**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

Upon consideration of the parties' Stipulated Motion to Amend the Scheduling Order, and with good cause showing:

**IT IS THEREFORE ORDERED**, that the deadline for completion of fact the discovery deadline shall be changed from November 30, 2024, to January 31, 2025. In all other respects, the original scheduling order shall remain unchanged.