**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV- 00226-PHX-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S ANSWERS TO STAVATTI DEFENDANTS' REQUESTS FOR ADMISSION, REQUESTS FOR PRODUCTION, UNIFORM INTERROGATORIES, NON-UNIFORM INTERROGATORIES** |

///

1

COMES NOW Plaintiff Valentino Dimitrov, and hereby gives this Court notice that it served Plaintiff's Answers to Stavatti Defendants' Requests for Admissions, Requests for Production of Documents, Uniform Interrogatories, and Non-Uniform Interrogatories upon the Stavatti Defendants' counsel via email on November 14 2024.

**DATED** this 21st day of November 2024.

                                **ENARA LAW PLLC**

                        By: */s/ George K. Chebat*
                              George K. Chebat
                              Ross P. Meyer
                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2024, I caused the foregoing Notice of Service of Plaintiff's Answers to Stavatti Defendants Requests for Admission, Requests for Production, Uniform Interrogatories, and Non-Uniform Interrogatories to be served on counsel of record for Defendants' via electronic mail to the electronic mail addresses listed herein below:

Nino Abate, Esq.
The Law Office of Nino Abate
300 West Clarendon Avenue, Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
*Attorney for Defendants Brian and Corrina Colvin*

Terrance D. Dunmire, Esq.
Law Offices of Terrance D. Dunmire
8701 East Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
tdunmire@parkwestpartners.com
*Attorney for Defendants (except Brian and Corrina Colvin)*

By: */s/ Shelly N. Witgen, ACP*