Nino Abate, Esq. (SBN 017098)
**THE LAW OFFICE OF NINO ABATE, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
(480) 314-3304
*courtmail@Abatelaw.com*
*nino@abatelaw.com*
 *Attorney for Defendants Brian and
       Corrina Colvin*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that that effective immediately, the new address of attorney Nino Abate and The Law Office of Nino Abate, PLC is:

The Law Office of Nino Abate, PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013

The telephone number and email address remain the same.

DATED this 13th day of December, 2024.

**THE LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
Nino Abate

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: /s/ Nino Abate