1 | **GEORGE K. CHEBAT (034232)**
2 | George@EnaraLaw.com
  | **ROSS P. MEYER (028473)**
3 | Ross@EnaraLaw.com
  | **Enara Law PLLC**
4 | 7631 East Greenway Road, Suite B-2
  | Scottsdale, Arizona 85260
5 | Telephone: (602) 687-2010
  | Filings@EnaraLaw.com
6 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No.: 2:23-CV-00226-PHX-DJH |
| Plaintiffs, | |
| vs. | |
| Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive, | **NOTICE OF SERVICE OF PLAINTIFF VALENTINO DIMITROV'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 26(a)(1), Federal of Civil Procedure, Plaintiff Valentino Dimitrov ("Plaintiff"), by and through undersigned counsel, hereby gives notice that Plaintiff

1

Valentino Dimitrov has, on January 9, 2024, served by email his First Supplemental Disclosure Statement upon the attorneys of record for Defendants Colvin and all other Defendants.

    **DATED** this 10th day of January 2025.

                                        **ENARA LAW, PLLC**

                                        By: /s/ *George K. Chebat*
                                              George K. Chebat
                                              Ross P. Meyer
                                              Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2025, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*