| | |
|---|---|
| 1 | **GEORGE K. CHEBAT (034232)** |
| 2 | George@EnaraLaw.com |
|   | **ROSS P. MEYER (028473)** |
| 3 | Ross@EnaraLaw.com |
|   | **Enara Law PLLC** |
| 4 | 7631 East Greenway Road, Suite B-2 |
|   | Scottsdale, Arizona 85260 |
| 5 | Telephone: (602) 687-2010 |
| 6 | Filings@EnaraLaw.com |
|   | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No.: 2:23-CV-00226-PHX-DJH |
| Plaintiffs, | |
| vs. | |
| Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive, | **PLAINTIFF'S MOTION TO DEEM ANSWERS TO REQUESTS FOR ADMISSIONS ADMITTED** |
| Defendants. | |

Plaintiff Valentino Dimitrov ("Dimitrov"), by and through undersigned counsel, respectfully moves this Court for an order pursuant to Federal Rule of Civil Procedure

1

36(a)(3) deeming Plaintiff's requests for admissions to Defendant Brian Colvin's ("Defendant") as admitted for failure to respond. In support of this Motion, Plaintiff states the following:

I. **Factual Background**

On December 12, 2024, Plaintiff served Defendant with a set of Requests for Admissions pursuant to Rule 36 of the Federal Rules of Civil Procedure. A true and correct copy of the Requests for Admissions and email serving Defendant's counsel is attached hereto as **Exhibit A**.

II. **Defendant Brian Colvin's Failure to Respond**

Under Rule 36(a)(3) of the Federal Rules of Civil Procedure, a matter is admitted unless, within thirty (30) days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection. Defendant's responses to Plaintiff's Requests for Admissions were due on or before January 13, 2025. As of the filing of this Motion, Defendant has failed to serve any responses or objections to Plaintiff's Requests for Admissions. Pursuant to Rule 36(a)(3), Defendant's failure to respond within the time required results in the automatic admission of each matter requested.

III. **Legal Argument**

Under the Federal Rules of Civil Procedure, any request for admission that is not answered or objected to within thirty (30) days after service is deemed admitted without further action. Fed. R. Civ. P. 36(a)(3). A party may seek a court order confirming that these admissions are conclusively established. Fed. R. Civ. P. 36(b). Due to Defendant's failure to respond or otherwise object to the Requests for Admissions, each matter contained in Plaintiff's Requests for Admissions should be deemed conclusively admitted for purposes of this action.

IV. **Conclusion**

In light of Defendant's failure to provide timely responses to the Requests for Admissions, Plaintiff respectfully requests that the Court enter the attached Proposed Order Deeming Plaintiff's Requests for Admissions Admitted pursuant to Rule 36(a)(3) of the Federal Rules of Civil Procedure and granting such other and further relief as this Court deems just and proper.

**DATED** this 22nd day of January 2025.

                                            **ENARA LAW, PLLC**

                                            By: /s/ *George K. Chebat*
                                                 George K. Chebat
                                                 Ross P. Meyer
                                                 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2025, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*