UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO DEEM ANSWERS TO REQUESTS FOR ADMISSIONS ADMITTED** |

The Court, having reviewed Plaintiff Valentino Dimitrov's ("Plaintiff") Motion to Deem Answers to Requests for Admissions Admitted, Defendant Brian Colvin's ("Defendant") failure to respond within the time required by Rule 36 of the Federal Rules of Civil Procedure, and good cause appearing, hereby ORDERS as follows:

**IT IS HEREBY ORDERED**, the matters contained in Plaintiff's First Set of Requests for Admissions are deemed admitted as a matter of law pursuant to Rule 36(a)(3) of the Federal Rules of Civil Procedure and Plaintiff is entitled to rely on these admissions in the further course of litigation.

**IT IS FURTHER ORDERED**, that Plaintiff's Motion to Deem Answers to Requests for Admissions Admitted is hereby GRANTED.

**IT IS FURTHER ORDERED**, this Order shall be effective immediately upon entry.