1  **GEORGE K. CHEBAT (034232)**
   George@EnaraLaw.com
2  **ROSS P. MEYER (028473)**
   Ross@EnaraLaw.com
3  **Enara Law PLLC**
4  7631 East Greenway Road, Suite B-2
   Scottsdale, Arizona 85260
5  Telephone: (602) 687-2010
   Filings@EnaraLaw.com
6  *Attorneys for Plaintiff*

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**PLAINTIFF'S MOTION TO COMPEL DEFENDANT BRIAN COLVIN'S DEPOSITION** |

1

Plaintiff Valentino Dimitrov, by and through undersigned counsel, respectfully submits this Motion to Compel the Deposition of Brian Colvin, and in support thereof, states as follows:

## I. FACTUAL BACKGROUND

1. On or about December 31, 2024, Plaintiff's served a Notice of Deposition on Mr. Colvin, scheduling his deposition for January 24, 2024 at 9:00 am in Phoenix, Arizona. A copy of the Notice of Deposition is attached as **Exhibit A**.

2. On January 24, 2025, Mr. Colvin failed to appear for his deposition as scheduled.

## II. LEGAL ARGUMENT

1. Under Federal Rule of Civil Procedure 30(a), a party may depose any person, including a non-party witness, upon proper notice.

2. Federal Rule of Civil Procedure 37(a)(3)(B)(i) permits a party to move for an order compelling discovery, including a deposition, when a deponent fails to appear without justification.

3. Mr. Colvin was properly noticed for his deposition and had a legal obligation to appear or seek a protective order under Federal Rule of Civil Procedure 26(c). His failure to do so violates the discovery rules.

4. Compelling the deposition of Mr. Colvin is necessary to ensure the fair and efficient resolution of this case. Mr. Colvin possesses critical information as a named Defendant that cannot be obtained from other sources.

## III. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests this Court:

1. Grant this Motion to Compel the Deposition of Defendant Brian Colvin;

     2.     Order Defendant Brian Colvin to appear for deposition on a date and time specified by the Court or as otherwise agreed upon by the parties;

     3.     Award reasonable expenses, including attorney's fees, incurred in bringing this Motion, pursuant to Federal Rule of Civil Procedure 37(a)(5); and

     4.     Grant such other and further relief as the Court deems just and proper.

**DATED** this 24th day of January 2025.

                                 **ENARA LAW, PLLC**

                                 By: /s/ *George K. Chebat*
                                       George K. Chebat
                                       Ross P. Meyer
                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January 2025, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: *Shelly N. Witgen, ACP*