# EXHIBIT A



1 | **GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
2 | **ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
3 | **Enara Law PLLC**
4 | 7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
5 | Telephone: (602) 687-2010
6 | Filings@EnaraLaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV- 00226-PHX-DJH<br><br>**NOTICE OF DEPOSITION OF DEFENDANT BRIAN COLVIN** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Federal Rule of Civil Procedure Rule 30, Plaintiff, through undersigned counsel, shall take the deposition of **Brian Colvin**.

This deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths.  This deposition will be recorded via stenograph.  If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is hereby given below:

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Brian Colvin<br>c/o The Law Office of Nino Abate, PLC<br>300 West Clarendon Avenue, Suite 130<br>Phoenix, Arizona 85013 |
| **DATE AND TIME OF DEPOSITION:** | January 24, 2025<br>9:00am |
| **METHOD OF RECORDING:** | Court Reporter |
| **PLACE OF DEPOSITION:** | Griffin Court International Reporters<br>3200 East Camelback Road, Suite 177<br>Phoenix, Arizona 85018 |

**RESPECTFULLY SUBMITTED** this 31st day of December 2024.

               **ENARA LAW PLLC**

            By: */s/ George K. Chebat*
              George K. Chebat
              Ross P. Meyer
              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December 2024, the foregoing document described herein above was sent via electronic mail delivery to the following individuals:

Nino Abate, Esq.
The Law Office of Nino Abate
300 West Clarendon Avenue, Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
*Attorney for Defendants Brian and Corrina Colvin*

Terrance D. Dunmire, Esq.
Law Offices of Terrance D. Dunmire
8701 East Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
tdunmire@parkwestpartners.com
*Attorney for Defendants (except Brian and Corrina Colvin)*


Griffin Court Reports
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com
*Court Reporter*


By: */s/ Morgan Silva*

3