UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; , a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT BRIAN COLVIN'S DEPOSITION** |

The Court, having reviewed Plaintiff Valentino Dimitrov's ("Plaintiff") Motion to Compel Defendant Brian Colvin's ("Defendant") Deposition for failure to appear for his scheduled deposition on January 24, 2025 at 9:00 am in Phoenix, Arizona under Rule 37(a)(3)(B)(i) of the Federal Rules of Civil Procedure, and with good cause appearing,

1

1

2

hereby ORDERS as follows:

3     **IT IS HEREBY ORDERED**, Plaintiff's Motion to Compel Defendant Brian

Colvin's Deposition is GRANTED.

4

5     **IT IS FURTHER ORDERED**, Defendant Brian Colvin is hereby ordered to

appear for deposition at a date, time, and location to be set by the court, or to be agreed

6

upon by the parties, pursuant to the applicable Federal Rules of Civil Procedure.

7

8     **IT IS FURTHER ORDERED**, Defendant Brian Colvin shall comply with the

deposition notice and provide full cooperation in scheduling and attending the deposition.

9

10     **IT IS FURTHER ORDERED**, Plaintiff shall be awarded reasonable expenses,

including attorney's fees, incurred in bringing this Motion.

11

12     **IT IS FURTHER ORDERED**, should Defendant fail to comply with this Order,

Plaintiff may seek further relief from this Court, including but, not limited to, sanctions.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27