1  Nino Abate, Esq. (SBN 017098)
   **THE LAW OFFICE OF NINO ABATE, PLC**
2  300 W. Clarendon Ave., Suite 130
3  Phoenix, Arizona 85013
   (480) 314-3304
4  *nino@abatelaw.com*
5  Attorney for Defendants Brian and Corrina Colvin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANT BRIAN COLVIN'S RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>(Assigned to the Honorable G. Murray Snow) |

Pursuant to LRCiv 5.2, Defendant Brian Colvin ("Defendant Colvin"), by and through the undersigned counsel, hereby gives notice that on January 23, 2025, Defendant Colvin served by email his Responses to Plaintiff's First Set Discovery Requests upon Plaintiff's counsel and on January 27, 2025, Defendant Colvin served by email the Responses on all other parties appearing in the action.

DATED this 27th day of January, 2025.

**LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
Nino Abate, Esq.
Attorney for Defendants Brian and Corrina Colvin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

George K. Chebat, Esq.
Joseph J. Toboni, Esq.
Enara Law PLLC
7631 East Greenway Road, Suite B-2
Scottsdale, AZ 85260
George@enaralaw.com
Joseph@enaralaw.com
*Attorney for Plaintiff*

Terrance D. Dunmire, Esq.
Law Offices of Terrance D. Dunmire
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, AZ 85255
tdunmire@parkwestpartners.com
*Attorneys for Defendants (except Brian and Corrina Colvin)*

By: /s/ Bonnie Bertollini

2