# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, | No. CV-23-00226-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Stavatti Aerospace Limited, et al., | |
| Defendants. | |

This matter is before the Court on two recently-filed discovery motions filed by Plaintiff (Docs. 55 & 56). The Scheduling Order (Doc. 39 at 4) prohibits the parties from filing written discovery motions without leave of Court. The procedure to have discovery disputes heard by the Court is set forth in the Scheduling Order.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motions (Docs. 55 & 56) are **STRICKEN**.

Dated this 27th day of January, 2025.

Honorable Diane J. Humetewa
United States District Judge