# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov,<br><br>        Plaintiff,<br><br>v.<br><br>Stavatti Aerospace Limited, et al.,<br><br>        Defendants. | No. CV-23-00226-PHX-DJH<br><br>**ORDER** |

Before the Court is a "Joint Statement of Discovery Dispute Regarding Defendant Brian Colvin's Response to Plaintiff's Requests for Admission and Failure to Appear at a Scheduled Deposition" (Doc. 59). The Court has reviewed the positions of the parties and makes the following findings and rulings:

**IT IS ORDERED** that having failed to show good cause or excusable neglect regarding his failure to timely respond or object,[1] Defendant Brian Colvin's December 12, 2024, Requests for Admissions shall be deemed admitted.

**IT IS FURTHER ORDERED** that the parties shall meet and confer in person or by telephone regarding the date and time for Defendant Brian Colvin's deposition, which may be taken virtually, on or before March 7, 2025. The parties' fact discovery deadline of January 31, 2025 (Doc. 48) is otherwise affirmed.

**IT IS FINALLY ORDERED** that Plaintiffs' request for attorneys' fees is denied.

---

[1] The Court finds Mr. Abate's explanation that his paralegal was not copied on the discovery requests and thus the response deadline not calendared particularly unavailing. The Court holds counsel of record, not staff, responsible for all management of his or her case.

1  The parties are expected to conduct themselves professionally, and to meet and confer *in*
2  *good faith* before presenting any further discovery disputes to the Court.
3      Dated this 4th day of February, 2025.

```
                                    Honorable Diane J. Humetewa
                                    United States District Judge
```