EXHIBIT B

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF ARIZONA | |

Valentino Dimitrov, individually, and on behalf of all others similarly situated;

           Plaintiff,

v.

Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare, Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. A Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10; inclusive,

           Defendants.

Case No.
2:23-CV-00226-DJH

Scottsdale, AZ
January 22, 2025

DEPOSITION OF VALENTINO DIMITROV

Prepared by:
Deborah L. Tucker, RPR
Certified Reporter
Certification No. 50464

**CERTIFIED TRANSCRIPT**

Case 2:23-cv-00226-DJH    Document 61-2    Filed 02/19/25    Page 3 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              13

| | | |
|---|---|---|
| 09:24:08 | 1 | structuring -- structuring of agricultural projects, not |
| 09:24:19 | 2 | limited to building warehouses and farm buildings, and so |
| 09:24:29 | 3 | on.  So . . . |
| 09:24:32 | 4 |     Q.    Okay.  Have you done -- Have you self financed |
| 09:24:43 | 5 | those projects? |
| 09:24:43 | 6 |     A.    No. |
| 09:24:44 | 7 |     Q.    So, how have you financed those projects? |
| 09:24:50 | 8 |     A.    So, usually how it works, you work with either |
| 09:24:53 | 9 | investors or the business owners, and they finance the |
| 09:24:57 | 10 | whole thing.  Either way.  I can provide connections to |
| 09:25:02 | 11 | financing if they need to.  That's how.  I work with a lot |
| 09:25:07 | 12 | of people, a lot of business owners and investors. |
| 09:25:10 | 13 | So . . . |
| 09:25:11 | 14 |     Q.    Okay.  So, the money for the projects you're |
| 09:25:14 | 15 | talking about come from other people? |
| 09:25:16 | 16 |     A.    Yeah. |
| 09:25:17 | 17 |     Q.    Other investors? |
| 09:25:18 | 18 |     A.    Yes. |
| 09:25:20 | 19 |     Q.    And could you tell me some of the companies that |
| 09:25:26 | 20 | you have started that other people have invested in with |
| 09:25:31 | 21 | you? |
| 09:25:31 | 22 |     A.    I can't recall.  I work with a lot of companies |
| 09:25:35 | 23 | and a lot of people.  So . . . |
| 09:25:36 | 24 |     Q.    I'm talking about the companies that you created. |
| 09:25:40 | 25 |     A.    That I created? |

| | | |
|---|---|---|
| 09:25:43 | 1 | Q.   Yes.  You created companies to do these |
| 09:25:46 | 2 | investments and you, as I understand it, you took in money |
| 09:25:50 | 3 | from investors to fund those projects, right? |
| 09:25:53 | 4 | A.   I help owners to get the funding for me to |
| 09:25:58 | 5 | develop those projects. |
| 09:26:00 | 6 | Q.   Give me an example.  Tell me one company. |
| 09:26:05 | 7 | A.   Example, you are a farm owner. |
| 09:26:07 | 8 | Q.   No, no.  Give me an example of a company that |
| 09:26:11 | 9 | you've been involved with that you -- |
| 09:26:14 | 10 | A.   I can't give you an example of one company.  I've |
| 09:26:17 | 11 | worked with a lot of businesses, a lot business owners. |
| 09:26:22 | 12 | Q.   And you cannot give me one? |
| 09:26:24 | 13 | A.   I can give -- I know a lot, but I don't have that |
| 09:26:28 | 14 | with me right now. |
| 09:26:29 | 15 | Q.   I want just some examples.  I mean, it's -- |
| 09:26:32 | 16 |         MR. CHEBAT:  Objection, form. |
| 09:26:33 | 17 |         THE WITNESS:  I don't have that with me |
| 09:26:35 | 18 | right now. |
| 09:26:35 | 19 | BY MR. DUNMIRE: |
| 09:26:35 | 20 | Q.   Okay.  So, over the -- How long have you been in |
| 09:26:45 | 21 | business on your own as a working person, working man, |
| 09:26:50 | 22 | adult? |
| 09:26:51 | 23 | A.   25 years. |
| 09:26:52 | 24 | Q.   25 years? |
| 09:26:53 | 25 | A.   Yeah. |

Coash Court Reporting & Video, LLC
staff@coashcrv.com
602-258-1440
www.CoashCourtReportingandVideo.com

Case 2:23-cv-00226-DJH   Document 61-2   Filed 02/19/25   Page 5 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              19

```
09:32:24   1    Q.   So I'd like to know how you came by the funds to
09:32:32   2   invest in Stavatti.  You had a million dollars in cash.
09:32:36   3    A.   Yes.
09:32:37   4    Q.   That's created some concern from my clients
09:32:41   5   because of their regulated business.  How did you come up
09:32:46   6   with a million dollars cash?
09:32:47   7              MR. CHEBAT:  Objection, relevance.
09:32:49   8              THE WITNESS:  So, whenever I'm into middle
09:32:53   9   of projects I'm in possession of a lot of funds.  Most of
09:32:57  10   the people in the farm industry, they -- that's their
09:33:02  11   preferred method of payment, of dealing cash.  So I'm
09:33:13  12   always in possession of a lot of cash for projects that I
09:33:17  13   am doing.  It's not something uncommon that industry,
09:33:21  14   so . . .
09:33:22  15   BY MR. DUNMIRE:
09:33:22  16    Q.   And this cash is your cash?
09:33:25  17    A.   Well, it wasn't at the time, but it was -- it was
09:33:29  18   in my -- my cash, my possession.  But there was cash from
09:33:33  19   a different project that I was doing.
09:33:36  20              And the opportunity came, and it was a
09:33:40  21   short -- it was supposed to be a short investment,
09:33:42  22   short-money investment, so I took the chance.  And now I
09:33:47  23   got to pay for it.
09:33:48  24    Q.   Okay.  And it was not your -- It was not your
09:33:52  25   money, then?
```

Case 2:23-cv-00226-DJH    Document 61-2    Filed 02/19/25    Page 6 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                                    2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                                            20

| | | |
|---|---|---|
| 09:33:53 | 1 | A. It was my money. It was money from investors |
| 09:33:57 | 2 | that I took. |
| 09:33:58 | 3 | Q. Which investors were they? |
| 09:34:00 | 4 | A. These are -- I don't know the name of them all, |
| 09:34:03 | 5 | but in the -- in that time I was -- I was do doing a lot |
| 09:34:09 | 6 | of projects. |
| 09:34:10 | 7 | Q. Well, I'm going to have to ask you to provide us |
| 09:34:13 | 8 | with that information. Which -- Which -- Whose money was |
| 09:34:16 | 9 | used that you're apparently saying it wasn't your money |
| 09:34:19 | 10 | and it was somebody else's money? And you don't -- you |
| 09:34:24 | 11 | can't recall, but -- |
| 09:34:25 | 12 | A. It's not that I can't recall. I don't remember |
| 09:34:30 | 13 | right now at the time whose money it was, but I'm working |
| 09:34:34 | 14 | all the time with -- Yeah, I have all that stuff. |
| 09:34:38 | 15 | Q. Good. You can provide that to us? |
| 09:34:41 | 16 | A. Yeah, I can send to you. |
| 09:34:44 | 17 | Q. Yeah, see it is necessary for these purposes. |
| 09:34:52 | 18 | Are those people that, whose money it was, |
| 09:34:57 | 19 | are they involved in this lawsuit? Are they helping |
| 09:35:02 | 20 | finance this lawsuit? |
| 09:35:02 | 21 | MR. CHEBAT: Objection, relevance. |
| 09:35:05 | 22 | THE WITNESS: No. |
| 09:35:06 | 23 | BY MR. DUNMIRE: |
| 09:35:12 | 24 | Q. Are you your attorney's only client in connection |
| 09:35:28 | 25 | with this litigation? |

Case 2:23-cv-00226-DJH   Document 61-2   Filed 02/19/25   Page 7 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                           21

| | | |
|---|---|---|
| 09:35:31 | 1 | A. Yes. |
| 09:35:32 | 2 | Q. Okay. Tell me about how a typical deal that you |
| 09:35:59 | 3 | work on goes. |
| 09:36:04 | 4 | A. Typical deal on what? |
| 09:36:09 | 5 | Q. Typical deal like you say you help projects. You |
| 09:36:16 | 6 | help get them finance -- Just maybe give us a typical |
| 09:36:22 | 7 | example of how you -- |
| 09:36:24 | 8 | A. Each case -- Each case is different. I mean, |
| 09:36:27 | 9 | sometimes you work with business owners, so it -- from |
| 09:36:30 | 10 | case to case is different. It's a different approach. |
| 09:36:35 | 11 | They have different needs, and so on. So, it's all |
| 09:36:39 | 12 | different. |
| 09:36:40 | 13 | Q. Have you invested -- Do you invest in companies? |
| 09:36:58 | 14 | A. Do I invest in companies? |
| 09:37:03 | 15 | Q. Yes. How often -- So, have you been involved |
| 09:37:11 | 16 | with companies that are in a start-up fashion or stage? |
| 09:37:18 | 17 | Have you loaned or bought stock in companies like that? |
| 09:37:24 | 18 | A. I don't think so. |
| 09:37:26 | 19 | Q. You don't think so. |
| 09:37:28 | 20 | Okay. So, was this investment in -- this |
| 09:37:34 | 21 | loan you made, or investment, however you want to call it, |
| 09:37:38 | 22 | into Stavatti was out of the ordinary for you? |
| 09:37:42 | 23 | A. Well, it was a -- yeah. Yeah. I mean, I wasn't |
| 09:37:48 | 24 | familiar with the whole thing. It looked to me legit at |
| 09:37:56 | 25 | the time, so . . . |

Case 2:23-cv-00226-DJH   Document 61-2   Filed 02/19/25   Page 8 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              54

| | | |
|---|---|---|
| 10:59:45 | 1 | Q. Where did you receive the start-up capital for |
| 10:59:49 | 2 | it? |
| 10:59:49 | 3 | A. Well, I'm not sure what you're referring to. |
| 10:59:53 | 4 | What business? |
| 10:59:54 | 5 | Q. I'm not sure either. You said you have -- |
| 10:59:56 | 6 | A. I might, but it's all -- The way the business |
| 10:59:59 | 7 | that I start doing are with somebody, it's different. |
| 11:00:03 | 8 | It's different terms. Either they have their capital or I |
| 11:00:08 | 9 | can hook them up with somebody that they have, they can |
| 11:00:11 | 10 | invest into that business or -- I mean, that's pretty much |
| 11:00:16 | 11 | how it works. |
| 11:00:16 | 12 | Q. I think we've already been over the fact that |
| 11:00:19 | 13 | this million dollars that you invested was other people's |
| 11:00:23 | 14 | money, correct? |
| 11:00:24 | 15 | A. Yes. |
| 11:00:24 | 16 | Q. And you're going to provide us with the |
| 11:00:26 | 17 | information as to whose money that was -- |
| 11:00:28 | 18 | A. Yeah. |
| 11:00:29 | 19 | Q. -- correct? |
| 11:00:30 | 20 | And I think you said they are not involved |
| 11:00:32 | 21 | in this lawsuit? |
| 11:00:33 | 22 | A. No. |
| 11:00:33 | 23 | Q. Have they sued you? |
| 11:00:35 | 24 | A. No. |
| 11:00:35 | 25 | Q. They just want you to do the right thing and get |

Case 2:23-cv-00226-DJH    Document 61-2    Filed 02/19/25    Page 9 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                                68

| | | |
|---|---|---|
| 11:44:24 | 1 | and people commenting that it's not a real company, it's a |
| 11:44:28 | 2 | scam, this and that, especially if you go and read it you |
| 11:44:31 | 3 | can see yourself.  It's crazy. |
| 11:44:44 | 4 | Q.   And to date, Stavatti has not repaid you |
| 11:44:48 | 5 | anything, correct? |
| 11:44:49 | 6 | A.   Nope. |
| 11:44:54 | 7 | MR. CHEBAT:  That's it for me. |
| 11:44:54 | 8 | |
| 11:44:54 | 9 | FURTHER EXAMINATION |
| 11:44:56 | 10 | BY MR. DUNMIRE: |
| 11:44:56 | 11 | Q.   Just a few follow-up questions on that. |
| 11:44:59 | 12 | A.   Okay. |
| 11:45:05 | 13 | Q.   When you made your investment into Stavatti, did |
| 11:45:11 | 14 | you have any knowledge that a hundred thousand dollars of |
| 11:45:16 | 15 | that was going to go to somebody else, or to Brian Colvin? |
| 11:45:20 | 16 | A.   No. |
| 11:45:23 | 17 | Q.   Did you get permission from your associates to |
| 11:45:42 | 18 | make this million dollar loan? |
| 11:45:45 | 19 | A.   I can't recall right now. |
| 11:45:52 | 20 | Q.   Are your friends upset that you invested their |
| 11:45:56 | 21 | million dollars? |
| 11:45:57 | 22 | A.   Well, they're -- they're upset that they don't |
| 11:46:01 | 23 | have their money back.  I don't know how to -- |
| 11:46:05 | 24 | Q.   But you didn't -- Before you made this million |
| 11:46:10 | 25 | dollar loan on impressive terms, did you tell your -- |

Case 2:23-cv-00226-DJH   Document 61-2   Filed 02/19/25   Page 10 of 10

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              69

| | | |
|---|---|---|
| 11:46:15 | 1 | A. No. |
| 11:46:16 | 2 | Q. Okay. So, when you reviewed the Stavatti website |
| 11:46:31 | 3 | before you made the investment it all looked good to you? |
| 11:46:35 | 4 | A. Yeah. |
| 11:46:36 | 5 | Q. Yeah. And so at this point in time, now that |
| 11:46:46 | 6 | you've had time to be angry about it for a long time and |
| 11:46:54 | 7 | think about it a lot -- |
| 11:46:55 | 8 | A. Yeah. |
| 11:46:55 | 9 | Q. -- have you gone back on the website? |
| 11:46:58 | 10 | A. Not recently, no. |
| 11:47:01 | 11 | Q. But can you tell me anything on the website |
| 11:47:05 | 12 | that's inaccurate? That's wrong? That's deceitful? |
| 11:47:08 | 13 | A. Yeah. For example, they don't build planes. I |
| 11:47:11 | 14 | don't believe that they even build one plane. There's a |
| 11:47:14 | 15 | lot of things right now, but, I mean, so -- It is |
| 11:47:19 | 16 | whatever. |
| 11:47:20 | 17 | MR. CHEBAT: Just answer the question. |
| 11:47:21 | 18 | BY MR. DUNMIRE: |
| 11:47:21 | 19 | Q. But that's information that came to you on |
| 11:47:25 | 20 | comments that people made on Reddit, apparently, is a |
| 11:47:29 | 21 | source you looked to. Is that an online search engine? |
| 11:47:34 | 22 | A. And to the testimony of other investors. |
| 11:47:38 | 23 | Q. Hum. What other investors? |
| 11:47:40 | 24 | A. Well, for example, Rudy Chacon, he stated that |
| 11:47:45 | 25 | they haven't -- they trying to get funds, but they haven't |