# EXHIBIT 1

**EXHIBIT 1:** Select pages from the deposition transcript taken during deposition of Plaintiff Valentino Dimitrov

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                                   2:23-CV-00226-DJH
Valentino Dimitrov                        January 22, 2025

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>            Plaintiff,<br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare, Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. A Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10; inclusive,<br>            Defendants. | Case No.<br>2:23-CV-00226-DJH<br><br>Scottsdale, AZ<br>January 22, 2025 |

DEPOSITION OF VALENTINO DIMITROV

Prepared by:
Deborah L. Tucker, RPR
Certified Reporter
Certification No. 50464

**CERTIFIED TRANSCRIPT**

Coash Court Reporting & Video, LLC                            602-258-1440
staff@coashcrv.com                           www.CoashCourtReportingandVideo.com

Case 2:23-cv-00226-DJH    Document 63-1    Filed 03/05/25    Page 3 of 8

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                    19

```
09:32:24   1      Q.   So I'd like to know how you came by the funds to
09:32:32   2   invest in Stavatti.  You had a million dollars in cash.
09:32:36   3      A.   Yes.
09:32:37   4      Q.   That's created some concern from my clients
09:32:41   5   because of their regulated business.  How did you come up
09:32:46   6   with a million dollars cash?
09:32:47   7           MR. CHEBAT:  Objection, relevance.
09:32:49   8           THE WITNESS:  So, whenever I'm into middle
09:32:53   9   of projects I'm in possession of a lot of funds.  Most of
09:32:57  10   the people in the farm industry, they -- that's their
09:33:02  11   preferred method of payment, of dealing cash.  So I'm
09:33:13  12   always in possession of a lot of cash for projects that I
09:33:17  13   am doing.  It's not something uncommon that industry,
09:33:21  14   so . . .
09:33:22  15   BY MR. DUNMIRE:
09:33:22  16      Q.   And this cash is your cash?
09:33:25  17      A.   Well, it wasn't at the time, but it was -- it was
09:33:29  18   in my -- my cash, my possession.  But there was cash from
09:33:33  19   a different project that I was doing.
09:33:36  20           And the opportunity came, and it was a
09:33:40  21   short -- it was supposed to be a short investment,
09:33:42  22   short-money investment, so I took the chance.  And now I
09:33:47  23   got to pay for it.
09:33:48  24      Q.   Okay.  And it was not your -- It was not your
09:33:52  25   money, then?
```

Case 2:23-cv-00226-DJH    Document 63-1    Filed 03/05/25    Page 4 of 8

Valentino Dimitrov vs. Stavatti Aerospace, Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              20

```
09:33:53   1      A.   It was my money.  It was money from investors
09:33:57   2   that I took.
09:33:58   3      Q.   Which investors were they?
09:34:00   4      A.   These are -- I don't know the name of them all,
09:34:03   5   but in the -- in that time I was -- I was do doing a lot
09:34:09   6   of projects.
09:34:10   7      Q.   Well, I'm going to have to ask you to provide us
09:34:13   8   with that information.  Which -- Which -- Whose money was
09:34:16   9   used that you're apparently saying it wasn't your money
09:34:19  10   and it was somebody else's money?  And you don't -- you
09:34:24  11   can't recall, but --
09:34:25  12      A.   It's not that I can't recall.  I don't remember
09:34:30  13   right now at the time whose money it was, but I'm working
09:34:34  14   all the time with -- Yeah, I have all that stuff.
09:34:38  15      Q.   Good.  You can provide that to us?
09:34:41  16      A.   Yeah, I can send to you.
09:34:44  17      Q.   Yeah, see it is necessary for these purposes.
09:34:52  18           Are those people that, whose money it was,
09:34:57  19   are they involved in this lawsuit?  Are they helping
09:35:02  20   finance this lawsuit?
09:35:02  21           MR. CHEBAT:  Objection, relevance.
09:35:05  22           THE WITNESS:  No.
09:35:06  23   BY MR. DUNMIRE:
09:35:12  24      Q.   Are you your attorney's only client in connection
09:35:28  25   with this litigation?
```

Case 2:23-cv-00226-DJH   Document 63-1   Filed 03/05/25   Page 5 of 8

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                     2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                         21

```
09:35:31   1      A.   Yes.
09:35:32   2      Q.   Okay.  Tell me about how a typical deal that you
09:35:59   3   work on goes.
09:36:04   4      A.   Typical deal on what?
09:36:09   5      Q.   Typical deal like you say you help projects.  You
09:36:16   6   help get them finance -- Just maybe give us a typical
09:36:22   7   example of how you --
09:36:24   8      A.   Each case -- Each case is different.  I mean,
09:36:27   9   sometimes you work with business owners, so it -- from
09:36:30  10   case to case is different.  It's a different approach.
09:36:35  11   They have different needs, and so on.  So, it's all
09:36:39  12   different.
09:36:40  13      Q.   Have you invested -- Do you invest in companies?
09:36:58  14      A.   Do I invest in companies?
09:37:03  15      Q.   Yes.  How often -- So, have you been involved
09:37:11  16   with companies that are in a start-up fashion or stage?
09:37:18  17   Have you loaned or bought stock in companies like that?
09:37:24  18      A.   I don't think so.
09:37:26  19      Q.   You don't think so.
09:37:28  20           Okay.  So, was this investment in -- this
09:37:34  21   loan you made, or investment, however you want to call it,
09:37:38  22   into Stavatti was out of the ordinary for you?
09:37:42  23      A.   Well, it was a -- yeah.  Yeah.  I mean, I wasn't
09:37:48  24   familiar with the whole thing.  It looked to me legit at
09:37:56  25   the time, so . . .
```

Case 2:23-cv-00226-DJH   Document 63-1   Filed 03/05/25   Page 6 of 8

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                          54

| Time | Line | Text |
|---|---|---|
| 10:59:45 | 1 | Q. Where did you receive the start-up capital for |
| 10:59:49 | 2 | it? |
| 10:59:49 | 3 | A. Well, I'm not sure what you're referring to. |
| 10:59:53 | 4 | What business? |
| 10:59:54 | 5 | Q. I'm not sure either. You said you have -- |
| 10:59:56 | 6 | A. I might, but it's all -- The way the business |
| 10:59:59 | 7 | that I start doing are with somebody, it's different. |
| 11:00:03 | 8 | It's different terms. Either they have their capital or I |
| 11:00:08 | 9 | can hook them up with somebody that they have, they can |
| 11:00:11 | 10 | invest into that business or -- I mean, that's pretty much |
| 11:00:16 | 11 | how it works. |
| 11:00:16 | 12 | Q. I think we've already been over the fact that |
| 11:00:19 | 13 | this million dollars that you invested was other people's |
| 11:00:23 | 14 | money, correct? |
| 11:00:24 | 15 | A. Yes. |
| 11:00:24 | 16 | Q. And you're going to provide us with the |
| 11:00:26 | 17 | information as to whose money that was -- |
| 11:00:28 | 18 | A. Yeah. |
| 11:00:29 | 19 | Q. -- correct? |
| 11:00:30 | 20 | And I think you said they are not involved |
| 11:00:32 | 21 | in this lawsuit? |
| 11:00:33 | 22 | A. No. |
| 11:00:33 | 23 | Q. Have they sued you? |
| 11:00:35 | 24 | A. No. |
| 11:00:35 | 25 | Q. They just want you to do the right thing and get |

Case 2:23-cv-00226-DJH    Document 63-1    Filed 03/05/25    Page 7 of 8

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                            68

```
11:44:24   1   and people commenting that it's not a real company, it's a
11:44:28   2   scam, this and that, especially if you go and read it you
11:44:31   3   can see yourself.  It's crazy.
11:44:44   4        Q.   And to date, Stavatti has not repaid you
11:44:48   5   anything, correct?
11:44:49   6        A.   Nope.
11:44:54   7             MR. CHEBAT:  That's it for me.
11:44:54   8
11:44:54   9                        FURTHER EXAMINATION
11:44:56  10   BY MR. DUNMIRE:
11:44:56  11        Q.   Just a few follow-up questions on that.
11:44:59  12        A.   Okay.
11:45:05  13        Q.   When you made your investment into Stavatti, did
11:45:11  14   you have any knowledge that a hundred thousand dollars of
11:45:16  15   that was going to go to somebody else, or to Brian Colvin?
11:45:20  16        A.   No.
11:45:23  17        Q.   Did you get permission from your associates to
11:45:42  18   make this million dollar loan?
11:45:45  19        A.   I can't recall right now.
11:45:52  20        Q.   Are your friends upset that you invested their
11:45:56  21   million dollars?
11:45:57  22        A.   Well, they're -- they're upset that they don't
11:46:01  23   have their money back.  I don't know how to --
11:46:05  24        Q.   But you didn't -- Before you made this million
11:46:10  25   dollar loan on impressive terms, did you tell your --
```

```
11:46:15   1    A.   No.
11:46:16   2    Q.   Okay.  So, when you reviewed the Stavatti website
11:46:31   3  before you made the investment it all looked good to you?
11:46:35   4    A.   Yeah.
11:46:36   5    Q.   Yeah.  And so at this point in time, now that
11:46:46   6  you've had time to be angry about it for a long time and
11:46:54   7  think about it a lot --
11:46:55   8    A.   Yeah.
11:46:55   9    Q.   -- have you gone back on the website?
11:46:58  10    A.   Not recently, no.
11:47:01  11    Q.   But can you tell me anything on the website
11:47:05  12  that's inaccurate?  That's wrong?  That's deceitful?
11:47:08  13    A.   Yeah.  For example, they don't build planes.  I
11:47:11  14  don't believe that they even build one plane.  There's a
11:47:14  15  lot of things right now, but, I mean, so -- It is
11:47:19  16  whatever.
11:47:20  17         MR. CHEBAT:  Just answer the question.
11:47:21  18  BY MR. DUNMIRE:
11:47:21  19    Q.   But that's information that came to you on
11:47:25  20  comments that people made on Reddit, apparently, is a
11:47:29  21  source you looked to.  Is that an online search engine?
11:47:34  22    A.   And to the testimony of other investors.
11:47:38  23    Q.   Hum.  What other investors?
11:47:40  24    A.   Well, for example, Rudy Chacon, he stated that
11:47:45  25  they haven't -- they trying to get funds, but they haven't
```

Coash Court Reporting & Video, LLC
staff@coashcrv.com
602-258-1440
www.CoashCourtReportingandVideo.com