EXHIBIT 2

**EXHIBIT 2:** Copy of email from Chris Beskar including an email from a Company representative in Greece describing the problem Plaintiff's lawsuit is causing the Company. The email from Greece included a copy of Plaintiff's complaint.

Terry Dunmire

| | |
|---|---|
| **From:** | Chris Beskar <chris.beskar@stavatti.com> on behalf of Chris Beskar |
| **Sent:** | Wednesday, January 29, 2025 11:15 AM |
| **To:** | Terry Dunmire |
| **Subject:** | Fwd: Contact with ELLINAIR |
| **Attachments:** | gov.uscourts.azd.1323944.1.0 (1).pdf |

Dear Terry,

Below is an email I just received this morning from our representative in Greece, Andreas Kalogeropoulos. Andreas has been engaging with Ellinair S.A. which is a Greek Regional Airline now begining to restart major operations. Stavatti and ELLINAIR are entering into an LOI which Andreas indicates has already signed, however, they are not yet issuing it and are in a stand-by condition due to what they discovered on the internet regarding the Stavatti Vs. Dimitrov lawsuit. I need to provide a summary response to Andreas to share with Ellinair to attempt to have our business relationship move forward.

Among other things, Ellinair is a potential customer for Stavatti commercial aircraft and we view them as one of our launch customers. Our SM-920 commercial airliner is a future replacement for their A320 and 737 aircraft and they are looking at the order of up to ten SM-920s valued at $900 Million.

Ellinair is a Greek Airline you may learn more about at their website and on Wikipedia:

https://en.ellinair.com/

https://en.wikipedia.org/wiki/Ellinair

In addition to Ellinair Stavatti is engaging many other potential customers including LOT airlines of Poland, Jet Blue Airlines and of course a wide variety of allied governments regarding our military aircraft business including the USAF and USN.

At this point the lawsuit with Dimitrov could cost Stavatti at minimum a $900 Million sale and we have this in writing.

We would like to arrive at a settlement agreement with Dimitrov as soon as possible and have a very positive response we can provide to Ellinair as well as other customers and investors.

Due to the defamatory nature of this lawsuit which we now discover was brought forward by a party who may be engaged in money-laundering, Stavatti is facing significant challenges in business. This is very serious and failure for Dimitrov to shift gears from a lawsuit in Federal Court to a settlement could realistically lead to a counter-suit in the hundreds of millions of dollars against Dimitrov.

I will be spending much of the day doing damage control with respect to Ellinair, as well as ensuring that the Appraisal for 9400 Porter Road as associated with the Kennedy Funding loan is successful. Stavatti has many great things in the works and tremendous opportunities and potential. It is unfortunate that Dimitrov does not wish to be a positive party in advancing and benefiting from our success rather than a legal combatant.

Best Regards,

Chris

Christopher R. Beskar
President & CEO
Stavatti Aerospace Ltd
Tel: 651-238-5369

-------- Original Message --------
**Subject:** Contact with ELLINAIR
**Date:** Wed, 29 Jan 2025 12:59:59 +0000
**From:** ANDREAS <andykalog71@protonmail.com>
**To:** Chris Beskar <chris.beskar@stavatti.com>
**CC:** Illuminouscap <Illuminouscap@proton.me>, "kvardakis@ellinair.com" <kvardakis@ellinair.com>

Dear Chris

We are attaching you a doc that came to ELLINAIR hands from a US Partner.

They have signed your LOI but this doc kept them in a stand by condition.

Plz clarify this doc in writttng, in order to see the next steps ahead.

Rgds
AK

Στάλθηκε από το Proton Mail Android

2