Nino Abate, Esq. (SBN 017098)
**THE LAW OFFICE OF NINO ABATE, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
(480) 314-3304
*Attorney for Defendants Brian and Corrina Colvin*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**COLVINS' JOINDER IN AND OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

Defendants Brian ("Colvin") and Corrina Colvin, by and through undersigned attorney, join in part and object in part to the remaining Defendants' Motion for Summary Judgment for Lack of

Standing. The Colvin Defendants join in Defendants' Motion for Summary Judgment, but deny Defendants' allegations that Colvin used "a fraudulent facsimile of the Company president's signature lifted from a blank form non-disclosure agreement." The Colvin Defendants Colvin also deny Defendants' allegations that Colvin took an "undisclosed and unauthorized fee of $100,000." These false allegations are a desperate attempt by Defendants to avoid liability for their own misdeeds.

DATED this 4th day of April, 2025.

**THE LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
Nino Abate

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: /s/ Nino Abate