# EXHIBIT C



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Sat, Jun 4, 2022 at 10:06 PM Brian Colvin <brian.colvin@stavatti.com> wrote:

Dear Valentino

I hope this email finds you well. Since we are late returning your principal as planned, I wanted to write to you and provide you with our progress report. I've attached a letter which provides an update of where we are, and where we're going, and how soon (our timeline to repay you).

Please review it and let me know if you have any questions, or comments. I look forward to hearing from you soon.

Kindest regards,

**Brian D. Colvin**

PRESIDENT of STAVATTI AEROSPACE, LTD.

CHAIRMAN & CEO of STAVATTI UAVS, LTD.


TEL: 424-501-5646
TEL: 307-620-7261
email:  Brian.Colvin@stavatti.com
http://www.stavatti.com

STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA

STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA

STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA

STAVATTI WYOMING
30 North Gould Street
Suite 2247
Sheridan, WY 82801
USA

STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD

concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.

************************************************************************************

## 2 attachments


**STAVATTI BofA March 2022.JPG**
96K

**STAVATTI BofA April 2022.JPG**
39K