# EXHIBIT F



---------- Forwarded message ---------
From: **Valentino D** <valentino101@msn.com>
Date: Mon, Sep 5, 2022 at 7:27 PM
Subject: Fwd: Updates and Current Status
To: valentino dimi <valentinodirect@gmail.com>


Sent from my iPhone

Begin forwarded message:

> **From:** Brian Colvin <brian.colvin@stavatti.com>
> **Date:** September 5, 2022 at 6:23:24 PM PDT
> **To:** Vallentino Demitriov <Valentino101@msn.com>, Rudy Chacon <rudy@superiorinc.us>
> **Subject: Re: Updates and Current Status**
>
> Dear Valentino
>
> I hope you're well. We (STAVATTI AEROSPACE, Ltd.) are making significant headway. I'll explain more about that in a minute. I want to cover some business details first.
>
> **The Problems:**
> <u>Let me be clear:</u> I don't want to get attorneys involved in our business. It will waste your money, and ours with no increased benefit. We will literally be throwing money away. I would rather that go to our solutions. <u>I just want to stay in contact with you (daily if you'd like) until we pay you back your principal and get our business contracts launched.</u>
>
> **The Delay:**
> I was going to reach out to you and ask you to call the dog off, but my wife was injured and had to go to the ER to get treated for a concussion. She had a very bad response to the concussion. <u>I say we tell our attorneys to go away and we'll call them another time when we really need them for other matters.</u>
>
> **The Good News:**
> We just signed a multi billion dollar MOU. It is still classified so I can not disclose the customer or details of products being delivered. What this means is We will be selling equity very soon of which we can and will pay you back. This will move the equity investors we've been working with through DelMorgan, to fund round A, $35M, and round B, $130M.
>
> **Conclusion:**
> Please stand by, work with me, and let us close the business in front of us. Attorney's will prolong the process. Let's just work together to close our business together, and get you paid. Please let me know your thoughts. Thank you
>
> Kindest regards,
>
> **Brian D. Colvin**
>
> DEPUTY PRESIDENT of STAVATTI AEROSPACE, LTD.
>
> CHAIRMAN & CEO of STAVATTI UAVS, LTD.
>
>
> TEL: 424-501-5646
> TEL: 307-620-7261
> email: Brian.Colvin@stavatti.com
> http://www.stavatti.com
>
> STAVATTI NIAGARA
> 9400 Porter Road
> Niagara Falls, NY 14304
> USA
>
> STAVATTI BUFFALO
> 4455 Genesee Street
> Suite 114
> Buffalo, NY 14225
> USA
>
> STAVATTI MINNESOTA
> P.O. Box 211258
> Eagan, MN 55121
> USA
>
> STAVATTI WYOMING
> 30 North Gould Street
> Suite 2247
> Sheridan, WY 82801

USA

STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.

*******************************************************************************

 Virus-free.www.avg.com