# EXHIBIT H



1 **GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
2 **ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
3 **Enara Law PLLC**
4 7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
5 Telephone: (602) 687-2010
Filings@EnaraLaw.com
6 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No.: 2:23-CV-00226-PHX-DJH |
| Plaintiff, | |
| vs. | |
| Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive, | **AFFIDAVIT OF VALENTINO DIMITROV IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

I, Valentino Dimitrov, declare as follows:

1

1. I am over the age of 18 and a resident of Arizona.

2. I signed a Promissory Note dated February 27, 2022 to provide a principal amount of one million dollars to Stavatti Aerospace Ltd. (the "Promissory Note").

3. I provided the principal amount in cash (the "Principal").

4. On a regular basis, I am provided with funds to invest in projects.

5. I was provided with funds to use for investment opportunities, which totaled the Principal amount of the Promissory Note provided to Stavatti.

6. I am not aware of any illegal activity conducted to obtain the funds provided as the Principal of the Promissory Note.

7. At all times, those who provided the funds were aware that I would be investing the funds.

8. Following the failed repayment of the Promissory Note, I set up separate agreements with the investors at issue to repay those funds.

9. I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 9th day of April 2025.

By: *Valentino D*
Valentino D (Apr 9, 2025 11:41 PDT)
Valentino Dimitrov

2

# 2025 0409 - Aff Valentino Dimitrov- FINAL

Final Audit Report                                                                 2025-04-09

| | |
|---|---|
| Created: | 2025-04-09 |
| By: | George Chebat (shelly@enaralaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUCdiSfVSUnrtYctvk1BqDcy0eVZgzpjh |

## "2025 0409 - Aff Valentino Dimitrov- FINAL" History

📄 Document created by George Chebat (shelly@enaralaw.com)
2025-04-09 - 6:36:04 PM GMT- IP address: 184.188.108.76

✉️ Document emailed to Valentino D (valentinodirect@gmail.com) for signature
2025-04-09 - 6:37:05 PM GMT

📄 Email viewed by Valentino D (valentinodirect@gmail.com)
2025-04-09 - 6:40:55 PM GMT- IP address: 74.125.214.37

🖊️ Document e-signed by Valentino D (valentinodirect@gmail.com)
Signature Date: 2025-04-09 - 6:41:43 PM GMT - Time Source: server- IP address: 98.97.112.209

✅ Agreement completed.
2025-04-09 - 6:41:43 PM GMT

Adobe Acrobat Sign