EXHIBIT 3

Case 2:23-cv-00226-DJH    Document 66-1    Filed 04/24/25    Page 2 of 3

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                           2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                              12

```
09:22:23   1   your discovery response to the question, for what it's
09:22:27   2   worth.
09:22:28   3            Do you consider yourself a sophisticated
09:22:30   4   investor?
09:22:31   5       A.   No.
09:22:33   6       Q.   Okay.  Could you tell us your educational
09:22:40   7   background?
09:22:41   8       A.   I have Bachelor degree, but in different country.
09:22:53   9   That's it.
09:22:53  10       Q.   Okay.  So, it was a college degree?
09:22:57  11       A.   Yes.
09:22:57  12       Q.   And what was the area of study?
09:23:01  13            MR. CHEBAT:  Objection, relevance.
09:23:02  14            THE WITNESS:  It was frigid air engineer.
09:23:02  15            (Court reporter clarification.)
09:23:12  16            THE WITNESS:  Frigid air, like --
09:23:12  17   BY MR. DUNMIRE:
09:23:13  18       Q.   Air conditioning?
09:23:16  19       A.   Yeah, air conditioning, cooling.
09:23:31  20       Q.   How would you describe your business, the
09:23:41  21   business or businesses that you're in?
09:23:43  22       A.   So, I am a -- I've been in a lot of businesses
09:23:52  23   throughout my years here in the United States throughout
09:23:55  24   the years.  And some of the businesses are real estate.
09:24:02  25            I am also a developer, buildings, builder,
```

Case 2:23-cv-00226-DJH    Document 66-1    Filed 04/24/25    Page 3 of 3

Valentino Dimitrov vs. Stavatti Aerospace. Ltd					2:23-CV-00226-DJH
Valentino Dimitrov					January 22, 2025					13

| | | |
|---|---|---|
| 09:24:08 | 1 | structuring -- structuring of agricultural projects, not |
| 09:24:19 | 2 | limited to building warehouses and farm buildings, and so |
| 09:24:29 | 3 | on. So . . . |
| 09:24:32 | 4 | Q.   Okay.  Have you done -- Have you self financed |
| 09:24:43 | 5 | those projects? |
| 09:24:43 | 6 | A.   No. |
| 09:24:44 | 7 | Q.   So, how have you financed those projects? |
| 09:24:50 | 8 | A.   So, usually how it works, you work with either |
| 09:24:53 | 9 | investors or the business owners, and they finance the |
| 09:24:57 | 10 | whole thing.  Either way.  I can provide connections to |
| 09:25:02 | 11 | financing if they need to.  That's how.  I work with a lot |
| 09:25:07 | 12 | of people, a lot of business owners and investors. |
| 09:25:10 | 13 | So . . . |
| 09:25:11 | 14 | Q.   Okay.  So, the money for the projects you're |
| 09:25:14 | 15 | talking about come from other people? |
| 09:25:16 | 16 | A.   Yeah. |
| 09:25:17 | 17 | Q.   Other investors? |
| 09:25:18 | 18 | A.   Yes. |
| 09:25:20 | 19 | Q.   And could you tell me some of the companies that |
| 09:25:26 | 20 | you have started that other people have invested in with |
| 09:25:31 | 21 | you? |
| 09:25:31 | 22 | A.   I can't recall.  I work with a lot of companies |
| 09:25:35 | 23 | and a lot of people.  So . . . |
| 09:25:36 | 24 | Q.   I'm talking about the companies that you created. |
| 09:25:40 | 25 | A.   That I created? |