# EXHIBIT D



6/11/25, 12:11 PM                Enara Law FLLC Mail - Fwd: Activity in Case 2:23-cv-00226-DJH Dimitrov v. Stavatti Aerospace Limited et al Reply to Response to Motion

Case 2:23-cv-00226-DJH    Document 67-4    Filed 06/11/25    Page 2 of 4



Morgan Silva <morgan@enaralaw.com>

---

# Fwd: Activity in Case 2:23-cv-00226-DJH Dimitrov v. Stavatti Aerospace Limited et al Reply to Response to Motion
2 messages

---

**George Chebat** <george@enaralaw.com>                                                                      Fri, Apr 25, 2025 at 10:16 AM
To: Filings EnaraLaw <filings@enaralaw.com>, Ross Meyer <ross@enaralaw.com>, Morgan Silva <morgan@enaralaw.com>

**George K. Chebat**
Founding Attorney
Enara Law
Office: (602) 698-6787
Direct: (602) 900-0625
Fax: (602) 975-4603
Phoenix | Scottsdale | Tucson
D.C. | Las Vegas | Orange County



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---------- Forwarded message ---------
From: <azddb_responses@azd.uscourts.gov>
Date: Thu, Apr 24, 2025 at 4:49 PM
Subject: Activity in Case 2:23-cv-00226-DJH Dimitrov v. Stavatti Aerospace Limited et al Reply to Response to Motion
To: <azddb_nefs@azd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**DISTRICT OF ARIZONA**

## Notice of Electronic Filing

The following transaction was entered by Dunmire, Terrance on 4/24/2025 at 2:49 PM MST and filed on 4/24/2025
| | |
|---|---|
| **Case Name:** | Dimitrov v. Stavatti Aerospace Limited et al |
| **Case Number:** | 2:23-cv-00226-DJH |
| **Filer:** | Unknown Chacon |
| | Stavatti Aerospace Limited |
| | Stavatti Corporation |
| | Stavatti Immobiliare Limited |
| | Stavatti Industries Limited |

6/11/25, 12:11 PM
Enara Law FCI/ECMF: 26+cv Activity in Case 2:23-cv-00226-DJH Dimmire v. Stavatti Aerospace Limited et al Reply to Response to Motion

Case 2:23-cv-00226-DJH    Document 67-4    Filed 06/11/25    Page 3 of 4

Stavatti Niagara Limited
Stavatti Super Fulcrum Limited
Stavatti Ukraine
Stavatti Heavy Industries Limited
Christopher Beskar
Maja Beskar
John Simon
Jean Simon
William Mcewen
Patricia Mcewen
Rudy Chacon

**Document Number:** 66

**Docket Text:**
**REPLY to Response to Motion re: [63] First MOTION for Summary Judgment *terry dunmire terry dunmie* filed by Christopher Beskar, Maja Beskar, Rudy Chacon, Unknown Chacon, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine. (Attachments: # (1) Exhibit Exhibit 3)(Dunmire, Terrance)**

**2:23-cv-00226-DJH Notice has been electronically mailed to:**

George Khalil Chebat &nbsp &nbsp info@enaralaw.com, George@enaralaw.com

Joseph J Toboni &nbsp &nbsp joseph@enaralaw.com, filings@enaralaw.com

Nino Abate &nbsp &nbsp nino@abatelaw.com, courtmail@abatelaw.com

Terrance D Dunmire &nbsp &nbsp tdunmire@parkwestpartners.com

**2:23-cv-00226-DJH Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=4/24/2025] [FileNumber=27357016-0] [9ba4129610ff1340bd75bba4b330ab301e85e5aa2d7329cf18ae2c9535c0a14986 4fb9b057a459696542a092bbbaa109304195527fb8fd37a6006e3427391e4c]]
**Document description:** Exhibit Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=4/24/2025] [FileNumber=27357016-1] [89a0ec5a7a047d39bf7a22b3235c9976e14c466f8ed82396aa2ea3a365f2bcee04 8c537dc53271734f75dc608c3e0fc17bf73a8f48f0ef58125220ce84942c82]]

---

**Hannah Watts** <hannah@enaralaw.com>                                    Fri, Apr 25, 2025 at 10:21 AM
To: Ross Meyer <ross@enaralaw.com>, Morgan Silva <morgan@enaralaw.com>

Saved in the folder!

**Hannah E. Watts**
Operations/Legal Assistant
Enara Law
Office: (602) 687-2010
Fax: (602) 975-4603
Phoenix | Scottsdale | Tucson

D.C. | Las Vegas | Orange County



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

📄 **Dkt No. 66 - Response to Motion re First MSJ.pdf**
994K