# EXHIBIT E



**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>    Plaintiff,<br>  vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br><br>**DECLARATION OF HANNAH WATTS** |

1

I, Hannah Watts, declare as follows:

1.      I am over the age of 18 and a resident of Arizona.

2.      I am a legal assistant at Enara Law PLLC ("Enara Law").

3.      On June 6, 2025, the firm conducted its first quarterly review since undersigned counsel's appointment as Managing Attorney.

4.      At that time, Ms. Silva alerted the firm that the Represented Defendants had filed a Motion to Strike based on Mr. Dimitrov's Opposition being filed five (5) days past the deadline.

5.      When the Motion to Strike and Reply was filed, I saved the document to this matter's folder in preparation for the oral argument requested by Plaintiff in his Opposition.

6.      I notified Ross P. Meyer and Morgan E. Silva that I had saved the document to the matter's folder.

7.      Generally, upon receipt of filings, Ms. Witgen or I save the filings to a matter's folder and place the filing in the Firm's Slack docketing thread for the filing response to be docketed.

8.      I did not place the Motion to Strike and Reply in the Firm's Slack docketing thread, as I did not recognize that a Motion to Strike had also been filed along with the Reply, requiring a docketing of the response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

9.      I reviewed all Firm email accounts, as well as the email account of George K. Chebat, the founding attorney of Enara law. At no time did I receive an updated Notice Email modifying the original 'Docket Text.'

10.      I declare under penalty of perjury that the foregoing is true and correct.


**DATED** this 11th day of June 2025.


By: *Hannah Watts*
                                                      ――――――――――――
                                                      Hannah Watts