# EXHIBIT F



# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:23-cv-00226-DJH

Dimitrov v. Stavatti Aerospace Limited et al  
Assigned to: Judge Diane J Humetewa  
Cause: 18:1962 Racketeering (RICO) Act  

Date Filed: 02/03/2023  
Jury Demand: Both  
Nature of Suit: 470 Other Statutes: Racketeer/Corrupt Organization  
Jurisdiction: Federal Question  

### Plaintiff

**Valentino Dimitrov**  
*individually, and on behalf of all others similarly situated*

represented by **George Khalil Chebat**  
Enara Law PLLC  
7631 E Greenway Rd., Ste. B2  
Scottsdale, AZ 85260  
602-687-2010  
Email: info@enaralaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph J Toboni**  
Enara Law PLLC  
7631 E Greenway Rd., Ste. B2  
Scottsdale, AZ 85260  
602-687-2010  
Email: joseph@enaralaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Stavatti Aerospace Limited**  
*a Minnesota corporation*

represented by **Terrance D Dunmire**  
Law Offices of Terrance Dunmire  
8701 E Vista Bonita Dr., Ste. 220  
Scottsdale, AZ 85255  
602-264-1300

Email: tdunmire@parkwestpartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Aerospace Limited**                                                          represented by   **Terrance D Dunmire**
*a Wyoming corporation*                                                                                  (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Corporation**                                                                represented by   **Terrance D Dunmire**
*a Minnesota corporation*                                                                                (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Immobiliare Limited**                                                        represented by   **Terrance D Dunmire**
*a Wyoming corporation*                                                                                  (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Industries Limited**                                                         represented by   **Terrance D Dunmire**
*a Wyoming corporation*                                                                                  (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Niagara Limited**                                                            represented by   **Terrance D Dunmire**
*a New York corporation*                                                                                 (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Super Fulcrum Limited**                                                      represented by   **Terrance D Dunmire**
*a Wyoming corporation*                                                                                  (See above for address)
                                                                                                         *LEAD ATTORNEY*
                                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Ukraine**  
*a Ukrainian business entity*

represented by **Terrance D Dunmire**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stavatti Heavy Industries Limited**  
*a Hawaii corporation*

represented by **Terrance D Dunmire**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Beskar**  
*husband*

represented by **Terrance D Dunmire**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maja Beskar**  
*wife*

represented by **Terrance D Dunmire**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Colvin**  
*husband*

represented by **Nino Abate**  
Law Office of Nino Abate PLC  
300 W Clarendon Ave., Ste. 130  
Phoenix, AZ 85013  
480-314-3304  
Fax: 480-314-3304  
Email: nino@abatelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Corrina Colvin**  
*wife*

represented by **Nino Abate**  
(See above for address)

                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**John Simon**                                    represented by  **Terrance D Dunmire**
*husband*                                               (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Simon**                                   represented by  **Terrance D Dunmire**
*wife*                                                      (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**William Mcewen**                         represented by  **Terrance D Dunmire**
*husband*                                               (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia Mcewen**                          represented by  **Terrance D Dunmire**
*wife*                                                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Rudy Chacon**                                represented by  **Terrance D Dunmire**
*husband*                                               (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Chacon**                       represented by  **Terrance D Dunmire**
*named as Jane Doe Chacon, wife*          (See above for address)
                                                             *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Parties**
*named as Does 1-10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2023 | 1 | COMPLAINT. Filing fee received: $ 402.00, receipt number AAZDC-21558244 filed by Valentino Dimitrov. (Chebat, George) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(SCA) (Entered: 02/03/2023) |
| 02/03/2023 | 2 | Corporate Disclosure Statement by Valentino Dimitrov. (Chebat, George) (SCA) (Entered: 02/03/2023) |
| 02/03/2023 | 3 | SUMMONS Submitted by Valentino Dimitrov. (Chebat, George) (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons)(SCA) (Entered: 02/03/2023) |
| 02/03/2023 | 4 | Filing fee paid, receipt number AAZDC-21558244. This case has been assigned to the Honorable Diane J. Humetewa. All future pleadings or documents should bear the correct case number: CV-23-00226-PHX-DJH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (SCA) (Entered: 02/03/2023) |
| 02/03/2023 | 5 | Summons Issued as to Christopher Beskar, Maja Beskar, Rudy Chacon, Brian Colvin, Corrina Colvin, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons)(SCA). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 02/03/2023) |
| 02/06/2023 | 6 | ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motions to determine whether it can be avoided. ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. See Order for details. Signed by Judge Diane J Humetewa on 2/6/2023. (LFIG) (Entered: 02/06/2023) |
| 03/28/2023 | 7 | SERVICE EXECUTED by Valentino Dimitrov . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Chebat, George) Modified to correct event on 3/29/2023 (WLP). (Entered: 03/28/2023) |
| 03/28/2023 | 8 | APPLICATION for Entry of Default as to Defendants Stavatti Niagara LTD, John Simon and Jean Simon by Valentino Dimitrov. (Attachments: # 1 Affidavit In Support of Entry of Default)(Chebat, George) Modified to correct event on 3/29/2023 (WLP). (Entered: 03/28/2023) |
| 03/30/2023 | 9 | Clerk's ENTRY OF DEFAULT as to John Simon, Stavatti Niagara Limited. (WLP) (Entered: 03/30/2023) |
| 03/30/2023 | 10 | MINUTE ORDER: The Clerk's Office has reviewed Plaintiff's Application for Entry of Default Against Defendants Stavatti Niagara LTD; John Simon and Jean Simon (Doc. 8 ) and entered default against Defendants John Simon and Stavatti Niagara Limited. If Plaintiff wishes to pursue default against Defendant Jean Simon, a separate proof of service as to this defendant will need to be filed. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (NKS) (Entered: 03/30/2023) |
| 04/03/2023 | 11 | APPLICATION for Entry of Default by Plaintiff Valentino Dimitrov against Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; and Stavatti Heavy Industries Ltd, a Hawaii corporation. (Attachments: # 1 Exhibit Exhibit A)(Chebat, George) (Entered: 04/03/2023) |

| 04/04/2023 | 12 | Clerk's ENTRY OF DEFAULT as to Stavatti Aerospace Limited (a Wyoming Corporation), Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Super Fulcrum Limited, Stavatti Heavy Industries Limited. (WLP) (Entered: 04/04/2023) |
|---|---|---|
| 04/06/2023 | 13 | MOTION for Default Judgment as to Stavatti Aerospace Limited (Wyoming), Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Super Fulcrum Limited, Stavatti Heavy Industries Limited, Stavatti Niagara Limited, John Simon by Valentino Dimitrov. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Chebat, George) Modified to correct event on 4/6/2023 (WLP). Modified to reflect correct defendants on 5/4/2023 (WLP). (Entered: 04/06/2023) |
| 05/04/2023 | 14 | First MOTION for Extension of Time for Service of Process Upon Defendants Stavatti Aerospace, Brian Colvin, Corrina Colvin, Jean Simon, Maja Baker, Rudy Chacon, and Jane Doe Chacon by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Proposed Order Proposed Order)(Chebat, George) (Entered: 05/04/2023) |
| 05/23/2023 | 15 | ORDER that Plaintiff Valentino Dimitrov's Motion to Extend Time for Service of Process (Doc. 14 ) is GRANTED in part. Plaintiff may have through July 6, 2023, to serve Defendants Stavatti Aerospace, Ltd., a Minnesota corporation; Brian Colvin; and Rudy Chacon. Any Defendant that has not been timely served on July 6, 2023, will be dismissed without prejudice from this action without further order pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. IT IS FURTHER ORDERED that within seven (7) days of the issuance of this Order, Plaintiff Valentino Dimitrov shall show cause as to why the Court should not dismiss the following Defendants from this matter for failure to effect service under Federal Rule of Civil Procedure 4: Stavatti Corporation, a Minnesota corporation; Stavatti Ukraine, a Ukrainian business entity; Jean Simon; Christopher Beskar and Maja Beskar, husband and wife; Corrina Colvin; William Mcewen and Patricia Mcewen, husband and wife; Jane Doe Chacon, wife; and Unknown Parties named DOES 1 through 10, inclusive. See document for complete details. Signed by Judge Diane J Humetewa on 5/22/2023. (WLP) (Entered: 05/23/2023) |
| 05/25/2023 | 16 | *SERVICE EXECUTED filed by Valentino Dimitrov: Proof of Service re: Summons and Complaint upon Stavatti Corporation on 4/16/2023, Christopher Beskar on 4/16/2023, Patricia Mcewen on 4/14/2023, William Mcewen on 4/14/2023, Jean Simon on 4/26/2023. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(Chebat, George) *Modified to correct event and text on 5/26/2023 (REK). (Entered: 05/25/2023) |
| 05/30/2023 | 17 | RESPONSE TO ORDER TO SHOW CAUSE re: 15 Order by Plaintiff Valentino Dimitrov. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Chebat, George) (Entered: 05/30/2023) |
| 06/09/2023 | 18 | APPLICATION for Entry of Default as to Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen and William Mcewen, husband and wife; and Jean Simon by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A)(Chebat, George) Modified to correct event on 6/12/2023 (WLP). (Entered: 06/09/2023) |
| 06/12/2023 | 19 | Clerk's ENTRY OF DEFAULT as to Christopher Beskar, Patricia Mcewen, William Mcewen, Jean Simon, Stavatti Corporation - a Minnesota Corporation. (WLP) (Entered: 06/12/2023) |
| 07/13/2023 | 20 | Second MOTION for Default Judgment as to Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Beskar; Patricia Mcewen, William Mcewen, husband and wife; and Jean Simon by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order Proposed Order)(Chebat, George) (Entered: 07/13/2023) |
| 07/14/2023 | 21 | First MOTION to Set Aside Default by Christopher Beskar, Maja Beskar, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine. (Attachments: # 1 Proposed Order)(Dunmire, Terrance) (Entered: 07/14/2023) |
| 07/26/2023 | 22 | RESPONSE in Opposition re: 20 Second MOTION for Default Judgment as to Defendants Stavatti Corporation, a Minnesota Corporation; Christopher Mcewen, William Mcewen, husband and wife; and Jean Simon *Terrance D. Dunmire* filed by Christopher Beskar, Maja Beskar, Patricia Mcewen, William Mcewen, Jean |

| | | |
|---|---|---|
| | | Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine. (Attachments: # 1 Exhibit Exhibit A - copy of Note)(Dunmire, Terrance) (Entered: 07/26/2023) |
| 07/28/2023 | 23 | RESPONSE to Motion re: 21 First MOTION to Set Aside Default *Terrance D. Dunmire* filed by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K)(Chebat, George) (Entered: 07/28/2023) |
| 07/28/2023 | 24 | MOTION for Service by Publication *Motion for Alternative Service* by Valentino Dimitrov. (Attachments: # 1 Proposed Order Proposed Order)(Chebat, George) (Entered: 07/28/2023) |
| 08/02/2023 | 25 | REPLY to Response to Motion re: 21 First MOTION to Set Aside Default *Terrance D. Dunmire Plaintiff's Reply In Support of Motion for Default Judgment* filed by Valentino Dimitrov. (Chebat, George) (Entered: 08/02/2023) |
| 08/04/2023 | 26 | REPLY to Response to Motion re: 21 First MOTION to Set Aside Default filed by Christopher Beskar, Maja Beskar, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine, Unknown Parties. (Attachments: # 1 Exhibit Exh A, # 2 Exhibit Exh B, # 3 Exhibit Exh C, # 4 Exhibit Exh D, # 5 Exhibit Exh E, # 6 Exhibit Exh F, # 7 Exhibit Exh G, # 8 Exhibit Exh H)(Dunmire, Terrance) (Entered: 08/04/2023) |
| 09/07/2023 | 27 | SERVICE EXECUTED filed by Valentino Dimitrov: Proof of Service re: Summons, Complaint upon Brian D Colvin on 9/2/2023. (Toboni, Joseph) Modified to correct event on 9/8/2023 (WLP). (Entered: 09/07/2023) |
| 09/07/2023 | 28 | SERVICE EXECUTED filed by Valentino Dimitrov: Proof of Service re: Summons, Complaint upon Corrina Colvin on 9/2/2023. (Toboni, Joseph) Modified to correct event on 9/8/2023 (WLP). (Entered: 09/07/2023) |
| 09/22/2023 | 29 | ANSWER to 1 Complaint, by Brian Colvin, Corrina Colvin.(Abate, Nino) (Entered: 09/22/2023) |
| 09/28/2023 | 30 | ORDER that Plaintiff Valentino Dimitrov's Motion for Alternative Service (Doc. 24 ) is denied as moot as to Defendants Maja Beskar, Brian Colvin, and Corrina Colvin, and granted as to Defendant Rudy Chacon. IT IS FURTHER ORDERED that to serve Defendant Rudy Chacon under Arizona Rule of Civil Procedure 4.1(k) as set forth in this Order. Plaintiff shall effectuate service and file a notice of service with the Court no later than October 6, 2023. Signed by Judge Diane J Humetewa on 9/28/2023. (LFIG) (Entered: 09/28/2023) |
| 10/06/2023 | 31 | First MOTION for Extension of Time to Extend Time for Alternative Service of Defendant Rudy Chacon by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Proposed Order Proposed Order)(Chebat, George) (Entered: 10/06/2023) |
| 10/06/2023 | 32 | DECLARATION of Valentino Dimitrov In Support of Motion to Extend Time for Alternative Service on Defendant Rudy Chacon re: 31 First MOTION for Extension of Time to Extend Time for Alternative Service of Defendant Rudy Chacon by Plaintiff Valentino Dimitrov. (Chebat, George) (Entered: 10/06/2023) |
| 10/12/2023 | 33 | ORDER granting 31 Motion to Extend Time for Alternative Service Upon Defendant Rudy Chacon. IT IS FINALLY ORDERED that to serve Defendant Rudy Chacon under Arizona Rule of Civil Procedure 4.2(c), Plaintiff Valentino Dimitrov shall mail to the last-known California address of Defendant Rudy Chacon the Summons, Complaint, and this Order via any form of postage-prepaid mail that requires a signed and returned receipt. Plaintiff shall effectuate service and file an affidavit of service with the Court no later than November 6, 2023. See document for complete details. Signed by Judge Diane J Humetewa on 10/12/2023. (WLP) (Entered: 10/12/2023) |

| | | |
|---|---|---|
| 10/18/2023 | 34 | ORDER that the Represented Defendants' Motion to Set Aside Entry of Default (Doc. 21 ) is granted. Plaintiff Valentino Dimitrov's Motions for Default Judgment (Docs. 13 ; 20 ) are thereby denied as moot. IT IS FINALLY ORDERED that the Represented Defendants must file a responsive pleading on or before November 17, 2024. See document for complete details. Signed by Judge Diane J Humetewa on 10/17/2023. (WLP) (Entered: 10/18/2023) |
| 10/18/2023 | 35 | ORDER SETTING RULE 16 SCHEDULING CONFERENCE - Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Scheduling Conference is set for December 18, 2023 at 11:30 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003. See document for complete details. Signed by Judge Diane J Humetewa on 10/18/2023. (WLP) (Entered: 10/18/2023) |
| 10/23/2023 | 36 | SERVICE EXECUTED filed by Valentino Dimitrov: Acceptance of Service re: Summons and Complaint upon Rudy and Jane Doe Chacon on 10/23/2023. (Chebat, George) (Entered: 10/23/2023) |
| 11/17/2023 | 37 | ANSWER to Complaint with Jury Demand by Christopher Beskar, Maja Beskar, Rudy Chacon, Unknown Chacon, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine.(Dunmire, Terrance) (Entered: 11/17/2023) |
| 12/11/2023 | 38 | REPORT of Rule 26(f) Planning Meeting by Valentino Dimitrov. (Chebat, George) (Entered: 12/11/2023) |
| 12/13/2023 | 39 | RULE 16 SCHEDULING ORDER: Discovery due by 9/30/2024. Dispositive motions due by 7/31/2025. ORDERED vacating the Rule 16 Scheduling Conference set for 12/18/2023. Signed by Judge Diane J Humetewa on 12/12/2023. (See Order for details.) (LFIG) (Entered: 12/13/2023) |
| 01/31/2024 | 40 | NOTICE of Service of Discovery filed by Brian Colvin, Corrina Colvin. (Abate, Nino) (Entered: 01/31/2024) |
| 01/31/2024 | 41 | NOTICE of Service of Discovery filed by Christopher Beskar, Maja Beskar, Rudy Chacon, Unknown Chacon, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine. (Dunmire, Terrance) (Entered: 01/31/2024) |
| 01/31/2024 | 42 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 01/31/2024) |
| 07/10/2024 | 43 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 07/10/2024) |
| 08/16/2024 | 44 | *MOTION *to Amend the Scheduling Order* by Valentino Dimitrov. (Attachments: # 1 Proposed Order Proposed Order)(Chebat, George) *Modified to correct event type on 8/19/2024 (EJA). (Entered: 08/16/2024) |
| 08/21/2024 | 45 | ORDER: IT IS ORDERED approving the Stipulation to Amend the Scheduling Order (Doc. 44 ). The deadline for completion of fact discovery deadline shall be extended to November 30, 2024. The remainder of the Court's original Scheduling Order (Doc. 39 ) is otherwise affirmed. ORDERED by Judge Diane J Humetewa on 8/21/2024. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG) (Entered: 08/21/2024) |
| 11/04/2024 | 46 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/EMAIL/FIRM NAME by Nino Abate. (Abate, Nino) (Entered: 11/04/2024) |
| 11/08/2024 | 47 | MOTION to Amend/Correct 39 Scheduling Order, Terminate Hearings *Stipulated by Parties* by Valentino Dimitrov. (Attachments: # 1 Proposed Order Proposed Scheduling Order)(Chebat, George) (Entered: 11/08/2024) |
| 11/12/2024 | 48 | ORDER granting the Stipulated Motion to Amend the Scheduling Order (Second Request) (Doc. 47 ). The parties' fact discovery deadline shall be continued to 1/31/2025. The remainder of the Court's Order (Doc. 39 ) is otherwise affirmed. Absent extraordinary circumstances, and notwithstanding the stipulation of the parties, no more |

| | | |
|---|---|---|
| | | extensions of this deadline will be allowed. (CR) (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (Entered: 11/12/2024) |
| 11/21/2024 | 49 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 11/21/2024) |
| 12/13/2024 | 50 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/EMAIL/FIRM NAME by Nino Abate. (Abate, Nino) (Entered: 12/13/2024) |
| 12/16/2024 | 51 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 12/16/2024) |
| 12/16/2024 | 52 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 12/16/2024) |
| 12/30/2024 | 53 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 12/30/2024) |
| 01/10/2025 | 54 | NOTICE of Service of Discovery filed by Valentino Dimitrov. (Chebat, George) (Entered: 01/10/2025) |
| 01/22/2025 | 55 | STRICKEN by Doc. 8 MOTION for Discovery *Motion to Deem Answers to Requests for Admissions Admitted* by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order Proposed Order)(Chebat, George) Modified on 1/27/2025 (LFIG). (Entered: 01/22/2025) |
| 01/24/2025 | 56 | STRICKEN by Doc. 58 MOTION to Compel Defendant Brian Colvin's Deposition by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Proposed Order Proposed Order)(Chebat, George) Modified on 1/27/2025 (LFIG). (Entered: 01/24/2025) |
| 01/27/2025 | 57 | NOTICE of Service of Discovery filed by Brian Colvin, Corrina Colvin. (Abate, Nino) (Entered: 01/27/2025) |
| 01/27/2025 | 58 | ORDER that Plaintiff's Motions (Docs. 55 & 56 ) are STRICKEN. Signed by Judge Diane J Humetewa on 1/27/2025. (LFIG) (Entered: 01/27/2025) |
| 02/03/2025 | 59 | STATEMENT of Joint Statement of Discovery Dispute Regarding Defendant Brian Colvin's Response to Plaintiff's Request for Admissions and Failure to Appear at a Scheduled Deposition by Plaintiff Valentino Dimitrov. (Chebat, George) (Entered: 02/03/2025) |
| 02/05/2025 | 60 | ORDER that having failed to show good cause or excusable neglect regarding his failure to timely respond or object, Defendant Brian Colvin's December 12, 2024, Requests for Admissions shall be deemed admitted. FURTHER ORDERED that the parties shall meet and confer in person or by telephone regarding the date and time for Defendant Brian Colvin's deposition, which may be taken virtually, on or before March 7, 2025. FINALLY ORDERED that Plaintiffs' request for attorneys' fees is denied. See document for complete details. Signed by Judge Diane J Humetewa on 2/4/25. (EJA) (Entered: 02/05/2025) |
| 02/19/2025 | 61 | **Withdrawn per (Doc. 62 )** First MOTION to Dismiss Case *Terrance D. Dunmire* by Stavatti Super Fulcrum Limited, Stavatti Ukraine, Stavatti Heavy Industries Limited, Christopher Beskar, Maja Beskar, John Simon, Jean Simon, William Mcewen, Patricia Mcewen, Rudy Chacon, Unknown Chacon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Dunmire, Terrance) Modified on 3/5/2025 (DXD). (Entered: 02/19/2025) |
| 03/05/2025 | 62 | WITHDRAWAL OF DOCUMENT re: 61 First MOTION to Dismiss Case *Terrance D. Dunmire* by Defendants Stavatti Super Fulcrum Limited, Stavatti Ukraine, Stavatti Heavy Industries Limited, Christopher Beskar, Maja Beskar, John Simon, Jean Simon, William Mcewen, Patricia Mcewen, Rudy Chacon, Unknown Chacon, Stavatti Aerospace Limited, Stavatti Aerospace Limited, Stavatti Corporation, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited. (Dunmire, Terrance) (Entered: 03/05/2025) |

| | | |
|---|---|---|
| 03/05/2025 | 63 | *First MOTION for Summary Judgment *terry dunmire* by Stavatti Super Fulcrum Limited, Stavatti Ukraine, Stavatti Heavy Industries Limited, Christopher Beskar, Maja Beskar, John Simon, Jean Simon, William Mcewen, Patricia Mcewen, Rudy Chacon, Unknown Chacon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited. (Attachments: # 1 Exhibit Exh 1, # 2 Exhibit Exh 2)(Dunmire, Terrance) *Document is not in compliance with LRCiv 7.1(c). Attorney notified on 3/6/2025 (EJA). (Entered: 03/05/2025) |
| 04/04/2025 | 64 | Joinder re: 63 First MOTION for Summary Judgment *terry dunmire Colvins' Joinder in and Objection to Defendants' Motion for Summary Judgment* by Defendants Brian Colvin, Corrina Colvin. filed by Brian Colvin, Corrina Colvin. (Abate, Nino) (Entered: 04/04/2025) |
| 04/09/2025 | 65 | RESPONSE to Motion re: 63 First MOTION for Summary Judgment *terry dunmire* filed by Valentino Dimitrov. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H)(Chebat, George) (Entered: 04/09/2025) |
| 04/24/2025 | 66 | *MOTION to Strike 65 RESPONSE to Motion, REPLY to Response to Motion re: 63 First MOTION for Summary Judgment *terry dunmire terry dunmie* filed by Christopher Beskar, Maja Beskar, Rudy Chacon, Unknown Chacon, Patricia Mcewen, William Mcewen, Jean Simon, John Simon, Stavatti Aerospace Limited(a Minnesota corporation), Stavatti Aerospace Limited(a Wyoming corporation), Stavatti Corporation, Stavatti Heavy Industries Limited, Stavatti Immobiliare Limited, Stavatti Industries Limited, Stavatti Niagara Limited, Stavatti Super Fulcrum Limited, Stavatti Ukraine. (Attachments: # 1 Exhibit Exhibit 3)(Dunmire, Terrance) *Modified to add motion part on 4/25/2025 (EJA). (Entered: 04/24/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2025 12:47:05 | | | |
| **PACER Login:** | msilva248 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-00226-DJH |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |