UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; , a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>[*PROPOSED*] ORDER GRANTING PLAINTIFF'S MOTION TO DEEM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFF'S LACK OF STANDING (DOC. 63) TIMELY AND OPPOSITION TO MOTION TO STRIKE (DOC. 66) |

The Court, having reviewed Plaintiff Valentino Dimitrov's ("Plaintiff") Motion to Deem Plaintiff's Opposition to Defendants' Motion for Summary Judgment for Plaintiff's Lack of Standing (Doc. 63) Timely and Opposition to Motion to Strike (Doc. 66), and with good cause appearing, hereby ORDERS as follows:

1

**IT IS HEREBY ORDERED**, GRANTING Plaintiff's Motion and deeming Plaintiff's Opposition to Defendants' Motion for Summary Judgment for Plaintiff's Lack of Standing (Doc. 63) as timely.

**IT IS FURTHER ORDERED,** DENYING Plaintiff's Motion to Strike Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc 66).