# EXHIBIT 68-4



1

2

3

4

5

**Terrance D. Dunmire, Esq. (9964)**
**Law Offices of Terrance D Dunmire**
**8701 E. Vista Bonita Drive, Suite 220**
**Scottsdale, Arizona 85255**
**Phone (602) 264-1300**
**tdunmire@parkwestpartners.com**
**Attorney for Defendants (except Brian and Corrina Colvin)**

6

7

8

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

9

10

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>        Plaintiff,<br><br>   v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>        Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS AND NON-UNIFORM INTERROGATORY NO. 1 TO DEFENDANT STAVATTI NIAGRA LTD, A NEW YORK CORPORATION**<br><br>**(Assigned to the Honorable Diane J. Humetewa)** |

21

22

23

     Defendants, by and through legal counsel, hereby responds to Plaintiff's First Set of Requests for Admissions:

24

25

### REQUESTS FOR ADMISSIONS

26

27

28

REQUEST FOR ADMISSION NO. 1: Admit that Defendant Stavatti Aerospace, Ltd. and Plaintiff executed a Promissory Note for a principal sum of one million ($1,000,000) dollars.

ADMIT _____ DENY _____x_____

NON-UNIFORM INTERROGATORY NO. 1: For each of the above requests for admissions that you do not unequivocally admit, state the following:

a. The factual basis for your denial.

 The Promissory Note was not executed or authorized by Chris Beskar on behalf of Stavatti Aerospace LTD. The signature on the Promissory Note appears to have been lifted from a blank form non-disclosure agreement to which Brian Colvin had access**.**

b. The identity of all witnesses who can testify to those facts.

Chris Beskar

c. The identity of all documents supporting or evidencing your denial.

 **See attached.**

d. The investigation you undertook to ascertain the factual basis for the denial.

Communications with client regarding the matter.

REQUEST FOR ADMISSION NO. 2: Admit that the Promissory Note, referenced in Request for Admission No. 1, required repayment of the principal by May 1, 2022 to Plaintiff.

ADMIT _____ DENY ____x_____

NON-UNIFORM INTERROGATORY NO. 1: For each of the above requests for admissions that you do not unequivocally admit, state the following:

a. The factual basis for your denial.

The Promissory Note is not enforceable according to its terms because it was not authorized and so it does not require repayment on the date specified in it.

b. The identity of all witnesses who can testify to those facts.

Chris Beskar

c. The identity of all documents supporting or evidencing your denial.

Not applicable

d. The investigation you undertook to ascertain the factual basis for the denial.

Communications with client regarding the matter and general understandings of legal principles.

2

REQUEST FOR ADMISSION NO. 3: Admit that Defendant was the entity required to repay the payment of principal by May 1, 2022 to Plaintiff.

ADMIT _____ DENY _____x_____

NON-UNIFORM INTERROGATORY NO. 1: For each of the above requests for admissions that you do not unequivocally admit, state the following:

    a.  The factual basis for your denial.

The Promissory Note is not enforceable according to its terms because it was not executed or authorized by the alleged Borrower so Defendant is not required to repay it. Answering Defendant is not the alleged Borrower on the Note.

    b.  The identity of all witnesses who can testify to those facts.

Chris Beskar

c. The identity of all documents supporting or evidencing your denial.

Not applicable.

d.The investigation you undertook to ascertain the factual basis for the denial

Communications with client regarding the matter and general understandings of legal principles.

REQUEST FOR ADMISSION NO. 4: Admit that Defendant Christopher Beskar signed the Promissory Note, referenced in Request for Admission No. 1, on behalf of Stavatti Aerospace, Ltd., as disclosed in Stavatti Aerospace, Ltd.'s Initial Disclosure Statement Exhibit 1.

ADMIT _____ DENY _____x_____

NON-UNIFORM INTERROGATORY NO. 1: For each of the above requests for admissions that you do not unequivocally admit, state the following:

    a.  The factual basis for your denial.

Same answer as NUI No.1

b. The identity of all witnesses who can testify to those facts.

Ditto

3

c The identity of all documents supporting or evidencing your denial.

ditto

d The investigation you undertook to ascertain the factual basis for the denial

Ditto

REQUEST FOR ADMISSION NO. 5: Admit that the Promissory Note requires payment of five million ($5,000,000) dollars on or before February 27, 2026

ADMIT _____ ___ DENY ____x_____

NON-UNIFORM INTERROGATORY NO. 1: For each of the above requests for admissions that you do not unequivocally admit, state the following:

   a.  The factual basis for your denial.

The Promissory Note is not enforceable according to its terms because it was not executed or authorized by the alleged Borrower so Defendant is not required to repay it. Defendant admits however that the note specifies payments of $5,000,000 on or before February 27, 2026.

   b.  The identity of all witnesses who can testify to those facts.

Chris Beskar

   c.  The identity of all documents supporting or evidencing your denial.

**See attached.**

   d.  The investigation you undertook to ascertain the factual basis for the denial

Communications with client regarding the matter and general understandings of legal principles.

REQUEST FOR ADMISSION NO. 6: Admit that Defendant Christopher Beskar is identified as the CEO of Stavatti Aerospace, Ltd. on the Investment Note.

ADMIT ____x_____ DENY _____

REQUEST FOR ADMISSION NO. 7: Admit that Defendant Christopher Beskar has signed documents as the CEO of Stavatti Aerospace, Ltd. prior to the date of the Investment Note.

(Defendant assumes Plaintiff meant to say Promissory Note as defined in the Definitions)

ADMIT ____x____ DENY _____

REQUEST FOR ADMISSION NO. 8: Admit that Stavatti Aerospace Limited received at least $900,000 from Plaintiff.

ADMIT ____x_____ DENY _____

REQUEST FOR ADMISSION NO. 9: Admit that Stavatti Aerospace Limited has not returned any portion of the one million ($1,000,000) dollars principal balance to Plaintiff.

ADMIT _____x_____ DENY _____

REQUEST FOR ADMISSION NO. 10: Admit that Defendant has never manufactured any aircraft.

ADMIT ____x_____ DENY _____

REQUEST FOR ADMISSION NO. 11: Admit that Defendant owns the former U.S. Army Reserve Center located on an airside location at 9400 Porter Road, Niagara Falls International Airport, in Niagara, New York.

ADMIT _____ DENY _____x_____

This Request is denied because the Porter Road property is owned by Stavatti Aerospace LTD,, a Wyoming corporation not this answering Defendant.

REQUEST FOR ADMISSION NO. 12: Admit that on June 30, 2022, Rudy Chacon informed Plaintiff via email about the potential funding of $17 million from Del Morgan's brokerage firm for Stavatti Aerospace, Ltd.

ADMIT ____x_____ DENY _____

DATED this    day of August 2024

BY ___/s/ Terry Dunmire_____

5

Terrance D. Dunmire

CERTIFICATE OF SERVICE Terrance Dunmire hereby certifies that on this x   day of August 2024, he electronically transmitted the attached document to the following individuals:

George K. Chebat, Esq.
Enara Law PLLC
7631 East Greenway Road. Suite B-2
Scottsdale, Arizona 85260
george@enaralaw.com
Attorney for Plaintiff

Nino Abate. Esq.
The law Office of Nino Abate. PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
Attorney for Brian and Corrina Colvin

By: /s/ Terry Dunmire_____