# EXHIBIT 68-6





# LETTER OF REPRESENTATION (LOR)

8 April 2020

Brian D. Colvin
1746 Moorpark Dr.
Brea, CA 92821
Tel: 951-907-8000
email: bdccorp@gmail.com

**RE: LETTER OF REPRESENTATION FOR VP & DIRECTOR BRIAN D. COLVIN**

Dear Mr. Colvin:

This Letter of Representation (LOR) Confirms your appointment as the Vice President For Unpiloted Autonomous Systems (UAS) and Director of Stavatti UAS for Stavatti Aerospace Ltd, a Wyoming C corporation, and the subsidiary/assigns and joint-venture companies thereof (Stavatti). For the purpose of this Appointment your title and role as Vice President (VP) is a Corporate Management Level Position while the Board Appointment reflects a Managing Directors position within the Stavatti Board of Directors. Furthermore, for this Appointment, UAS is defined interchangeably as Unpiloted Aerial Systems/Unmanned Autonomous Systems.

As Vice President and Director you will be responsible for business development and representation of Stavatti globally with a specific emphasis upon UAS and Drone/Unpiloted Aircraft Technology, Product and Aerospace Defense Industry Market Segment. This appointment grants you full authorization to represent Stavatti worldwide as a Vice President and Director. This Vice Presidency and Directorship grants you the authorization for, but not limited to:

1) The marketing, sale and support of Stavatti products and/or services;
2) The presentation and promotion of Stavatti and associated Stavatti products, technology and services;
3) The representation of Stavatti to present and potential industry partners, suppliers and subcontractors;
4) The introduction and representation of Stavatti to strategic partners, investors and governments
5) The investigation, negotiation and administration of Joint Venture Partnerships and Companies
6) The development and structuring of Partnerships, Businesses and Contracts on behalf of Stavatti

This agreement furthermore grants you full authority to work directly with Stavatti executive, officers, directors, agents, advisors and other employees with full rights, privilege and authority as any other Stavatti appointed representative while conducting business activities. This appointment authorizes you to assist Stavatti in the marketing, presentation, sale, servicing, support and possible development and manufacturing and identification, arrangement of project funding/financing and the establishment of joint ventures, joint companies and strategic partnerships for Stavatti.

This appointment is granted in perpetuity unless you resign or are dismissed from you position as Vice President and/or Director and either party provides thirty (30) days written notice of termination, modification or cancellation. In the case of termination, modification or cancellation of this representation, a written notice will be sent to you at the above mentioned address advising you of such modification or cancellation.

On behalf of Stavatti, I extend onto you a warm welcome as our VP For UAS and Director of Stavatti UAS.

Warmest Regards,

*[signature]*

Christopher R. Beskar
Chairman & CEO
Stavatti Aerospace Ltd

---

**STAVATTI AEROSPACE LTD**

| **WYOMING** | **MINNESOTA** | **CALIFORNIA** | MN TEL: 651-238-5369 | **UKRAINE** | **SERBIA** | **NEW YORK** |
| 30 N Gould St, Ste 2247 | P.O. Box 211258 | 1443 S. Gage Street | WY TEL: 307-620-7261 | Kyivs'ka Street 4, Suite 217 | No 2 Jabucki put Street | 4455 Genesee Street |
| Sheridan, WY | Eagan, MN | San Bernardino, CA | email: aerospace@stavatti.com | Vinnytsia, 21000 | Pancevo | Buffalo, NY |
| 82801 USA | 55121 USA | 92408 USA | http://www.stavatti.com | Ukraine | Serbia | 14225 USA |