# EXHIBIT 68-9





# STAVATTI AEROSPACE LTD

# PROMISSORY NOTE

For value received, the undersigned Stavatti Aerospace Ltd (the Borrower) at 9400 Porter Road, Niagara Falls, NY 14304 promise to pay _____ Dr. David Kim _____ (the Lender) at _____ (Lender Address) a total sum of $650,000.00 (Amount). Borrower and Lender both agree to the following terms and conditions:

## TERMS AND CONDITIONS

**Promise to Pay:**

Within three (3) months extendable no longer then twelve (12) months consisting of monthly interest only payments starting 1 Oct 2021, Borrower promises to pay the Principal Sum of $650,000.00 on or before 6 December 2021.

**Liability:**

Stavatti Aerospace Ltd/the Borrower is liable for paying back the following full amount

**Details of Loans: Agreed Between Borrower and Lender:**

| 7 September 2021 | $650,000.00 | $1,300,00 0 .0 | 7 September 2022 |
|---|---|---|---|
| Cell A: Date of Loan | Cell B: Amount of Loan ($ USD) | Cell C: Repayment Amount | Cell D: Date of Repayment |

**Payment of Loan:**

Terms: Payment shall be made on 90 day basis in the amount of $1,300,000.00 commencing on or before the 6th day of December 2021

Interest Payment: $650,000.00

Principal Payment: $650,000.00

Principal amount and interest to be paid in full on or before 6 December 2021

**Collateral:**

A) In the First Instance Stavatti Aerospace Ltd/the Borrower is backing this loan with First Right of Corporate Assets (i.e. 9400 Porter Road, Niagara Falls, NY 14304); or

B) In the Second Instance Stavatti Aerospace Ltd/the Borrower shall offer the option to own 6,500,000 shares of stock (Common Stock) in Stavatti Aerospace Ltd or have this note convertible to 6,500,000

Scanned with CamScanner

shares of stock. This Stock Option/Conversion Option releases the First Right Collateral Provision (A).

**Governance**

This Note shall be governed by, and construed and enforced in accordance with, the laws of the State of New York within the county of Niagara.

**Notices**

All notices or other communications shall be in writing and shall be delivered by hand or mailed by registered or certified mail, or by email with recipient verification to the undersigned at the address set forth after his name and signature below, and to the Company at the following address: 9400 Porter Road, Niagara Falls, NY 14304 USA with an email address of aerospace@stavatti.com.

**IN WITNESS WHEREOF** This Note Has been Accepted by As of the Following Effective Date:

| Dr. David Kim | Stavatti Aerospace Ltd |
|---|---|
| *(signature)* | *(signature)* |
| (SIGNATURE) | (SIGNATURE) |
| DAVID S. KIM | Christopher R. Beskar |
| (PRINT NAME) | (PRINT NAME) |
| M.D. | CEO |
| (PRINT TITLE) | (PRINT TITLE) |
| [redacted] | 9400 Porter Road |
|  | (MAILING ADDRESS) |
|  | Niagara Falls, NY 14304 USA |
|  | (CITY-STATE-ZIP CODE) |
|  | (651) 238-5369 |
|  | (PHONE) |
|  | chris.beskar@stavatti.com |
| (Email) | (Email) |
| 9/7/2021 | 6 September 2021 |
| (ACCEPTED AND EFFECTIVE DATE) | (DATE) |

STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MINNESOTA | WYOMING | NF TEL: 651-238-5369 | UKRAINE | CALIFORNIA | BUFFALO |
| 9400 Porter Road | P.O. Box 211258 | 30 N Gould St, Ste 2247 | WY TEL: 307-620-7261 | Kyivska Street 4, Suite 217 | 1443 S. Gage Street | 4455 Genesee Street |
| Niagara Falls, NY | Eagan, MN | Sheridan, WY | email: aerospace@stavatti.com | Vinnytsia 21100 | San Bernardino, CA | Buffalo, NY |
| 14304 USA | 55121 USA | 82801 USA | http://www.stavatti.com | Ukraine | 92408 USA | 14225 USA |

SEPT 2021                                                                    2

Scanned with CamScanner