# EXHIBIT 68-11



I, Robert C. Sugarman, residing at 132 Seabrook Drive, Williamsville, NY, 14221, agree to loan Stavatti Aerospace, Ltd., the sum of $150,000.00 until February 12, 2020, at a rate of 5% per annum. Repayment of the loan plus interest will be made to Robert C. Sugarman with interest prorated to the number of days that the funds were held by Stavatti Aerospace, Ltd., beginning on January 16, 2020  In the event that the loan is not repaid by the term date, interest will be at the rate of 6% per annum on any balance not repaid, with the accrued interest paid monthly.

*Robert C. Sugarman*

_____
Robert C. Sugarman                              Date:   January 16, 2020


For Stavatti Aerospace, Ltd.

(print)_____Christopher R. Beskar_____

(sig)_____    Date:  January 16, 2020

(title)_____CEO_____