# EXHIBIT 68-13





Brian Colvin <bdccorp@gmail.com>

## Re: Preliminary Agreement for review
1 message

**Brian Colvin** <brian.colvin@stavatti.com>  Tue, Feb 15, 2022 at 12:23 PM
To: Chris Beskar <chris.beskar@stavatti.com>

Dear Chris

The funding that is coming in will be structured as follows:

Stavatti UAVS will provide capital under the original agreement formed as of April 2021

STRUCTURE:

1. SUAVS will bring capital and receive equity as outlined in agreement fining and equity schedule.of Stavatti Aerospace, Ltd., and PPO Project Equity.
2. SAUVS's Investor(s) will receive a predetermined senior amount of Profit Participation equaling 10x Profit Participation total from the PPO disbursement. (NOTE: This disbursement will be split equally 5x to Investor, and 5x to Superior Inc. and/or its assigns)
3. Once the 10x is paid, the remaining equity Profit Participation Payments will revert holey to SUAVS (and/or its assigns). .

AGREEMENTS to be generated:

1. Subscription Agreement from SAUVS and/or its Assigns
2. 5x PROMISSORY NOTE to Investor
3. 5x PROMISSORY NOTE to Superior Inc. and/or its Assigns

Kindest regards,

**Brian D. Colvin**

Executive VP of STAVATTI AEROSPACE, LTD.

Chairman & CEO of STAVATTI UAVS, LTD.
TEL: 424-501-5646
TEL: 307-620-7261
email:  Brian.Colvin@stavatti.com
http://www.stavatti.com
STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA
STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA
STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA
STAVATTI WYOMING
30 North Gould Street

Suite 2247
Sheridan, WY 82801
USA
STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.
*************************************************************
*************************

 **STAVATTI EQUITY PROMISSORY NOTE 5X RETURN TEMPLATE.docx**
395K