# EXHIBIT 68-15



1  **Terrance D. Dunmire, Esq. (9964)**
2  **Law Offices of Terrance D Dunmire**
   **8701 E. Vista Bonita Drive, Suite 220**
3  **Scottsdale, Arizona 85255**
   **Phone (602) 264-1300**
4  **tdunmire@parkwestpartners.com**
   **Attorney for Defendants (except Brian and Corrina Colvin)**
5

6
                        UNITED STATES DISTRICT COURT
7
                            DISTRICT OF ARIZONA
8

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No. 2:23-CV-00226-DJH |
| Plaintiff, | **DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS. REQUIESTS FRO PRODICTIUON. NON-UNIFORM INTERROGARIES, AND UNIFORM INTERROGATORIESW TO DEFENDANT RUDY CHACON** |
| v. | |
| Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive | **(Assigned to the Honorable Diane J. Humetewa)** |
| Defendants. | |

   Defendant Rudy Chacon, by and through legal counsel, hereby responds to Plaintiff's above referenced discovery document dated December 12, 2024.

                        **REQUESTS FOR ADMISSIONS**

   **REQUEST FOR ADMISSION NO. 1**:

   Admit that Plaintiff brought you $1 million in cash to deliver to Stavatti Aerospace Ltd.

**ADMIT \_\_\_x_____**          **DENY _____**

**REQUEST FOR ADMISSION NO. 2**:

Admit that Plaintiff counted the $1 million in front of you.

**ADMIT \_\_\_\_x_____**          **DENY _____**

**REQUEST FOR ADMISSION NO. 3**:

Admit that while Plaintiff counted the $1 million, you were on the phone with Defendant Brian Colvin, President of Stavatti Aerospace Ltd.

**ADMIT _____**          **DENY \_\_\_\_x_____**

**I have come to learn that Brian Colvin was not President of Stavatti Aerospace Ltd. as he had represented.**

**REQUEST FOR ADMISSION NO. 4**:

Admit that you and Defendant Brian Colvin worked together to find investors for Stavatti Aerospace Ltd.

**ADMIT \_\_\_\_x_____**          **DENY _____**

**REQUEST FOR ADMISSION NO. 5**:

Admit that you delivered $900,000.00 of Plaintiff's cash to Stavatti Aerospace Ltd.

**ADMIT _____**          **DENY \_\_\_\_x_____**

**I delivered $1,000,000 to Brian Colvin who represented himself to be President of Stavatti Aerospace Ltd.**

**REQUEST FOR ADMISSION NO. 6**:

Admit that you kept $100,000.00 of Plaintiff's cash.

**ADMIT _____**          **DENY \_\_\_\_x_____**

**I delivered $1,000,000 to Brian Colvin who represented himself to be President of Stavatti Aerospace Ltd. I did not receive any funds or commissions from said funds.**

2

None applicable

**REQUEST FOR PRODUCTION NO. 2:**

Produce any and all documents between you and Defendant Brian Colvin regarding finding investors for Stavatti Aerospace Ltd.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

None.

**REQUEST FOR PRODUCTION NO. 3:**

Produce any and all phone records from February 25, 2022 through February 27, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

I have no phone records for that period.

**REQUEST FOR PRODUCTION NO. 4:**

Produce any and all communications between you and any other Defendant.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

The only communications I had with any of the other Defendants in this lawsuit were with Brian Colvin and I do believe any of that communication was in writing.

DATED this 13th day of January 2025

BY __/s/ Terry Dunmire____
Terrance D. Dunmire

VERIFICATION

STATE OF ARIZONA    )
                    ) SS
County of Maricopa  )

Rudy Chacon, being first duly sworn upon his oath deposes and says under penalty of perjury that he is one of the Defendants in the above referenced case; that he has read the forgoing responses to Plaintiff's **FIRST SET OF REQUESTS FOR ADMISSIONS. REQUESTS FOR PRODUCTION. NON-UNIFORM INTERROGATIVES, AND UNIFORM INTERROGATORIES TO DEFENDANT RUDY CHACON** and knows the contents thereof; that the same is true, except as to those allegations made upon information and belief, and as to those he believes them to be true.

*Rudy Chacon*

_____
Rudy Chacon

8

CERTIFICATE OF SERVICE Terrance Dunmire hereby certifies that on this 13th day of January 2025, he electronically transmitted the attached document to the following individuals:

George K. Chebat, Esq.
Enara Law PLLC
7631 East Greenway Road. Suite B-2
Scottsdale, Arizona 85260
george@enaralaw.com
Attorney for Plaintiff

Nino Abate. Esq.
The law Office of Nino Abate. PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
Attorney for Brian and Corrina Colvin

By: /s/ Terry Dunmire

9