# EXHIBIT 68-16



```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA


Valentino Dimitrov, individually  )
and on behalf of all others       )
similarly situated,               )
                                  )
      Plaintiff,                  )
                                  )
        vs.                       ) Case No.
                                  ) 2:23-CV-00226-PHX-DJH
Stavatti Aerospace, Ltd, a        )
Minnesota corporation, et al.,    )
                                  )
      Defendants.                 )
_____)



             VIDEOCONFERENCE DEPOSITION OF RUDY CHACON


                        Phoenix, Arizona
                        January 21, 2025
                           1:21 p.m.










REPORTED BY:
TERESA A. WATSON, RMR
Certified Reporter
Certificate No. 50876

PREPARED FOR:
ASCII/Condensed

(Certified Copy)
```



**Griffin Group International**
**888.529.9990 | 602.264.2230**

```
 1  Stavatti opportunity?
 2       A.    From Brian Colvin.
 3       Q.    Exclusively?
 4       A.    Yeah.
 5       Q.    From Brian Colvin?
 6       A.    Yeah.
 7       Q.    And as it pertains to all the other investors that you
 8  had introduced, were all of those transactions facilitated by
 9  Brian Colvin?
10       A.    Yes.
11       Q.    And other than this transaction -- "this transaction"
12  being the one with Valentino Dimitrov -- have -- has Brian
13  Colvin, to your knowledge, received any sort of compensation or
14  benefit from his fundraising efforts for Stavatti?
15       A.    I'm not aware of anything that he received directly.
16  The only thing that I knew was that the 900,000 went into
17  Stavatti account number one, and the 100,000 went into the
18  Stavatti UAV account, from what I understood.  But they were
19  both Stavatti accounts.
20       Q.    Did you have any visibility into any of those
21  accounts?
22       A.    No.
23       Q.    And to your knowledge, the full amount was deposited
24  by Mr. Colvin, correct?
25       A.    I went to the bank and made the deposit.
```



```
 1      Q.   You made the deposit?
 2      A.   Yeah.  With Brian Colvin.
 3      Q.   Okay.  And at which bank location did you make that
 4   deposit?
 5      A.   That was Bank of America San Pedro.
 6      Q.   And upon deposit, the -- just to confirm, upon
 7   deposit, the amount was bifurcated with 100,000 in the UAV
 8   account, and the remainder 900,000 in the other Stavatti
 9   account, correct?
10      A.   Correct.
11      Q.   To your knowledge, did Mr. Colvin have signature
12   authority on either one of those accounts?
13      A.   I don't know.  I don't know.
14      Q.   What was the nature of your conversation with
15   Mr. Colvin on that day leading up to the deposit?
16      A.   We're going to go deposit the money.  That was
17   basically the entire -- I mean, there wasn't any conversation
18   about it, because, I mean, I wasn't -- I wasn't made aware of
19   where the funds were going to be used immediately or anything
20   like that, so I didn't -- wasn't my -- wasn't my...
21      Q.   So how do you know the way they were bifurcated?
22           Would you like to pause?
23      A.   No.  I'm just...
24      Q.   How do you know the way --
25      A.   Because -- because of the deposit, when the deposit
```



```
 1  STATE OF ARIZONA     )
                         )   ss.
 2  COUNTY OF MARICOPA   )

 3

 4          BE IT KNOWN that the foregoing proceedings were taken
    before me; that the witness before testifying was duly sworn by
 5  me to testify to the whole truth; that the foregoing pages are a
    full, true and accurate record of the proceedings, all done to
 6  the best of my skill and ability; that the proceedings were
    taken down by me in stenographic shorthand and thereafter
 7  reduced to print under my direction.

 8          I CERTIFY that I am in no way related to any of the
    parties hereto, nor am I in any way interested in the outcome
 9  hereof.

10          [ ] Review and signature was requested; any changes
    made by the witness will be attached to the original transcript.
11          [X] Review and signature was waived/not requested.
            [ ] Review and signature not required.
12
            I CERTIFY that I have complied with the ethical
13  obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
    J(1)(g)(1) and (2).
14
            DATED at Phoenix, Arizona, this 21st day of February
15  2025.

16
                                /s/ Teresa A. Watson
17
                                TERESA A. WATSON, RMR
18                              Certified Reporter
                                Certificate No. 50876
19

20              *       *       *       *       *

21          I CERTIFY that GRIFFIN GROUP INTERNATIONAL has
    complied with the ethical obligations set forth in ACJA 7-206
22  (J)(1)(g)(1) through (6).

23                              /s/ Pamela A. Griffin

24                              GRIFFIN GROUP INTERNATIONAL
                                Registered Reporting Firm
25                              Arizona RRF No. R1005
```