# EXHIBIT 68-17





P.O. Box 15284
Wilmington, DE 19850

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA 92404-2025

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Platinum Honors

for November 1, 2021 to November 30, 2021      Account number: ███ 7316

**STAVATTI AEROSPACE LTD**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2021 | $14,192.35 | # of deposits/credits: 1 | |
| Deposits and other credits | 19,000.00 | # of withdrawals/debits: 10 | |
| Withdrawals and other debits | -24,697.35 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -15.00 | Average ledger balance: $8,969.56 | |
| **Ending balance on November 30, 2021** | **$8,480.00** | [1]Includes checks paid,deposited items&other debits | |

BANK OF AMERICA BUSINESS ADVANTAGE

## Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs.
If you'd like to meet, please contact me.

Reena Manning
909.522.2799
reena.mitchell@bofa.com

SSM-07-21-0006.B | 3646943

STAVATTI AEROSPACE LTD  |  Account #    7316  |  November 1, 2021 to November 30, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and     Equal Housing Lender

 **BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

STAVATTI AEROSPACE LTD  |  Account #  ███████ 7316  |  November 1, 2021 to November 30, 2021

**Important change regarding ATM withdrawals that overdraw your account.**

Starting February 16, 2022, customers will no longer be given the opportunity to agree to our overdraft practices to make an ATM withdrawal that overdraws their account. Going forward, if an ATM withdrawal amount is more than the available balance, we will decline the transaction.

**We are here to help**
If you have questions or you would like to discuss this change to our overdraft practices, please call the number on your statement or schedule an appointment at bankofamerica.com/appointments.

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/29/21 | WIRE TYPE:WIRE IN DATE: 211129 TIME:0423 ET TRN:2021112900276578 SEQ:3018121333ES/002457 ORIG:DIVINE COSMOS LLC ID:319128630 SND BK:JPMORGA N CHASE BANK, NA ID:021000021 PMT DET:BPL OF 21/11 /29 PAYMENT TO STOP PIPES FROM FREEZINGIN HANGAR P | 19,000.00 |
| **Total deposits and other credits** | | **$19,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/03/21 | Online Banking transfer to CHK 1775 Confirmation# 1192719042 | -5,100.00 |
| 11/03/21 | Bank of America Business Card Bill Payment | -100.00 |
| 11/10/21 | Bank of America Credit Card Bill Payment | -200.00 |
| 11/10/21 | DISCOVER        DES:E-PAYMENT  ID:5054  INDN:BESKAR CHRISTOPHE        CO ID:2510020270 WEB | -103.00 |
| 11/16/21 | CAPITAL ONE       DES:ONLINE PMT ID:3GZGI61J89261N9  INDN:CHRISTOPHER R BESKAR    CO ID:9279744991 CCD | -100.00 |
| 11/29/21 | Online Banking transfer to CHK 1733 Confirmation# 3220228299 | -19,000.00 |

*continued on the next page*

 Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B  |  3647905

STAVATTI AEROSPACE LTD   |   Account # ▮▮▮▮ 7316   |   November 1, 2021 to November 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| Card account # XXXX XXXX XXXX 0313 | | |
| 11/01/21 | CHECKCARD 1030 CORPORATE FILINGS LLC 888-7898466  WY 24755421304133041144517 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -30.00 |
| 11/01/21 | CHECKCARD 1101 ARCO42401001 REDLANDS    CA CKCD 5542 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -64.35 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$94.35** |
| **Total withdrawals and other debits** | | **-$24,697.35** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $0.00 |
| Total NSF: Returned Item fees | $0.00 | $70.00 |

**We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 10/29/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $250+ in new net purchases on a linked Business debit card has not been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/05/21 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 11/29/21 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 14,098.00 | 11/05 | 8,883.00 | 11/16 | 8,480.00 |
| 11/03 | 8,898.00 | 11/10 | 8,580.00 | | |



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum Honors

for December 1, 2021 to December 31, 2021            Account number: ████ 7316

**STAVATTI AEROSPACE LTD**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2021 | $8,480.00 |
| Deposits and other credits | 100,000.00 |
| Withdrawals and other debits | -27,510.38 |
| Checks | -0.00 |
| Service fees | -15.00 |
| **Ending balance on December 31, 2021** | **$80,954.62** |

# of deposits/credits: 2

# of withdrawals/debits: 11

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $53,649.95

[1]Includes checks paid,deposited items&other debits



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-07-21-0033.B  I  3647905

STAVATTI AEROSPACE LTD   |   Account # ███████ 7316   |   December 1, 2021 to December 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

**BANK OF AMERICA**

# Your checking account

STAVATTI AEROSPACE LTD   |   Account #  ▉▉▉▉  7316   |   December 1, 2021 to December 31, 2021

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/14/21 | WIRE TYPE:WIRE IN DATE: 211214 TIME:0551 ET TRN:2021121400175645 SEQ:3033541348ES/002574 ORIG:DIVINE COSMOS LLC ID:319128630 SND BK:JPMORGA N CHASE BANK, NA ID:021000021 PMT DET:BPL OF 21/12 /14 SALARIES FOR 2022 /CB TALENT FEE 1 SALARIES FO | 50,000.00 |
| 12/15/21 | WIRE TYPE:WIRE IN DATE: 211215 TIME:0620 ET TRN:2021121500190535 SEQ:3050671349ES/001066 ORIG:DIVINE COSMOS LLC ID:319128630 SND BK:JPMORGA N CHASE BANK, NA ID:021000021 PMT DET:BPL OF 21/12 /15 2ND HALF OF 100K FOR 2022 SALARIES /CB 2ND HAL | 50,000.00 |
| **Total deposits and other credits** | | **$100,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/06/21 | Online Banking transfer to CHK 1733 Confirmation# 5481512822 | -3,000.00 |
| 12/08/21 | DISCOVER      DES:E-PAYMENT  ID:5054  INDN:BESKAR CHRISTOPHE      CO ID:2510020270 WEB | -103.00 |
| 12/08/21 | BANK OF AMERICA BUSINESS CARD Bill Payment | -100.00 |
| 12/10/21 | Bank of America Credit Card Bill Payment | -200.00 |
| 12/13/21 | CAPITAL ONE      DES:ONLINE PMT ID:3H4QZ69QZDSTS5X  INDN:CHRISTOPHER R BESKAR     CO ID:9279744991 CCD | -100.00 |
| 12/20/21 | Online Banking transfer to CHK 1733 Confirmation# 7198994368 | -20,000.00 |
| 12/27/21 | Zelle Transfer Conf# pm1mjlsub; Giebeler, Dimitriy | -4,000.00 |

Card account # XXXX XXXX XXXX 0313

| Date | Description | Amount |
|---|---|---|
| 12/07/21 | CHECKCARD  1206 E-Z*PASSNY TOLLBYMAIL 800-333-8655 NY 24692161340100118841063 CKCD 4784 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -7.38 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$7.38** |
| **Total withdrawals and other debits** | | **-$27,510.38** |



SMALL BUSINESS RESOURCES

Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B  |  3598723

STAVATTI AEROSPACE LTD   |   Account #████████ 7316   |   December 1, 2021 to December 31, 2021

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $0.00 |
| Total NSF: Returned Item fees | $0.00 | $70.00 |

**We want to help you avoid overdraft and returned item fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 11/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $250+ in new net purchases on a linked Business debit card has not been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 12/07/21 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 12/14/21 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/15/21 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 8,480.00 | 12/10 | 5,054.62 | 12/15 | 104,954.62 |
| 12/06 | 5,480.00 | 12/13 | 4,954.62 | 12/20 | 84,954.62 |
| 12/07 | 5,457.62 | 12/14 | 54,954.62 | 12/27 | 80,954.62 |
| 12/08 | 5,254.62 | | | | |



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum Honors

for January 1, 2022 to January 31, 2022                    Account number: ███████ 7316

**STAVATTI AEROSPACE LTD**

### Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2022 | $80,954.62 | # of deposits/credits: 1 |
| Deposits and other credits | 5,500.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -83,642.56 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -15.00 | Average ledger balance: $26,250.70 |
| **Ending balance on January 31, 2022** | **$2,797.06** | [1]Includes checks paid,deposited items&other debits |

BUSINESS ADVANTAGE

Go
paperless
today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely
and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360,
our small business online banking, and click on **Profiles & Settings** (in the upper
right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.                                   SSM-02-21-1021.B | 3454369

STAVATTI AEROSPACE LTD   |   Account # ▬▬▬ 7316   |   January 1, 2022 to January 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   🏠   **Equal Housing Lender**

**BANK OF AMERICA** ⬛⬛⬛

<span style="color:crimson">**Your checking account**</span>

**STAVATTI AEROSPACE LTD**  |  Account # ■■■■ 7316  |  January 1, 2022 to January 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/20/22 | Online Banking transfer from CHK 1733 Confirmation# 2171156236 | 5,500.00 |
| **Total deposits and other credits** | | **$5,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/04/22 | WIRE TYPE:WIRE OUT DATE:220104 TIME:0507 ET TRN:2022010400141161 SERVICE REF:180082 BNF:STAVATTI INDUSTRIES LTD ID:583203010 BNF BK:JP MORGAN CHASE BANK, N. ID:0002 PMT DET:369956022 ST AVATTI INDUSTRIES LTD | -50,000.00 |
| 01/06/22 | Bank of America Business Card Bill Payment | -500.00 |
| 01/10/22 | Bank of America Credit Card Bill Payment | -200.00 |
| 01/10/22 | DISCOVER        DES:E-PAYMENT  ID:5054  INDN:BESKAR CHRISTOPHE        CO ID:2510020270 WEB | -112.56 |
| 01/18/22 | Online Banking transfer to CHK 1733 Confirmation# 1229353666 | -7,000.00 |
| 01/20/22 | Online Banking transfer to CHK 1733 Confirmation# 2469701821 | -9,000.00 |
| 01/24/22 | WIRE TYPE:INTL OUT DATE:220124 TIME:0428 ET TRN:2022012400269123 SERVICE REF:303967 BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:372338460 PER CREDIT A GREEMENT NUMBER N201220POP OTHER/PER AGREEMENT N20 | -15,000.00 |
| 01/28/22 | Online Banking transfer to CHK 1733 Confirmation# 1136106715 | -1,500.00 |

**Card account # XXXX XXXX XXXX 0313**

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/22 | CHECKCARD  1231 TUCK LAW GROUP PLLC 512-3214944  TX 24559301365900018116159 CKCD 8111 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -300.00 |
| 01/03/22 | CHECKCARD  1231 CORPORATE FILINGS LLC 888-7898466  WY 24755422001130015224113 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -30.00 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$330.00** |
| **Total withdrawals and other debits** | | **-$83,642.56** |



SMALL BUSINESS RESOURCES

## Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B | 3598723

STAVATTI AEROSPACE LTD   |   Account #██████ 7316   |   January 1, 2022 to January 31, 2022

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 12/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $250+ in new net purchases on a linked Business debit card has not been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/04/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/07/22 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 01/24/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $45 | -0.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 80,954.62 | 01/07 | 30,109.62 | 01/20 | 19,297.06 |
| 01/03 | 80,624.62 | 01/10 | 29,797.06 | 01/24 | 4,297.06 |
| 01/04 | 30,624.62 | 01/18 | 22,797.06 | 01/28 | 2,797.06 |
| 01/06 | 30,124.62 | | | | |



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

🖊  bankofamerica.com

✉  Bank of America, N.A.
    P.O. Box 25118
    Tampa, FL 33622-5118

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

## Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Platinum Honors

for February 1, 2022 to February 28, 2022                          Account number: ▓▓▓▓ 7316

**STAVATTI AEROSPACE LTD**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2022 | $2,797.06 | # of deposits/credits: 2 |
| Deposits and other credits | 40,000.00 | # of withdrawals/debits: 8 |
| Withdrawals and other debits | -30,563.24 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 28 |
| Service fees | -15.00 | Average ledger balance: $8,251.58 |
| **Ending balance on February 28, 2022** | **$12,218.82** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

# We thank you for your business and are here to listen to you

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.

To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-11-21-0006.B | 3877943

STAVATTI AEROSPACE LTD   |   Account #▮▮▮▮▮ 7316   |   February 1, 2022 to February 28, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and     Equal Housing Lender**



# Your checking account

**STAVATTI AEROSPACE LTD**  |  Account #  ▮▮▮▮  7316  |  February 1, 2022 to February 28, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/18/22 | Counter Credit | 30,000.00 |
| 02/22/22 | WIRE TYPE:WIRE IN DATE: 220222 TIME:0650 ET TRN:2022022200508221 SEQ:20220222000094926/540102 ORIG:PHILLIP M MILGRAM ID:000003638038822 SND BK:W ELLS FARGO BANK NA ID:0407 PMT DET:OW0000198677758 2FOR STAVATTI AEROSPACE FUNDING FROMPHILLIP AND NI | 10,000.00 |
| **Total deposits and other credits** | | **$40,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/22 | Online Banking transfer to CHK 1733 Confirmation# 5574279882 | -1,800.00 |
| 02/10/22 | Bank of America Credit Card Bill Payment | -210.00 |
| 02/22/22 | WIRE TYPE:WIRE OUT DATE:220222 TIME:1444 ET TRN:2022022200734959 SERVICE REF:019496 BNF:DELMORGAN GROUP LLC ID:2069543722 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:376328204 F OR DELMORGAN ENGAGEMENT AGREEMENT | -25,000.00 |
| 02/24/22 | Online Banking transfer to CHK 1733 Confirmation# 2472516332 | -3,500.00 |

Card account # XXXX XXXX XXXX 0313

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/22 | FOOD & FUEL #2  02/28 #000305208 PURCHASE FOOD & FUEL #23    SAN BERNARDI  CA | -53.24 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$53.24** |
| **Total withdrawals and other debits** | | **-$30,563.24** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 01/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $250+ in new net purchases on a linked Business debit card has been met

✓  $5,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

---

BUSINESS ADVANTAGE

## Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

STAVATTI AEROSPACE LTD   |   Account # ███████ 7316   |   February 1, 2022 to February 28, 2022

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/07/22 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 02/22/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 02/22/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 997.06 | 02/18 | 30,772.06 | 02/24 | 12,272.06 |
| 02/07 | 982.06 | 02/22 | 15,772.06 | 02/28 | 12,218.82 |
| 02/10 | 772.06 | | | | |


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✏️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

---

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Platinum Honors

for March 1, 2022 to March 31, 2022                                    Account number: ▉▉▉ 7316

**STAVATTI AEROSPACE LTD**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2022 | $12,218.82 | # of deposits/credits: 7 |
| Deposits and other credits | 965,590.00 | # of withdrawals/debits: 44 |
| Withdrawals and other debits | -712,786.66 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -315.00 | Average ledger balance: $389,409.88 |
| **Ending balance on March 31, 2022** | **$264,707.16** | [1]Includes checks paid, deposited items and other debits |

---



BANK OF AMERICA
**Preferred Rewards**
For Business

## Your program status may change

You're currently not meeting the program requirements to continue receiving benefits and rewards for your tier, but there are steps you can take to address the situation.

**Please act now to retain your benefits.** Call **866.953.2481** today to speak with a specialist about how you can keep earning rewards.

SSM-10-21-0022.B | 3786279

STAVATTI AEROSPACE LTD  |  Account # ████ 7316  |  March 1, 2022 to March 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

**BANK OF AMERICA**

# Your checking account

STAVATTI AEROSPACE LTD   |   Account # ▓▓▓▓ 7316   |   March 1, 2022 to March 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/22 | Counter Credit | 912,500.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:0733 ET TRN:2022030100270401 SEQ:3348552060ES/001891 ORIG:JAMES R RAPALLO ID:793699922 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:PPL OF 22/03/0 1 | 25,000.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:0604 ET TRN:2022030100239935 SEQ:3811902059ES/002011 ORIG:ANN E RODGERS ID:892175816 SND BK:JPMORGAN CH ASE BANK, NA ID:021000021 PMT DET:DCD OF 22/02/28 IN REFERENCE TO: ANN RODGERS | 17,000.00 |
| 03/01/22 | WIRE TYPE:WIRE IN DATE: 220301 TIME:1345 ET TRN:2022030100448566 SEQ:3625322060ES/012742 ORIG:ANN E RODGERS ID:892175816 SND BK:JPMORGAN CH ASE BANK, NA ID:021000021 PMT DET:DCD OF 22/03/01 ANN RODGERS | 5,000.00 |
| 03/11/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 03/16/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 03/18/22 | Counter Credit | 6,000.00 |
| **Total deposits and other credits** | | **$965,590.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/22 | Zelle Transfer Conf# sm5vpuyej; Giebeler, Dimitriy | -2,000.00 |
| 03/01/22 | WIRE TYPE:INTL OUT DATE:220302 TIME:0000 TRN:2022030100580506 SERVICE REF: BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:377575894 PER CREDIT A GREEMENT NUMBER N201220POP OTHER/CREDIT AGREEMENT | -1,000.00 |
| 03/03/22 | WIRE TYPE:WIRE OUT DATE:220303 TIME:1605 ET TRN:2022030300486188 SERVICE REF:015714 BNF:PHILLIPS LYTLE LLP ID:750001852 BNF BK:HSBC BA NK USA, NA ID:021001088 PMT DET:377914056 PHILLIPS  LYTLE PAYMENT TO BALANCE | -65,000.00 |
| 03/03/22 | WIRE TYPE:WIRE OUT DATE:220303 TIME:1617 ET TRN:2022030300493548 SERVICE REF:015968 BNF:GABRIELE & BERRIGAN P.C. ID:327601001222 BNF BK:KEYBANK NATIONAL ASSOCI ID:021300077 PMT DET:377916590 FINAL PAYMENT OF NCDIA FEE | -129,376.00 |
| 03/03/22 | WIRE TYPE:INTL OUT DATE:220303 TIME:1628 ET TRN:2022030300498439 SERVICE REF:502938 BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:377918642 CREDIT AGREE MENT NUMBER N201220 POPOTHER/AGREEMENT NUMBER N201 | -25,000.00 |

*continued on the next page*



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B  I  3647905

STAVATTI AEROSPACE LTD   |   Account # ███████ 7316   |   March 1, 2022 to March 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 03/03/22 | WIRE TYPE:WIRE OUT DATE:220303 TIME:1631 ET TRN:2022030300499850 SERVICE REF:503680 BNF:STAVATTI INDUSTRIES LTD ID:583203010 BNF BK:JP MORGAN CHASE BANK, N. ID:0002 PMT DET:377919370 ST AVATTI AERO CREDIT CART PAYMENT | -10,000.00 |
| 03/03/22 | Online Banking transfer to CHK 1733 Confirmation# 6334328167 | -260,000.00 |
| 03/07/22 | WIRE TYPE:WIRE OUT DATE:220307 TIME:0409 ET TRN:2022030700241710 SERVICE REF:225493 BNF:US CAPITAL GLOBAL PARTNERS ID:263900075 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:378 211726 USCGP ENGAGEMENT FEE | -55,000.00 |
| 03/07/22 | WIRE TYPE:INTL OUT DATE:220307 TIME:1253 ET TRN:2022030700425017 SERVICE REF:460211 BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:378327548 MILITARY ASS ISTANCE AID POP OTHER /MILITARY AID | -10,000.00 |
| 03/08/22 | WIRE TYPE:WIRE OUT DATE:220308 TIME:0701 ET TRN:2022030800224700 SERVICE REF:251659 BNF:STAVATTI INDUSTRIES LTD ID:583203010 BNF BK:JP MORGAN CHASE BANK, N. ID:0002 PMT DET:378424912 ST AVATTI TRAVEL EXPENSES | -35,000.00 |
| 03/08/22 | DISCOVER        DES:E-PAYMENT  ID:4714  INDN:BESKAR CHRISTOPHE      CO ID:2510020270 WEB | -5,626.65 |
| 03/09/22 | Bank of America Business Card Bill Payment | -9,548.00 |
| 03/10/22 | Bank of America Credit Card Bill Payment | -11,061.00 |
| 03/10/22 | CHASE CREDIT CRD DES:EPAY        ID:5828552498  INDN:CHRISTOPHER R BESKAR    CO ID:5760039224 WEB | -2,944.40 |
| 03/15/22 | CAPITAL ONE       DES:ONLINE PMT ID:3LEDTUXDMLZQG9H  INDN:CHRISTOPHER R BESKAR CO ID:9279744991 CCD | -3,966.58 |
| 03/23/22 | WIRE TYPE:WIRE OUT DATE:220323 TIME:0451 ET TRN:2022032300194542 SERVICE REF:003500 BNF:DELMORGAN GROUP LLC ID:2069543722 BNF BK:WELLS  FARGO BANK, N.A. ID:121000248 PMT DET:380351728 S ECOND INSTALLMENT OF INITIAL FEE | -25,000.00 |
| 03/23/22 | WIRE TYPE:WIRE OUT DATE:220323 TIME:1243 ET TRN:2022032300364603 SERVICE REF:009772 BNF:DAVID KIM ID:8128995 BNF BK:BANK OF HOPE ID:12 2041727 PMT DET:380416648 INTEREST PAYMENT FOR DR LOAN | -39,000.00 |
| 03/28/22 | Zelle Transfer Conf# nfmdo0wal; Giebeler, Dimitriy | -5,000.00 |
| 03/28/22 | WIRE TYPE:INTL OUT DATE:220328 TIME:0411 ET TRN:2022032800230699 SERVICE REF:208219 BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:380879172 CREDIT AGREE MENT NUMBER N201220 POPOTHER/CREDIT AGREEMENT N201 | -5,000.00 |
| 03/28/22 | WIRE TYPE:INTL OUT DATE:220328 TIME:0419 ET TRN:2022032800231177 SERVICE REF:625522 BNF:OLGA TSIKHOTSKA ID:AT25120001003620 BNF BK:UNI CREDIT BANK AUSTRI.. ID:AT12000 PMT DET:380879200 URKAINE REFUGEE SUPPORT POP OTHER /URKAINE REFUGEE | -5,000.00 |

Card account # XXXX XXXX XXXX 0313

| Date | Description | Amount |
|------|-------------|-------:|
| 03/02/22 | CHECKCARD  0301 CORPORATE FILINGS LLC 888-7898466  WY 24755422061130618215788 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -30.00 |
| 03/02/22 | CHECKCARD  0301 CORPORATE FILINGS LLC 888-7898466  WY 24755422061130618213973 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -25.00 |
| 03/03/22 | CHECKCARD  0301 WYOMING SECRETARY OF ST 307-7775847  WY 24755422061270612164481 CKCD 9399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -102.00 |
| 03/07/22 | CHECKCARD  0304 WYOMING SECRETARY OF ST 307-7775847  WY 24755422064270644097581 CKCD 9399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -102.00 |
| 03/18/22 | FOOD & FUEL #2  03/18 #000162684 PURCHASE FOOD & FUEL #23    SAN BERNARDI  CA | -50.43 |
| 03/25/22 | CHECKCARD  0324 CORPORATE FILINGS LLC 888-7898466  WY 24755422084130846035779 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -20.00 |
| 03/30/22 | CHECKCARD  0329 CORPORATE FILINGS LLC 888-7898466  WY 24755422089130898215134 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -30.00 |

*continued on the next page*



**Your checking account**

**STAVATTI AEROSPACE LTD   |   Account #** ████████ **7316   |   March 1, 2022 to March 31, 2022**

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/22 | CHECKCARD  0330 COMPUTER AIDED TECHNOLO BUFFALO GROVEIL 2475542209013090046630 CKCD 7372 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -7,904.60 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$8,264.03** |
| **Total withdrawals and other debits** | | **-$712,786.66** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/28/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○  $250+ in new net purchases on a linked Business debit card has not been met

✓  $5,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/01/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $45 | -0.00 |
| 03/03/22 | Wire Transfer Fee | -45.00 |
| 03/03/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/03/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/03/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 03/07/22 | Wire Transfer Fee | -45.00 |
| 03/07/22 | Wire Transfer Fee | -30.00 |
| 03/07/22 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 03/08/22 | Wire Transfer Fee | -30.00 |
| 03/23/22 | Wire Transfer Fee | -30.00 |
| 03/23/22 | Wire Transfer Fee | -30.00 |
| 03/28/22 | Wire Transfer Fee | -45.00 |
| 03/28/22 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$315.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

STAVATTI AEROSPACE LTD   |   Account # ████████ 7316   |   March 1, 2022 to March 31, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 968,718.82 | 03/10 | 349,738.77 | 03/23 | 287,751.76 |
| 03/02 | 968,663.82 | 03/11 | 349,783.77 | 03/25 | 287,731.76 |
| 03/03 | 479,140.82 | 03/15 | 345,817.19 | 03/28 | 272,641.76 |
| 03/07 | 413,948.82 | 03/16 | 345,862.19 | 03/30 | 272,611.76 |
| 03/08 | 373,292.17 | 03/18 | 351,811.76 | 03/31 | 264,707.16 |
| 03/09 | 363,744.17 | | | | |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Great News!**

**We are eliminating non-sufficient fund (NSF) fees and the transfer fee for Balance Connect(TM) for overdraft protection on personal and small business checking accounts.**

These new fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

- Starting February 18, 2022 - NSF: Returned Item Fees will no longer be charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) for the amount needed to cover the transaction if you are enrolled in Balance Connect for overdraft protection.

  Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

**We are also reducing overdraft fees on personal and small business checking accounts.**

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

---

STAVATTI AEROSPACE LTD  |  Account # ███████ 7316  |  March 1, 2022 to March 31, 2022

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**BANK OF AMERICA**
Preferred Rewards
For Business

**Customer service information**

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum Honors

for April 1, 2022 to April 30, 2022          Account number: ▇▇▇▇ 7316

**STAVATTI AEROSPACE LTD**

### Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2022 | $264,707.16 | # of deposits/credits: 2 |
| Deposits and other credits | 100,045.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -57,367.54 | # of items-previous cycle¹: 3 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -82.50 | Average ledger balance: $278,956.40 |
| **Ending balance on April 30, 2022** | **$307,302.12** | ¹Includes checks paid, deposited items and other debits |

---

BANK OF AMERICA BUSINESS ADVANTAGE

## Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide and help with all your business's financial needs.
If you'd like to meet, please contact me.

Sandra Arreola
909.639.3640
sandra.arreola@bofa.com

SSM-07-21-0006.B | 3646943

STAVATTI AEROSPACE LTD   |   Account # ▮▮▮▮ 7316   |   April 1, 2022 to April 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender



**Your checking account**

**STAVATTI AEROSPACE LTD   |   Account #** ██████ **7316   |   April 1, 2022 to April 30, 2022**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/01/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 04/20/22 | Counter Credit | 100,000.00 |
| **Total deposits and other credits** | | **$100,045.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/04/22 | Online Banking transfer to CHK 1733 Confirmation# 1108861592 | -10,000.00 |
| 04/04/22 | Bank of America Business Card Bill Payment | -231.00 |
| 04/15/22 | CAPITAL ONE    DES:ONLINE PMT ID:3LL4QYWMUPZ31ZP  INDN:CHRISTOPHER R BESKAR    CO ID:9279744991 CCD | -5,005.54 |
| 04/19/22 | NYS DTF CT    DES:Tax Paymnt ID:000000083165218  INDN:CL2200791196        CO ID:GXXXXXXXXX CCD | -25.00 |
| 04/22/22 | WIRE TYPE:WIRE OUT DATE:220422 TIME:0503 ET TRN:2022042100534557 SERVICE REF:003309 BNF:DELMORGAN GROUP LLC ID:2069543722 BNF BK:WELLS  FARGO BANK, N.A. ID:121000248 PMT DET:384502096 I NVOICE SA7502 | -25,000.00 |
| 04/25/22 | Zelle Transfer Conf# me14fmhya; Giebeler, Dimitriy | -7,000.00 |
| 04/25/22 | WIRE TYPE:INTL OUT DATE:220425 TIME:0417 ET TRN:2022042500251814 SERVICE REF:047637 BNF:OLGA TSIKHOTSKA ID:AT25120001003620 BNF BK:UNI CREDIT BANK AUSTRI.. ID:AT12000 PMT DET:384750620 UKRAINE REFUGEE SUPPORT POP OTHER /UKRAINE REFUGEE | -5,000.00 |
| 04/28/22 | Online Banking transfer to CHK 1733 Confirmation# 7315390851 | -5,000.00 |
| **Card account # XXXX XXXX XXXX 0313** | | |
| 04/04/22 | CHECKCARD  0331 USPS PO BOXES ONLINE 800-344-7779 DC 24137462092600364213805 CKCD 9402 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -106.00 |
| **Subtotal for card account # XXXX XXXX XXXX 0313** | | **-$106.00** |
| **Total withdrawals and other debits** | | **-$57,367.54** |

STAVATTI AEROSPACE LTD   |   Account # ███████ 7316   |   April 1, 2022 to April 30, 2022

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 04/01/22 | Cash Deposit Processing | -67.50 |
| 04/07/22 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 04/22/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 04/25/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $45 | -0.00 |
| **Total service fees** | | **-$82.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 264,684.66 | 04/15 | 249,327.12 | 04/22 | 324,302.12 |
| 04/04 | 254,347.66 | 04/19 | 249,302.12 | 04/25 | 312,302.12 |
| 04/07 | 254,332.66 | 04/20 | 349,302.12 | 04/28 | 307,302.12 |



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STAVATTI AEROSPACE LTD
3670 EL CAMINO DR
SN BERNRDNO, CA  92404-2025

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Platinum Honors

for May 1, 2022 to May 31, 2022                    Account number: ▮▮▮▮ 7316

**STAVATTI AEROSPACE LTD**

### Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2022 | $307,302.12 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -190,312.73 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -2,752.50 | Average ledger balance: $178,617.73 |
| **Ending balance on May 31, 2022** | **$114,236.89** | ¹Includes checks paid, deposited items and other debits |

---

BANK OF AMERICA BUSINESS ADVANTAGE

# Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs.
If you'd like to meet, please contact me.

Sandra Arreola
909.639.3640
sandra.arreola@bofa.com

SSM-07-21-0006.B | 3646943

STAVATTI AEROSPACE LTD  |  Account # ███████ 7316  |  May 1, 2022 to May 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**

**BANK OF AMERICA**　　　　　　　　　　　　　　　**Your checking account**

STAVATTI AEROSPACE LTD　|　Account #　███████　7316　|　May 1, 2022 to May 31, 2022

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/22 | WIRE TYPE:WIRE OUT DATE:220502 TIME:1035 ET TRN:2022050200301207 SERVICE REF:240028 BNF:ANN RODGERS ID:892175816 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:386010224 STAVATTI PAYME NT OF LOAN PRINCIPAL | -22,000.00 |
| 05/02/22 | WIRE TYPE:INTL OUT DATE:220502 TIME:1038 ET TRN:2022050200302531 SERVICE REF:241029 BNF:STAVATTI UKRAINE ID:UA35380816000002 BNF BK:BA NK SICH ID:SICHUAUK PMT DET:386010904 TRANSFER FOR CONTRACT NO 2109201 POP OTHER/FOR CONTRACT NO 210 | -4,449.00 |
| 05/05/22 | Zelle Transfer Conf# l6xbwtnbj; Giebeler, Dimitriy | -6,000.00 |
| 05/05/22 | WIRE TYPE:WIRE OUT DATE:220505 TIME:1124 ET TRN:2022050500327284 SERVICE REF:008675 BNF:PHILLIPS LYTLE LLP ID:750001852 BNF BK:HSBC BA NK USA, NA ID:021001088 PMT DET:386578862 PAYMENT TOWARD OUTSTANDING INVOICES | -27,000.00 |
| 05/06/22 | WIRE TYPE:WIRE OUT DATE:220506 TIME:1143 ET TRN:2022050600340977 SERVICE REF:009676 BNF:PHILIP MILGRAM ID:2476032293 BNF BK:WELLS FARG O BANK, NA ID:121000248 PMT DET:386778446 REPAYMEN T OF LOAN PRINCIPAL 10000 | -10,000.00 |
| 05/06/22 | Bank of America Credit Card Bill Payment | -8,695.00 |
| 05/09/22 | DISCOVER　　　DES:E-PAYMENT ID:4714 INDN:BESKAR CHRISTOPHE　CO ID:2510020270 WEB | -1,138.73 |
| 05/10/22 | Zelle Transfer Conf# m8ux7vmv2; Edwards, Norm | -3,000.00 |
| 05/11/22 | WIRE TYPE:WIRE OUT DATE:220511 TIME:0538 ET TRN:2022051000512556 SERVICE REF:003687 BNF:T2 ENTERPRISES, LLC ID:2938638075 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:387279622 S ERVICE AGREEMENT | -65,000.00 |
| 05/23/22 | WIRE TYPE:WIRE OUT DATE:220523 TIME:0411 ET TRN:2022052300247247 SERVICE REF:003535 BNF:DELMORGAN GROUP LLC ID:2069543722 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:388711268 D ELMORGAN ENGAGEMENT FEE | -25,000.00 |
| 05/25/22 | Zelle Transfer Conf# j589mrcyj; Giebeler, Dimitriy | -6,000.00 |
| 05/31/22 | Online Banking transfer to CHK 1733 Confirmation# 1397638587 | -12,000.00 |

Card account # XXXX XXXX XXXX 0313

| Date | Description | Amount |
|------|-------------|--------|
| 05/03/22 | CHECKCARD 0502 CORPORATE FILINGS LLC 888-7898466 WY 24755422123131238139370 CKCD 7399 XXXXXXXXXXXX0313 XXXX XXXX XXXX 0313 | -30.00 |

**Subtotal for card account # XXXX XXXX XXXX 0313**　　　　　　　　　　　　**-$30.00**

**Total withdrawals and other debits**　　　　　　　　　　　　　　　　**-$190,312.73**

STAVATTI AEROSPACE LTD   |   Account #███████ 7316   |   May 1, 2022 to May 31, 2022

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 04/29/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $250+ in new net purchases on a linked Business debit card has not been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/02/22 | Cash Deposit Processing | -2,677.50 |
| 05/02/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 05/02/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $45 | -0.00 |
| 05/05/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 05/06/22 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 05/06/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 05/11/22 | Wire Transfer Fee | -30.00 |
| 05/23/22 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$2,752.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 307,302.12 | 05/06 | 226,435.62 | 05/23 | 132,236.89 |
| 05/02 | 278,175.62 | 05/09 | 225,296.89 | 05/25 | 126,236.89 |
| 05/03 | 278,145.62 | 05/10 | 222,296.89 | 05/31 | 114,236.89 |
| 05/05 | 245,145.62 | 05/11 | 157,266.89 | | |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**More Great News!**

On March 4, 2022, we stopped charging Returned Item Chargeback fees on personal and small business checking accounts if a check or item that we cashed for you or accepted for deposit to your account is returned to us unpaid.

Earlier this year, we also announced these changes:

- NSF: Returned Item Fees are no longer charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) through Balance Connect(TM) for overdraft protection.

    Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

We are also reducing overdraft fees on personal and small business checking accounts.

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

These fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

STAVATTI AEROSPACE LTD   |   Account # ███████ 7316   |   May 1, 2022 to May 31, 2022

This page intentionally left blank