# EXHIBIT 68-22



| | |
|---|---|
| 1 | **ROSS P. MEYER (028473)** |
|   | Ross@EnaraLaw.com |
| 2 | **MORGAN E. SILVA (039166)** |
|   | Morgan@EnaraLaw.com |
| 3 | **Enara Law PLLC** |
|   | 7631 East Greenway Road, Suite B-2 |
| 4 | Scottsdale, Arizona 85260 |
|   | Telephone: (602) 687-2010 |
| 5 | Filings@EnaraLaw.com |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No.: 2:23-CV-00226-PHX-DJH |
| Plaintiff, | |
| vs. | **DECLARATION OF VALENTINO DIMITROV IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive, | |
| Defendants. | |

1

Doc ID: 19f5efe5d8f9c037217965c019224af7b6bc11b2

I, Valentino Dimitrov, declare as follows:

1. I am over the age of 18 and a resident of Arizona.

2. I signed a Promissory Note dated February 27, 2022 to provide a principal amount of one million dollars to Stavatti Aerospace Ltd. (the "Promissory Note").

3. I provided the principal (the "Principal") in the amount of one million dollars to Stavatti Aerospace, Ltd.

4. Prior to signing the Promissory Note, I was never told that Stavatti Aerospace had never manufactured an aircraft.

5. Prior to signing the Promissory Note, I was never told that the repayment of the Principal was contingent on incoming funding facilitated by DelMorgan & Co., an investment banking firm.

6. Prior to signing the Promissory Note, I was never told that Stavatti Aerospace was a struggling company. I was not told Stavatti Aerospace had limited funds, owed multiple debts, and would not be able to repay the terms of the Promissory Note without the DelMorgan funding.

7. Prior to and upon signing of the Promissory Note, I did not agree to an extension of time for repayment of the Principal in the event DelMorgan would not be able to facilitate funding for Stavatti Aerospace.

8. Stavatti Aerospace has not made a single payment to me for repayment of the Principal.

9. I am still awaiting repayment of the Principal.

10. I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 30 th day of July 2025.

By: _____
Valentino Dimitrov

**Dropbox Sign**                                                               Audit trail

| | |
|---|---|
| Title | 2025 0730 - Decl Valentino Dimitrov- FINAL.pdf |
| File name | 2025%200730%20-%2...trov-%20FINAL.pdf |
| Document ID | 19f5efe5d8f9c037217965c019224af7b6bc11b2 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — 07 / 30 / 2025  16:15:49 UTC
Sent for signature to Valentino Dimitrov ▇▇▇ from morgan@enaralaw.com
IP: 72.194.52.58

**VIEWED** — 07 / 30 / 2025  16:23:22 UTC
Viewed by Valentino Dimitrov ▇▇▇
IP: 98.165.61.99

**SIGNED** — 07 / 30 / 2025  16:23:58 UTC
Signed by Valentino Dimitrov ▇▇▇
IP: 98.165.61.99

**COMPLETED** — 07 / 30 / 2025  16:23:58 UTC
The document has been completed.

Powered by **Dropbox Sign**