# EXHIBIT 68-23





**DEBT**

**Mail:** 9400 Porter Road, Niagara Falls, NY 14304
**Tel:** 651-238-5369
**Web:** www.stavatti.com

## Stavatti Aerospace Debt

A summary distribution of Stavatti Aerospace Ltd Outstanding Debt is provided:

| STAVATTI AEROSPACE LTD OUTSTANDING DEBT ||
|---|---:|
| **DESCRIPTION OF DEBT** | **AMOUNT** |
| Loan: Valentino Demitriov | $1,000,000 |
| Loan: Dr. David S. Kim | $1,200,000 |
| Phillips Lytle LLP Law | $211,924 |
| Selective Demolition | $45,929 |
| Thermal & Moisture Protection | $53,200 |
| Fire Protection | $106,745 |
| Fire Detection System | $56,500 |
| Gas Lines plus boiler hookups; includes pumps | $50,000 |
| Electrical | $96,033 |
| Mollenberg-Betz | $26,508 |
| Bonadio: Accounting | $219,019 |
| Loan: Robert S. Sugarman | $30,000 |
| Loan: Stuart E. Cart | $30,000 |
| Loan: Superior, Inc: Joe Lai | $10,000 |
| Loan: Superior Inc | $8,500 |
| Loan: Maxwell M. Chacon & Brien Ardaiz | $4,000 |
| Loan: Brien Ardaiz | $25,000 |
| Loan: James R Rapallo | $60,000 |
| Loan: Barry Johanson | $20,000 |
| Loan:Sergei Tsikhotska | $21,700 |
| Freedom Philharmoic Outstanding | $3,630 |
| Discover | $3,412 |
| Capital One | $6,899 |
| John Deere Financial | $6,089 |
| BOA Mastercard 7755 | $14,974 |
| BOA Mastercard 1461 | |
| **TOTAL** | **$3,310,062** |