# EXHIBIT 68-24





**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STAVATTI AEROSPACE LTD
PO BOX 3010
NIAGARA FALLS, NY  14304-7310

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum Honors

for March 1, 2022 to March 31, 2022                                   Account number: ▇▇▇▇ 1733
**STAVATTI AEROSPACE LTD**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2022 | $4,237.50 | # of deposits/credits: 4 |
| Deposits and other credits | 263,300.00 | # of withdrawals/debits: 23 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 12 |
| Checks | -266,027.84 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $40,321.14 |
| **Ending balance on March 31, 2022** | **$1,509.66** | [1]Includes checks paid, deposited items and other debits |

**BANK OF AMERICA**
**Preferred Rewards**
For Business

### Your program status may change

You're currently not meeting the program requirements to continue receiving benefits and rewards for your tier, but there are steps you can take to address the situation.

**Please act now to retain your benefits.** Call **866.953.2481** today to speak with a specialist about how you can keep earning rewards.

SSM-10-21-0022.B | 3786279

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender

# BANK OF AMERICA

**Your checking account**

STAVATTI AEROSPACE LTD   |   Account # ████ 1733   |   March 1, 2022 to March 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/03/22 | Online Banking transfer from CHK 7316 Confirmation# 6334328167 | 260,000.00 |
| 03/07/22 | Deposit | 900.00 |
| 03/07/22 | Deposit | 800.00 |
| 03/11/22 | Deposit | 1,600.00 |
| **Total deposits and other credits** | | **$263,300.00** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 03/03/22 | 1271 | -70.87 | 03/04/22 | 1283 | -11,972.39 |
| 03/04/22 | 1272 | -121.43 | 03/09/22 | 1284 | -118,204.00 |
| 03/02/22 | 1273 | -1,200.00 | 03/14/22 | 1285 | -3,092.65 |
| 03/01/22 | 1274 | -763.69 | 03/17/22 | 1286 | -1,230.00 |
| 03/07/22 | 1275 | -464.40 | 03/24/22 | 1288* | -1,000.00 |
| 03/09/22 | 1276 | -1,230.00 | 03/25/22 | 1289 | -1,200.00 |
| 03/07/22 | 1277 | -9,000.00 | 03/23/22 | 1290 | -798.50 |
| 03/07/22 | 1278 | -14,625.00 | 03/24/22 | 1291 | -1,034.34 |
| 03/07/22 | 1279 | -400.00 | 03/28/22 | 1292 | -122.97 |
| 03/10/22 | 1280 | -2,000.00 | 03/28/22 | 1293 | -2,945.39 |
| 03/07/22 | 1281 | -7,518.00 | 03/31/22 | 1294 | -1,823.21 |
| 03/04/22 | 1282 | -85,211.00 | | | |

| | |
|---|---|
| **Total checks** | **-$266,027.84** |
| **Total # of checks** | **23** |

\*   *There is a gap in sequential check numbers*



### Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B | 3647905



## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/28/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○ $250+ in new net purchases on a linked Business debit card has not been met
- ○ $5,000+ combined average monthly balance in linked business accounts has not been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 03/01 | 3,473.81 | 03/09 | 15,156.72 | 03/23 | 9,635.57 |
| 03/02 | 2,273.81 | 03/10 | 13,156.72 | 03/24 | 7,601.23 |
| 03/03 | 262,202.94 | 03/11 | 14,756.72 | 03/25 | 6,401.23 |
| 03/04 | 164,898.12 | 03/14 | 11,664.07 | 03/28 | 3,332.87 |
| 03/07 | 134,590.72 | 03/17 | 10,434.07 | 03/31 | 1,509.66 |

# BANK OF AMERICA

**STAVATTI AEROSPACE LTD**  |  Account # ▮▮▮▮▮▮ 1733  |  March 1, 2022 to March 31, 2022

## Check images

**Account number:** ▮▮▮▮▮▮ 1733

Check number: 1271   |   Amount:  $70.87



Check number: 1272   |   Amount:  $121.43



Check number: 1273   |   Amount:  $1,200.00



Check number: 1274   |   Amount:  $763.69



Check number: 1275   |   Amount:  $464.40



Check number: 1276   |   Amount:  $1,230.00



Check number: 1277   |   Amount:  $9,000.00



Check number: 1278   |   Amount:  $14,625.00



Check number: 1279   |   Amount:  $400.00



Check number: 1280   |   Amount:  $2,000.00



*continued on the next page*

# BANK OF AMERICA

**STAVATTI AEROSPACE LTD**   |   Account # ▇▇▇▇ 1733   |   March 1, 2022 to March 31, 2022

## Check images - continued

**Account number:** ▇▇▇▇ 1733

Check number: 1281   |   Amount: $7,518.00



Check number: 1282   |   Amount: $85,211.00



Check number: 1283   |   Amount: $11,972.39



Check number: 1284   |   Amount: $118,204.00



Check number: 1285   |   Amount: $3,092.65



Check number: 1286   |   Amount: $1,230.00



Check number: 1288   |   Amount: $1,000.00



Check number: 1289   |   Amount: $1,200.00



Check number: 1290   |   Amount: $798.50



Check number: 1291   |   Amount: $1,034.34



*continued on the next page*

# BANK OF AMERICA

STAVATTI AEROSPACE LTD   |   Account # ▮▮▮▮▮▮▮ 1733   |   March 1, 2022 to March 31, 2022

## Check images - continued

**Account number:** ▮▮▮▮▮▮▮ 1733

Check number: 1292   |   Amount:  $122.97                                  Check number: 1293   |   Amount:  $2,945.39



Check number: 1294   |   Amount:  $1,823.21



## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Great News!**

**We are eliminating non-sufficient fund (NSF) fees and the transfer fee for Balance Connect(TM) for overdraft protection on personal and small business checking accounts.**

These new fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

- Starting February 18, 2022 - NSF: Returned Item Fees will no longer be charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) for the amount needed to cover the transaction if you are enrolled in Balance Connect for overdraft protection.

  Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

**We are also reducing overdraft fees on personal and small business checking accounts.**

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).