# EXHIBIT 68-25



**Sugarman personal loans to Stavatti, to 08/31/2024**

| Date | Amount | Description | Notes |
|---|---|---|---|
| 11/2/2018 | $ 5,000.00 | to CRB | (wire transfer fee: $32.00)* |
| 12/6/2019 | $ 5,000.00 | Stavatti Industries Ltd.  to CRB | |
| 12/30/2019 | $ 8,000.00 | Stavatti Industries Ltd.  to CRB | |
| 1/16/2020 | $150,000.00 | to Phillips Lytle | (bank check fee: $10.00)* |
| 8/14/2020 | $ 5,000.00 | Town of Niagara       to Phillips Lytle | |
| 8/14/2020 | $ 200.00 | Town of Niagara       to Phillips Lytle | |
| 8/14/2020 | $ 150.00 | Town of Niagara       to Phillips Lytle | |
| 11/13/2020 | $ 163.00 | PO Box 3010 (6 months) | |
| 11/18/2020 | $ 12,078.00 | insurance | |
| 12/16/2020 | $ 6,734.00 | RP Oak Hill for Mollenberg & Betz | |
| 1/26/2021 | $ 12,000.00 | to Stavatti | (wire transfer fee: $32.00)* |
| 4/9/2021 | $ 194.00 | PO Box 3010 (6 months) | |
| 4/9/2021 | $ 2,500.00 | Stavatti Aerospace account for current bills | |
| 4/22/2021 | $ 12,000.00 | Stavatti Aerospace account for current bills | |
| 7/13/2021 | $ 5,000.00 | SNAPPER appraisal (by credit card) | |
| 7/20/2021 | $ 618.09 | Summitt MSP printing | |
| 7/28/2021 | $ 1,500.00 | insurance payment | |
| 8/6/2021 | $ 500.00 | utilities | |
| 8/17/2021 | $ 29,007.86 | to Stavatti Aerospace (BoA) | (wire transfer fee: $30.00)* |
| 4/15/2022 | | minimum additional tax withheld and paid due to IRA cash out, 8/17/2021 | ($3223.00)* |
| 7/3/2023 | $ 5,000.00 | Stavatti Aerospace account for attorney retainer | |
| 10/20/2023 | $ 8,500.00 | Stavatti, pump replacement | |
| 11/29/2023 | $ 17,100.05 | Stavatti Aerospace account for two insurance payments | |
| 1/22/2024 | $ 2,000.00 | Stavatti boiler repair | |
| 3/15/2024 | $ 1,200.00 | Stavatti SNAPPER option retainer | |
| 3/25/2024 | $ 5,700.00 | Stavatti Snapper option, utilities, insurance | |
| 4/3/2024 | $ 5,000.00 | Stavatti insurance | |
| 4/26/2024 | $ 7,000.00 | Stavatti insurance | |
| 5/25/2024 | $ 5,000.00 | Stavatti insurance | |
| 6/25/2024 | $ 11,600.00 | Insurance, utilities, option parcel | |
| 7/26/2024 | $ 10,000.00 | Insurance, utilities, option parcel | |
| 8/15/2024 | $ 7,400.00 | for National Grid | |
| 8/28/2024 | $ 1,200.00 | Town of Niagara | |

|  |  |
|---|---|
| **Subtotal** | **$ 342,345.00** |
| *fees and taxes | **$3,327.00** |
| **interest | **$41,520.91** |
| **Total as of 08/31/2024 =** | **$387,192.91** |

Simple interest on $150,000 loan, as per agreement of Jan. 16, 2020
366 days in 2020, 2024; Julian date in parentheses; 365 days in 2021, 2022, and 2023
January 16, 2020 (16) – February 11, 2020 (42)   5% per annum for the first 27 days
    27 days @ $20.492/ day                                          $ 553.28
February 12, 2020 (43) – December 31, 2020 (366)    6% per annum
    324 days @ $24.590/ day                                      $7,967.16
January 1, 2021 (1) – December 31, 2023 (365)     6% per annum
    3 years @ 365 days @ $24.658                             $27,000.51
january 1, 2024 (1) – August 31, 2024 (244)     6% per annum
    244 days @$24.590/ day                                         $5,999.96
                                      Total interest as of 8/31/2024:     **$ 41,520.91****