UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>    Defendants. | Case No. 2:23-CV-00226-DJH<br><br><br><br>ORDER<br><br><br><br>**(Assigned to the Honorable Diane J. Humetewa)** |

    Upon consideration of the parties' Stipulation to Extend Defendants Stavatti Aerospace LTD and Christopher Beskar's response time to Plaintiff's motion for summary judgment and good cause appearing, the Court orders as follows:

    Stavatti Aerospace LTD and Christopher Beskar may have until September 5, 2025 to respond to Plaintiff's motion for summary judgment,

    Dated this _____ day of _____ 2025.

                                                                                                                                                                 _____

                                                                                                                                             DIANE J. HUMETEWA