Nino Abate, Esq. (SBN 017098)
**THE LAW OFFICE OF NINO ABATE, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
(480) 314-3304
*Attorney for Defendants Brian and Corrina Colvin*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**STIPULATION TO EXTEND DEFENDANTS BRIAN AND CORRINA COLVIN'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

/ / /

The parties, by and through counsel undersigned, stipulate to extend Defendants Brian and Corrina Colvin's time to respond to Plaintiff's Motion for Summary Judgment, to and including September 8, 2025.

The parties make this stipulation in good faith and not for the reason to unduly delay this matter. Based on the showing of good cause, the parties therefore, request that the Court grant their Stipulation to Extend Defendants Brian and Corrina Colvin's Time to Respond to Plaintiff's Motion For Summary Judgment.

DATED this 3rd day of September, 2025.

**THE LAW OFFICE OF NINO ABATE, PLC**

By: /s/ Nino Abate
Nino Abate
*Attorney for Defendants Colvin*

**ENARA LAW PLLC**

By: /s/ Ross P. Meyer *(with permission)*
Ross P. Meyer
Morgan E. Silva
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

By: /s/ Nino Abate