UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**ORDER EXTENDING DEFENDANTS BRIAN AND CORRINA COLVIN'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

PURSUANT TO STIPULATION and good cause appearing therefore,

1 | IT IS HEREBY ORDERED extending Defendants Brian and Corrina Colvin's time to
2 | respond to Plaintiff's Motion for Summary Judgment, to and including September 8, 2025.
3 | DATED this ___ day of September, 2025.

_____
JUDGE OF THE U.S. DISTRICT COURT