# EXHIBIT A
## Select pages from Plaintiff Valentino Dimitrov's deposition transcript

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 2 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025

```
 1                UNITED STATES DISTRICT COURT
 2                     DISTRICT OF ARIZONA
 3
                                              )
 4   Valentino Dimitrov, individually,        )
     and on behalf of all others              )
 5   similarly situated;                      )
                                              )  Case No.
 6                       Plaintiff,           )  2:23-CV-00226-DJH
     v.                                       )
 7                                            )
     Stavatti Aerospace. Ltd, a               )
 8   Minnesota corporation; Stavatti          )  Scottsdale, AZ
     Aerospace Ltd, a Wyoming                 )  January 22, 2025
 9   corporation; Stavatti                    )
     Corporation, a Minnesota                 )
10   corporation; Stavatti                    )
     Immobileare, Ltd. A Wyoming              )
11   corporation; Stavatti Niagara,           )
     Ltd. A New York corporation;             )
12   Stavatti Super Fulcrum, Ltd, a           )
     Wyoming corporation; Stavatti            )
13   Ukraine, a Ukrainien business            )
     entity; Stavatti Heavy Industries        )
14   Ltd. A Hawaii corporation;               )
     Christopher Beskar and Maja              )
15   Beskar, husband and wife; Brian          )
     Colvin and Corrina Colvin,               )
16   husband and wife; John Simon and         )
     Jean Simon husband and wife;             )
17   William Mcewen and Patricia              )
     Mcewen, Husband and wife; Rudy           )
18   Chacon and Jane Doe Chacon.              )
     Husband and wife; and DOES 1-10;         )
19   inclusive,                               )
                       Defendants.            )
20   _____)
21
22            DEPOSITION OF VALENTINO DIMITROV
23
     Prepared by:
24   Deborah L. Tucker, RPR
     Certified Reporter
25   Certification No. 50464
```

**CERTIFIED TRANSCRIPT**

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 3 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              6

| | | |
|---|---|---|
| 09:09:30 | 1 | this is all about what you have to say. |
| 09:09:32 | 2 | A.  Um-hum. |
| 09:09:33 | 3 | Q.  And he preserves the record by objecting, but you |
| 09:09:37 | 4 | then are obligated to answer unless he should instruct you |
| 09:09:43 | 5 | not to answer. |
| 09:09:44 | 6 | A.  Okay. |
| 09:09:45 | 7 | Q.  And the purpose of this exercise is to obtain |
| 09:09:56 | 8 | relevant information or information that might lead to |
| 09:10:00 | 9 | relevant information.  So, he might say it's irrelevant or |
| 09:10:06 | 10 | he might object on the basis that he thinks it might be |
| 09:10:10 | 11 | not relevant.  But it might lead to relevant information, |
| 09:10:18 | 12 | and so that's the concept here. |
| 09:10:20 | 13 | A.  That's fine. |
| 09:10:21 | 14 | Q.  That's the concept. |
| 09:10:22 | 15 | So, congratulations for coming to the United |
| 09:10:29 | 16 | States.  It's a great country, you know -- |
| 09:10:31 | 17 | A.  Thank you. |
| 09:10:31 | 18 | Q.  -- and we're all lucky to be here. |
| 09:10:33 | 19 | A.  Absolutely.  This is my country, by the way. |
| 09:10:36 | 20 | Q.  And you answered in your discovery that you've |
| 09:10:49 | 21 | never been convicted of a felony. |
| 09:10:51 | 22 | A.  Never. |
| 09:10:51 | 23 | Q.  And you've never been party to a civil lawsuit? |
| 09:10:57 | 24 | A.  Never. |
| 09:11:07 | 25 | Q.  You denied that you reviewed the Private |

Case 2:23-cv-00226-DJH    Document 72-1    Filed 09/05/25    Page 4 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                                7

| | | |
|---|---|---|
| 09:11:37 | 1 | Placement Memorandum that was attached to the Complaint |
| 09:11:41 | 2 | prior to investing in Stavatti. Do you continue -- |
| 09:11:51 | 3 |     A.    Can you repeat the question? |
| 09:11:54 | 4 |     Q.    Yes. The Request for Admission Number 1 was do |
| 09:11:57 | 5 | you admit that you reviewed the Private Placement |
| 09:12:00 | 6 | Memorandum attached to your Complaint prior to investing |
| 09:12:06 | 7 | in Stavatti. And you denied that. |
| 09:12:09 | 8 |     A.    Yes. |
| 09:12:09 | 9 |     Q.    And you denied that the Private Placement |
| 09:12:25 | 10 | Memorandum contained risk factors for the investment |
| 09:12:33 | 11 | contemplated by that document. Do you still deny that |
| 09:12:43 | 12 | there was a recitation of risk factors in that document? |
| 09:12:50 | 13 |     A.    Yes. |
| 09:12:59 | 14 |     Q.    You denied that the Private Placement Memorandum |
| 09:13:22 | 15 | included the leadership team of Stavatti, including Chris |
| 09:13:26 | 16 | Beskar. |
| 09:13:28 | 17 |     A.    Yes. |
| 09:13:29 | 18 |     Q.    Okay. You agree that you denied that? |
| 09:13:35 | 19 |     A.    Yes. Yes. |
| 09:13:36 | 20 |     Q.    Do you want to change your opinion on that so |
| 09:13:40 | 21 | far? |
| 09:13:40 | 22 |     A.    No. |
| 09:13:41 | 23 |     Q.    Okay. If we show you the Private Placement |
| 09:13:48 | 24 | Memorandum and it shows you that Chris Beskar is the |
| 09:13:53 | 25 | president/CEO of that company, would you be willing to |

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 5 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                         2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              8

```
09:13:57   1   change your opinion?
09:13:58   2           MR. CHEBAT:  Objection, foundation.
09:13:59   3           THE WITNESS:  No.
09:14:00   4   BY MR. DUNMIRE:
09:15:05   5      Q.   I apologize it's taking so long to page through
09:15:08   6   this to find that.  Usually it goes right to it.  Oh, here
09:15:12   7   it is.  It's black.
09:15:26   8           So, I'm going to show you the leadership
09:15:35   9   team set forth in that Private Placement Memorandum that
09:15:40  10   you attached to your Complaint.
09:15:42  11      A.   Okay.
09:15:42  12      Q.   Do you see it says Chris Beskar there?
09:15:45  13      A.   Yes.
09:15:46  14      Q.   Chairman/CEO?
09:15:47  15      A.   I see.
09:15:48  16      Q.   Okay.  So, you're claiming you never looked at
09:15:58  17   this Complaint -- You never looked at this Private
09:16:01  18   Placement Memorandum before you invested?
09:16:03  19      A.   Yes, I never looked at.
09:16:04  20      Q.   You never looked at it?
09:16:06  21      A.   I never looked it.  And I don't know those
09:16:08  22   people.  I don't think they even know between themselves.
09:16:13  23      Q.   You admitted that Brian Colvin never insisted on
09:16:36  24   you providing proof or acknowledgment of your being an
09:16:40  25   accredited investor?
```

Valentino Dimitrov vs. Stavatti Aerospace. Ltd
Valentino Dimitrov
January 22, 2025
2:23-CV-00226-DJH
9

| | | |
|---|---|---|
| 09:16:41 | 1 | A. Yes. |
| 09:16:42 | 2 | MR. CHEBAT: Objection, foundation. |
| 09:16:44 | 3 | BY MR. DUNMIRE: |
| 09:16:48 | 4 | Q. I'm just pointing out that you admitted in your |
| 09:16:55 | 5 | answers to your Request for Admission that Brian Colvin |
| 09:17:00 | 6 | never insisted on you providing proof or acknowledgment of |
| 09:17:03 | 7 | you being an accredited investor. Do you maintain that? |
| 09:17:09 | 8 | A. Yes. |
| 09:17:10 | 9 | Q. I'm going to show you a poor copy of the |
| 09:17:59 | 10 | Promissory Note that you attached as Exhibit A, I believe, |
| 09:18:08 | 11 | to this, to your Complaint. |
| 09:18:10 | 12 | A. Um-hum. |
| 09:18:10 | 13 | Q. Do you recognize that? |
| 09:18:12 | 14 | A. Yes. |
| 09:18:13 | 15 | Q. Okay. Do you see a signature, Christopher |
| 09:18:26 | 16 | Beskar? |
| 09:18:26 | 17 | A. Yes. |
| 09:18:27 | 18 | Q. Do you notice how that's offset and not in line |
| 09:18:33 | 19 | with the others? |
| 09:18:34 | 20 | MR. CHEBAT: Objection, foundation. |
| 09:18:35 | 21 | THE WITNESS: I don't know about that. I |
| 09:18:45 | 22 | don't know if it's offset to me. |
| 09:18:46 | 23 | BY MR. DUNMIRE: |
| 09:18:46 | 24 | Q. You don't know if that line where Chris Beskar's |
| 09:18:54 | 25 | signature is is below the -- It's obvious that -- |

Coash Court Reporting & Video, LLC
staff@coashcrv.com
602-258-1440
www.CoashCourtReportingandVideo.com

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 7 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              11

```
09:20:07   1   denies having signed that Promissory Note?
09:20:10   2              MR. CHEBAT:  Objection, foundation.
09:20:12   3              THE WITNESS:  I can't recall it.
09:20:14   4   BY MR. DUNMIRE:
09:20:19   5       Q.   Okay.
09:20:25   6       A.   They're changing their mind so often, so I don't
09:20:29   7   know.
09:20:29   8       Q.   There's no question pending.
09:20:40   9            Do you know what an accredited investor is?
09:20:43  10       A.   Yes.
09:20:45  11       Q.   What is your understanding of what an accredited
09:20:50  12   investor is?
09:20:51  13       A.   Investing into a -- into a business or a fund as
09:21:00  14   a shareholder, I guess, or own interest into a company.
09:21:11  15       Q.   Well, actually, it's a term that is used in the
09:21:25  16   investment world and it basically defines who may
09:21:32  17   participate in certain investments.  And it's defined,
09:21:38  18   more or less, as having a net worth of at least a million
09:21:45  19   dollars, excluding your primary residence, or earning
09:21:55  20   200 -- or, 300,000 a year if you're married for the
09:22:03  21   previous few years.
09:22:04  22            Do you qualify?  Would you qualify as an
09:22:07  23   accredited investor?
09:22:12  24       A.   Yes.
09:22:12  25       Q.   You objected to that, answering that question, in
```

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 8 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                              24

| | | |
|---|---|---|
| 09:43:19 | 1 | Q.   Okay.  So, you looked at the website -- |
| 09:43:22 | 2 | A.   Yeah. |
| 09:43:22 | 3 | Q.   -- the company's website? |
| 09:43:24 | 4 | A.   Yeah. |
| 09:43:24 | 5 | Q.   All right.  And did you talk to anybody in the |
| 09:43:31 | 6 | company other than Brian Colvin? |
| 09:43:37 | 7 | A.   No. |
| 09:43:38 | 8 | Q.   But you saw the website and the website showed |
| 09:43:43 | 9 | the leadership team, correct? |
| 09:43:46 | 10 | A.   I -- I can't recall that. |
| 09:43:49 | 11 | Q.   Well, at the time the leadership team showed, as |
| 09:43:55 | 12 | it always has, that Chris Beskar's the president or CEO of |
| 09:44:02 | 13 | Stavatti Aerospace.  So, if you looked at the website you |
| 09:44:07 | 14 | didn't notice that? |
| 09:44:08 | 15 | A.   I can't recall. |
| 09:44:10 | 16 | Q.   Okay.  Have you ever served in the military? |
| 09:44:32 | 17 | A.   Yes. |
| 09:44:32 | 18 | Q.   In the U.S. military? |
| 09:44:39 | 19 | A.   Bulgaria. |
| 09:44:41 | 20 | Q.   Bulgaria. |
| 09:44:42 | 21 |      Okay.  What years was that? |
| 09:44:44 | 22 | A.   1990 -- |
| 09:44:44 | 23 |      MR. CHEBAT:  Objection, relevance. |
| 09:44:45 | 24 |      THE WITNESS:  1990. |
| 09:44:46 | 25 | BY MR. DUNMIRE: |

Case 2:23-cv-00226-DJH    Document 72-1    Filed 09/05/25    Page 9 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                    2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                                25

```
09:44:46   1      Q.   1990.
09:44:47   2           And what sort of service did you do?
09:44:52   3      A.   I was a -- I don't know how to say it in English.
09:45:07   4  I don't know the name in English.
09:45:09   5      Q.   Was it like the Army?
09:45:10   6      A.   Army, yeah.
09:45:11   7      Q.   Army.
09:45:12   8           Any special infantry?
09:45:15   9      A.   No.
09:45:16  10      Q.   How long were you in the service?
09:45:21  11      A.   Year and a half.
09:45:22  12      Q.   Year and a half.
09:45:25  13           Did you serve in any operations?
09:45:32  14      A.   No.
09:45:33  15           MR. CHEBAT:  Objection, relevance.
09:45:35  16  BY MR. DUNMIRE:
09:45:42  17      Q.   So, are you an officer or director of any
09:45:46  18  companies?
09:45:49  19      A.   No.
09:45:50  20      Q.   No companies?
09:45:51  21      A.   No.
09:45:52  22      Q.   All the business you do, then, you do it in your
09:45:57  23  own name?
09:45:57  24      A.   Yes.
09:45:58  25      Q.   So, you made your investment into Stavatti based
```

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 10 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd    2:23-CV-00226-DJH
Valentino Dimitrov                                26
                January 22, 2025

```
09:46:22   1   upon conversations you had with Rudy --
09:46:30   2       A.   Yeah.
09:46:30   3       Q.   -- Chacon and Brian Colvin, correct?
09:46:33   4       A.   Can you repeat the question?
09:46:38   5       Q.   You made your investment into Stavatti, or you
09:46:41   6   made the loan with this --
09:46:44   7       A.   Yeah.
09:46:44   8       Q.   -- return of five times, you know, if there were
09:46:48   9   profits, that kind of thing.  You made that investment
09:46:52  10   after conversations with Rudy Chacon and Brian Colvin,
09:46:58  11   correct?
09:46:59  12       A.   With Rudy Chacon.
09:47:03  13       Q.   Yes.  And Brian Colvin?
09:47:06  14       A.   I spoke with Brian Colvin after that.
09:47:11  15       Q.   You spoke to Brian --
09:47:15  16       A.   After he got the investment.
09:47:16  17       Q.   So, you never even spoke to Rudy -- or, to Brian
09:47:20  18   Colvin before you made the investment?
09:47:22  19       A.   So, if -- if -- if you phrase it that way, so
09:47:25  20   what happened, then, when I was with Rudy and we spoke
09:47:28  21   about the investment, Brian Colvin was on the phone with
09:47:32  22   Rudy at the same time.  He was there, but I haven't see
09:47:37  23   him or talk to him, or anything like that.  Well, we talk
09:47:41  24   on the speakerphone.
09:47:43  25       Q.   So you never even met him in person --
```

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 11 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                2:23-CV-00226-DJH
Valentino Dimitrov                      January 22, 2025                      27

| | | |
|---|---|---|
| 09:47:46 | 1 | A.  No. |
| 09:47:47 | 2 | Q.  -- before you made that investment? |
| 09:47:48 | 3 | A.  I never met him in person. |
| 09:47:51 | 4 | Q.  Period?  You mean even afterwards? |
| 09:47:53 | 5 | A.  Yeah. |
| 09:47:53 | 6 | Q.  Okay.  So, your whole connection to this |
| 09:47:58 | 7 | investment was -- basically, was Rudy? |
| 09:48:02 | 8 | A.  Yes. |
| 09:48:02 | 9 | Q.  Okay.  You had no conversations with Chris |
| 09:48:09 | 10 | Beskar, correct? |
| 09:48:10 | 11 | A.  I don't think so. |
| 09:48:11 | 12 | Q.  Okay. |
| 09:48:12 | 13 | A.  It's not hundred percent sure because I had -- |
| 09:48:16 | 14 | multiple times I had conversations with Brian and -- but I |
| 09:48:23 | 15 | can't recall that Chris Beskar was, some of those times he |
| 09:48:27 | 16 | was on the phone instead of -- I'm very bad with names. |
| 09:48:31 | 17 | So, whoever calls me.  Brian, Chris, to me, it's -- so |
| 09:48:36 | 18 | that's why I can't recall that. |
| 09:48:37 | 19 | Q.  But I think you said -- I'm talking about the |
| 09:48:39 | 20 | period prior to making the investment. |
| 09:48:41 | 21 | A.  No, no.  Yeah. |
| 09:48:42 | 22 | Q.  Prior to making the investment, you never spoke |
| 09:48:45 | 23 | to -- you never met Brian in person? |
| 09:48:48 | 24 | A.  No. |
| 09:48:48 | 25 | Q.  Although you were involved in some conversation |

Case 2:23-cv-00226-DJH   Document 72-1   Filed 09/05/25   Page 12 of 15

Valentino Dimitrov vs. Stavatti Aerospace. Ltd
Valentino Dimitrov
January 22, 2025
2:23-CV-00226-DJH
28

| | | |
|---|---|---|
| 09:48:55 | 1 | that he was having with Rudy? |
| 09:48:57 | 2 | A.   It was -- |
| 09:48:59 | 3 | Q.   Speakerphone? |
| 09:49:00 | 4 | A.   Yeah, it was speakerphone and we were sitting, |
| 09:49:02 | 5 | and that's how that -- that's how it happen. |
| 09:49:06 | 6 | Q.   So, you never spoke with Chris Beskar, correct? |
| 09:49:13 | 7 | A.   No.  Not that I recall at that time, no. |
| 09:49:17 | 8 | Q.   All right.  Or his wife Maja? |
| 09:49:20 | 9 | A.   No.  I didn't know even know he has a wife. |
| 09:49:22 | 10 | Q.   And let me just ask you if the following people |
| 09:49:26 | 11 | are in that same category so I don't have to ask questions |
| 09:49:29 | 12 | over and over again. |
| 09:49:30 | 13 | A.   Okay. |
| 09:49:31 | 14 | Q.   Before you made your investment into Stavatti, |
| 09:49:33 | 15 | you did not speak to any of the individuals involved as |
| 09:49:46 | 16 | defendants in this case?  The individual defendants are |
| 09:49:50 | 17 | named Chris Beskar and Maja Beskar, Brian Colvin and |
| 09:49:57 | 18 | Corrina Colvin, John Simon and Jean Simon, William McEwen |
| 09:49:59 | 19 | and Patricia McEwen, Rudy Chacon.  Okay? |
| 09:50:05 | 20 |         Of all those people, before the investment, |
| 09:50:13 | 21 | the only one you had spoken to was Rudy Chacon and Brian |
| 09:50:20 | 22 | Colvin, correct? |
| 09:50:21 | 23 |         MR. CHEBAT:  Objection, form. |
| 09:50:22 | 24 |         THE WITNESS:  Yes. |
| 09:50:23 | 25 | BY MR. DUNMIRE: |

Coash Court Reporting & Video, LLC
staff@coashcrv.com
602-258-1440
www.CoashCourtReportingandVideo.com

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                            2:23-CV-00226-DJH
Valentino Dimitrov                    January 22, 2025                                     29

| | | |
|---|---|---|
| 09:50:26 | 1 | Q.   That's correct? |
| 09:50:26 | 2 | A.   Yes. |
| 09:50:26 | 3 | Q.   And did you ever look into, before you made this |
| 09:50:36 | 4 | investment, any of the other corporate defendants here, |
| 09:50:43 | 5 | the Stavatti Immobileare, for example, or the Stavatti |
| 09:50:50 | 6 | Niagara, Limited, and so forth?  You never investigated |
| 09:50:54 | 7 | any of those companies, did you? |
| 09:50:56 | 8 | A.   No. |
| 09:50:56 | 9 | Q.   Okay.  And none of those entities, organizations, |
| 09:51:01 | 10 | made any representations to you that you're aware of, |
| 09:51:06 | 11 | correct? |
| 09:51:06 | 12 | A.   No. |
| 09:51:07 | 13 | Q.   And to the extent they were in the Private |
| 09:51:13 | 14 | Placement Memorandum that was attached to the Complaint, |
| 09:51:17 | 15 | you never even read that or saw it? |
| 09:51:19 | 16 | A.   No. |
| 09:51:20 | 17 | Q.   Okay. |
| 09:51:24 | 18 |          MR. CHEBAT:  Can we go off the record, |
| 09:51:26 | 19 | please? |
| 09:51:28 | 20 |          MR. DUNMIRE:  Yes. |
| 09:51:29 | 21 |          (Discussion off the record.) |
| 09:51:29 | 22 |          (Record read.) |
| 10:14:57 | 23 |          MR. DUNMIRE:  So, back on the record. |
| 10:15:00 | 24 |          And I will make note of the fact that Nino |
| 10:15:09 | 25 | has not joined this deposition via Zoom.  It's been at |

Coash Court Reporting & Video, LLC                                         602-258-1440
staff@coashcrv.com                                     www.CoashCourtReportingandVideo.com

Valentino Dimitrov vs. Stavatti Aerospace. Ltd                              2:23-CV-00226-DJH
Valentino Dimitrov                January 22, 2025                                          38

```
10:33:52   1    to pay, they did, but --
10:33:54   2              MR. CHEBAT:  Objection.
10:33:55   3              THE WITNESS:  That's even --
10:33:56   4    BY MR. DUNMIRE:
10:33:56   5       Q.   I'm just telling you.
10:34:00   6              MR. CHEBAT:  Can we go off the record?
10:34:02   7              MR. DUNMIRE:  Yes.
10:34:02   8              (Discussion off the record.)
10:37:50   9    BY MR. DUNMIRE:
10:38:01  10       Q.   We can go back on the record.
10:38:28  11            You've already testified that you did not
10:38:31  12    talk to Chris Beskar before making the investment?
10:38:35  13       A.   Yes.
10:38:36  14       Q.   Did Brian Colvin suggest that you might want to
10:38:50  15    speak to the company CEO/president Chris Beskar before you
10:38:56  16    made an investment?
10:38:58  17       A.   I don't think so.  I don't recall that.
10:39:01  18       Q.   If he would have suggested you talk to the
10:39:05  19    president of the company, would have you?
10:39:07  20       A.   Of course.
10:39:09  21              MR. CHEBAT:  Objection, foundation.
10:39:10  22    BY MR. DUNMIRE:
10:39:25  23       Q.   So, the extent of your due diligence prior to
10:39:31  24    making this investment was conversations with Rudy and
10:39:38  25    with Brian, correct?
```

Coash Court Reporting & Video, LLC                                602-258-1440
staff@coashcrv.com                                www.CoashCourtReportingandVideo.com

| | | |
|---|---|---|
| 10:39:41 | 1 | A.   Website, yeah. |
| 10:39:44 | 2 | Q.   So, you saw the website and the website made it |
| 10:39:50 | 3 | appear to you that it might be a good investment? |
| 10:39:56 | 4 | A.   Yes.  With, in combination of Rudy's statement |
| 10:40:07 | 5 | and due diligence. |
| 10:40:10 | 6 | Q.   You never asked for any information about the |
| 10:40:14 | 7 | company's revenues? |
| 10:40:17 | 8 | A.   I don't think so. |
| 10:40:18 | 9 | Q.   Financial statements? |
| 10:40:20 | 10 | A.   No. |
| 10:40:21 | 11 | Q.   Evaluation of the company?  None of that? |
| 10:40:26 | 12 | A.   None of that.  But I think I was represented from |
| 10:40:42 | 13 | Rudy, he represented a letter from Dale Morgan that there |
| 10:40:50 | 14 | is an application for, if I'm not mistaken, that there is |
| 10:40:56 | 15 | an application for a loan for them, for Stavatti, and |
| 10:41:01 | 16 | that's why everything was based on that. |
| 10:41:05 | 17 | Q.   Did you ever review the engagement letter that |
| 10:41:13 | 18 | Stavatti had with Dale Morgan? |
| 10:41:15 | 19 | A.   I might have seen it.  I can't recall.  That was |
| 10:41:21 | 20 | two years ago. |
| 10:41:25 | 21 | Q.   If you based your investment on the premise that |
| 10:41:44 | 22 | Stavatti will be receiving funding from Dale Morgan, why |
| 10:41:51 | 23 | is Stavatti at fault if Dale Morgan failed to perform? |
| 10:41:56 | 24 |         MR. CHEBAT:  Objection, foundation. |
| 10:41:59 | 25 |         THE WITNESS:  My investment was with |

Coash Court Reporting & Video, LLC  
staff@coashcrv.com  
602-258-1440  
www.CoashCourtReportingandVideo.com