Exhibit 74-4

CONFIDENTIAL INFORMATION



TERM SHEET FOR ASSET BACKED LOAN

**February 10, 2022**

The purpose of this Term Sheet is to set forth indicative terms, pursuant to which a Lender, subject to certain terms, would provide an asset backed loan to Stavatti Aerospace.   The terms and conditions under which any a loan would be provided are subject to change and this Term Sheet does not constitute an offer to purchase or sell securities.

## OVERVIEW

| | |
|---|---|
| Investor | Provider of asset backed collateralized by Preferred Shares of STAVATTI AEROSPACE  LTD. Preferred Shares will fund a $2.5M invest to the company on the first in first out basis |
| Borrower | STAVATTI AEROSPACE  LTD., hereafter STAVATTI or the "Borrower." |
| Company | Company designs, develops and manufactures next gen-eration military and civil aerospace vehicles/aircraft. The company also holds contracts, or is negotiating contracts, with Ukraine, India, Taiwan, Emirates, Japan to retrofit and upgrade aged military aircraft sponsored by the US Air Force and Department of Defense. |
| Amount of Financing | $2,500,000.00 |
| Security and Collateral | $2,500,000.00 worth of STAVATTI AEROSPACE LTD. Preferred Shares, designated as First in, First out, repay-ment of principal. Once Principal is repaid, the STAVATTI AEROSPACE LTD. Preferred Shares will forfeited and returned, then simultaneously replaced by SM-29 PPO shares in Special Purpose Entity STAVATTI SUPER FULCRUM LTD. Shares equaling 5% equity of the company. Lender will receive 5% of all profits from the STAVATTI SUPER FULCRUM LTD, on the quarter-ly basis for as long as he maintains his ownership of the said shares |
| Investment Repayment | STAVATTI needs a $2.5M loan immediately to establish prerequisites for completion of contract terms. Borrower will repay the loan as negotiated from the first round of capital raised by Del Morgan within 60 days from the execution of this agreement, or sooner if possible. |

## STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MAIL STOP | WYOMING | MN TEL:  651-238-5369 | UKRAINE | MINNESOTA | BUFFALO |
|---|---|---|---|---|---|---|
| 9400 Porter Road | P.O. Box 3010 | 30 N Gould St, Ste 2247 | NY TEL:  716-205-8396 | Kyivs'ka Street 4, Suite 217 | P.O. Box 211258 | 4455 Genesee Street |
| Niagara Falls, NY | Niagara Falls, NY | Sheridan, WY | email: aerospace@stavatti.com | Vinnytsia, 21000 | Eagan, MN | Buffalo, NY |
| 14304 USA | 14304 USA | 82801 USA | http://www.stavatti.com | Ukraine | 55121 USA | 14225 USA |

CONFIDENTIAL INFORMATION

| | |
|---|---|
| Borrower Equity | STAVATTI AEROSPACE LTD.: 840,025 Preferred Shares. STAVATTI SUPER FULCRUM LTD.: 50,000,000 Shares. |
| Loan Terms | Borrower will pay the principal FIFO in 60 Days, plus 50,000,000 shares of STAVATTI SUPER FULCRUM LTD. Shares upon repayment of principal is complete. |
| Use of Loan Proceeds | The funds are for completing the site build-out for a site inspection in a matter of weeks for their MRO Maintenance Repair facility sponsored by the US Dept of Defense for a $1.72 Billion contract to upgrade 76 MiG-29 fighter jets with F-18 Hornet GE F414 engines, sensors, avionics and electronic countermeasures. Upon the inspection they will immediately receive $50M to begin the first phase of the upgrades. STAVATTI will likely perform another MiG-29 300 to 475 upgrades to a variety of allied customers. |
| Multiple Closing | The Offering will close when fully funded |

**Other** .................................................................................................

| | |
|---|---|
| Plan of Distribution | The Loan will be funded directly to Borrower upon completion of collateralization documentation |
| Registration | Preferred Shares under the State of Wyoming |

By: _____

Valentino Demitriov

Intrex Enterprises, LLC.

Date: <u>February 10, 2022</u>

By: _____

Brian D. Colvin, Vice President

Stavatti Aerospace Ltd

Date: <u>February 10, 2022</u>

By: _____

Christopher R. Beskar, CEO

Stavatti Aerospace Ltd

Date: <u>February 10, 2022</u>

2

CONFIDENTIAL INFORMATION

**Wire transfers should be made in accordance with the following wire instructions:**

**Account Name:** Stavatti Industries Ltd.
**Bank:** Bank of America
**Account Type:** Platinum Honors Business Advantage Checking/Demand Deposit Account (DDA)
**Account Number:** 325132787316
**Routing Number (Wires):** 026009593
**Routing Number (Checks):** 121000358
**SWIFT Code:** BOFAUS3N
**Bank Address:** Bank of America NA, 222 Broadway, New York, NY 10038
**Bank Tel:** (888) 287-4637
**Bank Website:** www.bankofamerica.com
**Bank Officer:** Michelle Itrurralde
**Title:** Senior Vice President, Global Commercial Banking
**Tel:** 213-621-4966
**Cell:** 213-663-8254
**Email:** michelle.iturralde@baml.com
**Address:** 333 South Hope Street, Suite 1300, Los Angeles, CA 90071