Exhibit 74-7

 Gmail    Brian Colvin <██████████>

## Re: Q1 2022 Capital Raise Contracts for STAVATTI AEROSPACE, LTD.

**Brian Colvin** <brian.colvin@stavatti.com>  Thu, Mar 31, 2022 at 8:07 PM
To: Chris Beskar <chris.beskar@stavatti.com>, Chris Beskar <chris.beskar@gmail.com>, Brian Colvin Gmail ██████████

Dear Chris

Please see the attached Image of the Investment Report and documents for all capital raised. I've organized them so each investor's NDA-PIA and Contracts are grouped individually for each investment. If you have any questions please come to me and I will help you with anything you need.

Kindest regards,

**Brian D. Colvin**

Executive VP of STAVATTI AEROSPACE, LTD.

Chairman & CEO of STAVATTI UAVS, LTD.
TEL: ██████████
TEL: 307-620-7261
email: Brian.Colvin@stavatti.com
http://www.stavatti.com
STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA
STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA
STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA
STAVATTI WYOMING
30 North Gould Street
Suite 2247
Sheridan, WY 82801
USA
STAVATTI UKRAINE
Kyivs'ka Street 4
Suite 217
Vinnytsia, 21000, Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.
Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.
U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.
*********************************************************************************

**11 attachments**


**Capital Raised 1.249.500 by Brian Colvin Q1 2022.JPG**
154K


1003K


964K



**valentino1mill.zip**
1182K

890K

1194K

1005K

1293K

14935K

1198K

1309K