Exhibit 74-8

## Stavatti: Brian Colvin Updated Business Card and Pitch Decks

**From:** Chris Beskar (chris.beskar@stavatti.com)

**To:** ▮▮▮▮▮▮▮▮  brian.colvin@stavatti.com

**Cc:** brian.colvin▮▮▮▮▮▮

**Date:** Thursday, June 2, 2022 at 11:30 AM PDT

Dear Brian,

Attached as PDF files are three documents:

(1) An updated Business Card for you as President of Stavatti Aerospace

(2) An updated June edition of the $165 Million Aerospace Pitch Deck

(3) An updated June edition of the $2 Billion Aerospace Pitch Deck

Feel free to use this business card and these two pitch decks in the capital raise process. These documents identify you as the President of Stavatti Aerospace Ltd of Wyoming.

I'll be modifying additional documents over time including the website. If you need any other specific documents let me know. A formal welcome letter as President of Stavatti Aerospace will be send to you sooner than later, but I'm focused on wrapping up some time sensitive materials at the moment.

Best Regards,

Chris

Christopher R. Beskar
CEO
Stavatti Aerospace Ltd
Tel: 651-238-5369

--
*******************************************************************************
STAVATTI AEROSPACE LTD
MN TEL: 651-238-5369
NY TEL: 716-205-8396
WY TEL: 307-620-7261
email: aerospace@stavatti.com
http://www.stavatti.com

STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA

STAVATTI BUFFALO
4455 Genesee Street
Suite 114
Buffalo, NY 14225
USA

STAVATTI MINNESOTA
P.O. Box 211258
Eagan, MN 55121
USA

STAVATTI WYOMING
30 North Gould Street
Suite 2247
Sheridan, WY 82801
USA

STAVATTI UKRAINE

Kyivs'ka Street 4 Suite 217
Vinnytsia, 21000
Ukraine

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.

SECURITY STATEMENT: This e-mail has been created in the knowledge that the Internet and e-mail is not a 100% secure communications medium. We advise that you understand the potential for a compromise or breach in internet communications integrity and security and take any necessary measures when transmitting or receiving e-mail.

****************************************************************************

--
This email has been checked for viruses by AVG.
https://www.avg.com

 STAVATTI AEROSPACE 2B PITCH DECK JUNE 2022.pdf
13.4MB

 BRIAN_COLVIN_BC_2021.pdf
679.5kB

 STAVATTI AEROSPACE 165M SHORT PITCH DECK JUNE 2022.pdf
5.2MB