Exhibit 74-9



Saturday, June 04, 2022

From:
Brian D. Colvin
President, BOD
STAVATTI AEROSPACE, Ltd.
STAVATTI NIAGARA-PHYSICAL
9400 Porter Road
Niagara Falls, NY 14304, USA
Direct Phone: 951-907-8000

To:
Valentino Demitriov

Dear Mr. Demitriov

It is a pleasure to work with you on the funding of our project. We want to thank you for your participation, and your patients in the funding process. I'm writing you today to update you with our current status.

We've been working with our primary funding source DelMorgan, and other sources to produce the production funding of our project launch. DelMorgan has been preparing our Go to Market Presentation, and we've been helping with the process. We are finishing the final edits this week, and going to market in two weeks.

We are confident we will be receiving the funds to repay your principal, and launch our project by July 1st. With this being said, please let me know if I may answer any questions, comments, or concerns you might have. I may be reached directly by phone at: 951-907-8000, or by email at: Brian.Colvin@stavatti.com.

Thank you again.

Brian D. Colvin
President, and Director
STAVATTI AEROSPACE, Ltd.

STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MINNESOTA | WYOMING | MNTEL: 651-238-5369 NYTEL: 716-205-8396 email: aerospace@stavatti.com http://"MWI.slavatti.com | UKRAINE | CALIFORNIA | BUFFALO |
|---|---|---|---|---|---|---|
| 9400 Porter Road | P.O. Box 211258 | 30 N Gould St, Ste 2247 | | Kyivs'ka Street 4, Suite 217 | 1443 S. Gage Street | 4455 Genesee Street |
| Niagara Falls, NY | Eagan, MN | Sheridan, WY | | Vinnytsia, 21000 | San Bernardino, CA | Buffalo, NY |
| 14304 USA | 55121 USA | 82801 USA | | Ukraine | 92408 USA | 14225 USA |

Colvin-0134