Exhibit 74-10



# LETTER OF REPRESENTATION (LOR)

29 August 2022

Brian D. Colvin
18810 Lurin Ave
Riverside, CA 92508-9605
Tel: 951-907-8000
email: bdccorp@gmail.com

**RE: LETTER OF REPRESENTATION FOR DP & DIRECTOR BRIAN D. COLVIN**

Dear Mr. Colvin:

This Letter of Representation (LOR) confirms your appointment as the Deputy President For Stavatti Aerospace Ltd and Director of Stavatti UAS for Stavatti Aerospace Ltd, a Wyoming C corporation. For the purpose of this Appointment your title and role as Deputy President (DP) is a Corporate Management Level Position while the Board Appointment reflects a Managing Directors position within the Stavatti Board of Directors. Furthermore, for this Appointment, UAS is defined interchangeably as Unpiloted Aerial Systems/Unmanned Autonomous Systems.

As Deputy President and Director you will be responsible for business leadership, development and representation of Stavatti globally with a specific emphasis upon both company leadership as well as UAS and Drone/Unpiloted Aircraft Technology and Products. This appointment grants you full authorization to represent Stavatti worldwide as a Deputy President and Director. These positions grants you the authorization for, but not limited to:

1) Leadership and Management of Stavatti on a corporate/company level;
2) The marketing, sale and support of Stavatti products and/or services;
3) The presentation and promotion of Stavatti and associated Stavatti products, technology and services;
4) The representation of Stavatti to present and potential industry partners, suppliers and subcontractors;
5) The representation of Stavatti to strategic partners, investors and governments
6) The investigation, negotiation and administration of Joint Venture Partnerships and Companies
7) The development and structuring of Partnerships, Businesses and Contracts on behalf of Stavatti

This agreement furthermore grants you full authority to work directly with Stavatti executive, officers, directors, agents, advisors and other employees with full rights, privilege and authority as any other Stavatti appointed executive while conducting business activities. This appointment authorizes you to assist Stavatti in the marketing, presentation, sale, servicing, support and possible development and manufacturing and identification, arrangement of project funding/financing and the establishment of joint ventures, joint companies and strategic partnerships for Stavatti.

This appointment is granted in perpetuity unless you resign or are dismissed from you position as Deputy President and/or Director and either party provides thirty (30) days written notice of termination, modification or cancellation. In the case of termination, modification or cancellation of this representation, a written notice will be sent to you at the above mentioned address advising you of such modification or cancellation.

On behalf of Stavatti, I extend onto you a warm welcome as the Deputy President and Director of Stavatti UAS.

Warmest Regards,

*[signature]*

Christopher R. Beskar
Chairman & CEO
Stavatti Aerospace Ltd

STAVATTI AEROSPACE LTD

| NIAGARA FALLS | MAIL STOP | MN TEL: 651-238-5369 | WYOMING | MINNESOTA |
| --- | --- | --- | --- | --- |
| 9400 Porter Road | P.O. Box 3010 | NY TEL: 716-205-8396 | 30 N Gould St, Ste 2247 | P.O. Box 211258 |
| Niagara Falls, NY | Niagara Falls, NY | email: aerospace@stavatti.com | Sheridan, WY | Eagan, MN |
| 14304 USA | 14304 USA | http://www.stavatti.com | 82801 USA | 55121 USA |