**GEORGE K. CHEBAT (034232)**
George@EnaraLaw.com
**ROSS P. MEYER (028473)**
Ross@EnaraLaw.com
Enara Law PLLC
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace, Ltd., a Minnesota corporation; et al.<br><br>Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

This Joint Report is filed pursuant to the Rule 16 Scheduling Order (Doc. 39). The Plaintiff and Defendants Stavatti, Beskar, Simons, Mcewen and Chacon (the "Represented Defendants") have participated in good faith settlement talks throughout the litigation. Although settlement discussions have taken place, the parties have been unable to reach an agreement.

Discovery and Depositions have been conducted in this case. The Represented Defendants filed a Motion for Summary Judgment on March 5, 2025. (Doc. 63). Defendant Colvin filed a Joinder to Defendants' Motion for Summary Judgment on April 4, 2025. (Doc. 64). The Represented Defendants Motion for Summary Judgment has been fully briefed and it pending before this Court.

Plaintiff filed a separate Motion for Summary Judgment with this Court on July 30, 2025. (Doc. 68)  The parties are in the process of briefing Plaintiff's Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED** this 8th day of September 2025.

        Enara Law PLLC

        BY __/s/ *Ross P. Meyer*_____
            Ross P. Meyer

        The Law Office of Terrance D. Dunmire

        BY */s/ Terrance D. Dunmire (w/ permission)*
            Terrance D. Dunmire

        The Law Office of Nino Abate PLC

        BY __/s/ *Nino Abate (w/ permission)*_____
            Nino Abate

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2025, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Tammy Spears*