**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
Enara Law PLLC
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; | Case No. 2:23-CV-00226-PHX-DJH |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR SETTLEMENT CONFERENCE** |
| Stavatti Aerospace, Ltd., a Minnesota corporation; et al. | |
| Defendants. | (Assigned to the Hon. Diane J. Humetewa) |

Pursuant to L.R. Civ. P. 83.10(a), the parties, by and through undersigned counsel, jointly request that this action be referred to a magistrate judge for a settlement conference.

This request is made in good faith and not for purposes of delay or dilatory tactics.

**RESPECTFULLY SUBMITTED** this 9th day of April 2026.

**ENARA LAW, PLLC**

By: */s/ Ross P. Meyer*
Ross P. Meyer
Morgan E. Silva
*Attorneys for Plaintiff*

**LAW OFFICES OF TERRANCE D. DUNMIRE**

By: */s/ Terrance D. Dunmire*
Terrance D. Dunmire
*Attorney for Defendants (except Brian and Corrina Colvin)*

1

THE LAW OFFICE OF NINO ABATE, PLC

`

By: /s/ *Nino Abate*
Nino Abate
*Attorney for Defendant Brian Colvin*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April 2026, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all parties and counsel of record via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Leslie Cruz Morales*

3