# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, | No. CV-23-00226-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Stavatti Aerospace Limited, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Request (Doc. 79),

**IT IS ORDERED** referring this matter to United States Magistrate Judge Deborah M. Fine for a settlement conference. Counsel are directed to jointly contact the chambers of Judge Fine by emailing **Armida_Herrera@azd.uscourts.gov** no later than **ten (10) days from the date of this order** to schedule a settlement conference to be held on or before June 15, 2026 and for instructions regarding preparation for the conference.

No later than five (5) working days after the deadline set forth in the preceding paragraph, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 13th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge