**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>　　　　　Plaintiff,<br>　vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; et al.<br><br>　　　　　Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**STIPULATION TO FILE MOTION UNDER SEAL** |

1

The parties, by and through undersigned counsel, hereby submits their Stipulation to File Motion Under Seal. The parties seek an order by this Court to file a Motion under Seal, along with the accompanying proposed order, and Exhibit (the "Sealed Motion").

## I.    LEGAL ARGUMENT

Under L.R.Civ. 5.6(b), a Court may order the sealing of any document pursuant to a motion. The Court applies a strong presumption of public access to judicial records, rooted in *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), which is the controlling Ninth Circuit authority. Under *Kamakana*, for dispositive filings, a party must show "compelling reasons" that outweigh the public's right of access. *Kamakana,* 447 F.3d at 1179 ("the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often 'unrelated, or only tangentially related, to the underlying cause of action.'"). For non-dispositive filings, the standard is "good cause" under Rule 26(c), Fed. R. Civ. P. *See Kamakana,* at 1180. "A narrow range of documents is not subject to the right of public access at all because the records have 'traditionally been kept secret for important policy reasons.'" *Kamakana,* 447 F.3d at 1178 (quoting *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989)).

The Sealed Motion and its accompanying documents contain highly sensitive, non-public personal information of the Defendants, the public disclosure of which would cause immediate and irreparable harm that cannot be remedied after the fact. This is precisely the category of information courts have recognized as warranting protection from public access. *See Kamakana*, 447 F.3d at 1178–79. The motion is non-dispositive, and good cause exists under Rule 26(c) to seal it. Critically, even publicly identifying the nature of the information sought to be sealed would itself cause or facilitate the very harm the parties seeks to prevent. Accordingly, the parties respectfully request that the Court conduct an in camera review of the Sealed Motion and accompanying documents to ascertain the basis

2

for sealing, rather than requiring the parties to describe those grounds on the public docket. The parties therefore requests that this Court review the Sealed Motion in camera and grant the filing under seal.

**I.      CONCLUSION**

For the foregoing reasons, the parties respectfully requests the Court grant this Stipulation to File Motion Under Seal.

**RESPECTFULLY SUBMITTED** this 1st day of May 2026.

`

            **ENARA LAW PLLC**

           By: */s/ Ross. P. Meyer*
            Ross P. Meyer
            Morgan E. Silva
            *Attorneys for Plaintiff*

      **LAW OFFICES OF TERRANCE D. DUNMIRE**

           By: */s/Terrance D. Dunmire (with permission)*
            Terrance D. Dunmire
            *Attorney for Defendants, excluding Brian and Corrina Colvin*

        **LAW OFFICES OF NINO ABATE, PLC**

           By: */s/Nino Abate (with permission)*
            Nino Abate
            *Attorney for Defendants Brian and Corrina Colvin*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 1st day of May 2026, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record, if any, and any *Pro Se* Parties, via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Leslie Cruz Morales*

4