UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>         Plaintiff,<br><br>  vs.<br><br>Stavatti Aerospace, Ltd., a Minnesota corporation; et al.<br><br>         Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER GRANTING STIPULATION TO FILE MOTION UNDER SEAL** |

The Court, having reviewed the parties Stipulation to File Motion Under Seal, hereby ORDERS as follows:

**IT IS HEREBY ORDERED**, GRANTING the parties Stipulation to File Motion Under Seal.

**IT IS FURTHER ORDERED**, allowed the Seal Motion to be filed under seal.

_____

Honorable Diane J. Humetewa
United States District Judge

1