**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; et al.<br><br>Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**NOTICE OF FILING OF REDACTED EXHIBIT 7 TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Valentino Dimitrov, by and through undersigned counsel, hereby gives notice of the filing of a redacted version of Exhibit 7 to Plaintiff's Motion for Summary Judgment, previously filed at Doc. 68-7.

In compliance with the Court's Order (Doc. 87), Plaintiff hereby re-files Exhibit 7 to Plaintiff's Motion for Summary Judgment in redacted form. A copy of the redacted Exhibit 7 is attached hereto.

**RESPECTFULLY SUBMITTED** this 29th day of June 2026.

**ENARA LAW PLLC**

By: */s/ Ross. P. Meyer*
Ross P. Meyer
Morgan E. Silva
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2026, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record, if any, and any *Pro Se* Parties, via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Leslie Cruz Morales*

2