**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>      Plaintiff,<br>  vs.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; et al.<br><br>      Defendants. | Case No.: 2:23-CV-00226-PHX-DJH<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED FINAL PRETRIAL ORDER AND ACCOMPANYING PRETRIAL DEADLINES**<br><br>**EXPEDITED RULING REQUESTED** |

The parties, by and through undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline to file the Joint Proposed Final Pretrial Order and all accompanying pretrial deadlines set forth in the Court's Order Setting Final Pretrial Conference (Doc. 82) by forty-five (45) days, and continue the Final Pretrial Conference accordingly.

Counsel for Plaintiff is presently engaged in trial in another matter before this Court and is simultaneously relocating its law office. In addition, the parties remain in good-faith settlement negotiations. The parties previously jointly requested a settlement conference before a magistrate judge, and they believe that a brief extension of the pretrial deadlines may facilitate resolution of this matter and avoid the unnecessary expenditure of party and judicial resources that full pretrial preparation would require.

1

This Stipulation is submitted in good faith and not for purposes of delay or any other improper purpose. No party will be prejudiced by the requested extension, and no other deadlines or court settings will be affected other than as set forth hererin.

Ahead of the first deadline, to exchange draft Joint Proposed Final Pretrial Orders and Exhibits, currently set for July 2, 2026, the parties respectfully request that the Court consider this Stipulation on an expedited basis.

The parties respectfully request that the pretrial deadlines be extended by forty-five (45) days as set forth in the following table. Where a date forty-five (45) days after a current deadline falls on a Saturday, Sunday, or legal holiday, the proposed new deadline is the next business day in accordance with Fed. R. Civ. P. 6(a)(1)(C):

| Pretrial Event | Current Deadline (Doc. 82) | Proposed New Deadline |
| --- | --- | --- |
| Exchange drafts of Joint Proposed Final Pretrial Order | July 2, 2026 | August 17, 2026 |
| Meet in person to mark and exchange exhibits | July 2, 2026 | August 17, 2026 |
| File Joint Proposed Final Pretrial Order (by 4:00 p.m.) | July 16, 2026 | August 31, 2026 |
| File Stipulated Joint Statement of the Case (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Joint Proposed Voir Dire (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Jury Instructions (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Joint Proposed Form of Verdict (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File and serve Motions in Limine | July 16, 2026 | August 31, 2026 |
| Responses to Motions in Limine | July 23, 2026 | September 8, 2026 |

| Pretrial Event | Current Deadline (Doc. 82) | Proposed New Deadline |
|---|---|---|
| Final Pretrial Conference | August 6, 2026, 2:00 p.m. | September 21, 2026, 2:00 p.m. |

A Proposed Order has been submitted along with this Stipulation.

**RESPECTFULLY SUBMITTED** this 29th day of June 2026.

`

                                    **ENARA LAW PLLC**

                        By: */s/ Ross. P. Meyer*
                            Ross P. Meyer
                            Morgan E. Silva
                            *Attorneys for Plaintiff*

**LAW OFFICES OF TERRANCE D. DUNMIRE**

                        By: */s/Terrance D. Dunmire (with permission)*
                            Terrance D. Dunmire
                            *Attorney for Defendants, excluding Brian
                            and Corrina Colvin*

**LAW OFFICES OF NINO ABATE, PLC**

                        By: */s/Nino Abate (with permission)*
                            Nino Abate
                            *Attorney for Defendants Brian
                            and Corrina Colvin*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2026, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record, if any, and any *Pro Se* Parties, via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Leslie Cruz Morales*

4