UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>Stavatti Aerospace, Ltd., a Minnesota corporation; et al.<br><br>Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED FINAL PRETRIAL ORDER AND ACCOMPANYING PRETRIAL DEADLINES** |

The Court, having reviewed the parties Stipulation to Extend Deadline to File Joint Final Pretrial Order and Accompanying Pretrial Deadlines, hereby ORDERS as follows:

**IT IS HEREBY ORDERED**, GRANTING the parties Stipulation to Extend Deadline to File Joint Final Pretrial Order and Accompanying Pretrial Deadlines.

**IT IS FURTHER ORDERED**, that the deadlines set forth in the Court's Order Setting Final Pretrial Conference (Doc. 82) are extended as follows:

| Pretrial Event | Current Deadline (Doc. 82) | Proposed New Deadline |
|---|---|---|
| Exchange drafts of Joint Proposed Final Pretrial Order | July 2, 2026 | August 17, 2026 |
| Meet in person to mark and exchange exhibits | July 2, 2026 | August 17, 2026 |

1

| Pretrial Event | Current Deadline (Doc. 82) | Proposed New Deadline |
|---|---|---|
| File Joint Proposed Final Pretrial Order (by 4:00 p.m.) | July 16, 2026 | August 31, 2026 |
| File Stipulated Joint Statement of the Case (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Joint Proposed Voir Dire (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Jury Instructions (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File Joint Proposed Form of Verdict (by 4:00 pm) | July 16, 2026 | August 31, 2026 |
| File and serve Motions in Limine | July 16, 2026 | August 31, 2026 |
| Responses to Motions in Limine | July 23, 2026 | September 8, 2026 |
| Final Pretrial Conference | August 6, 2026, 2:00 p.m. | September 21, 2026, 2:00 p.m. |

_____
Honorable Diane J. Humetewa
United States District Judge

2