**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
2150 E. Highland Ave, Unit 212
Phoenix, AZ 85016
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated; <br><br> Plaintiff, <br> vs. <br><br> Stavatti Aerospace, Ltd, a Minnesota corporation; et al. <br><br> Defendants. | Case No.: 2:23-CV-00226-PHX-DJH <br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** |

**NOTICE IS HEREBY GIVEN** that Enara Law PLLC, has moved and effective, July 1, 2026, all future correspondence, filings, and order should be sent to the following address:

Ross P. Meyer
Morgan E. Silva
**ENARA LAW PLLC**
2150 E. Highland Avenue, Unit 212
Phoenix, AZ 85016

The telephone numbers, fax numbers, and email addresses remain the same.

1

**RESPECTFULLY SUBMITTED** this 27th day of July, 2026.

`

                              **ENARA LAW PLLC**

                          By: */s/ Ross. P. Meyer*
                              Ross P. Meyer
                              Morgan E. Silva
                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2026, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record, if any, and any *Pro Se* Parties, via the CM/ECF system.

Terrance D. Dunmire, Esq
**Law Offices Of Terrance D Dunmire**
8701 E. Vista Bonita Drive, Suite 220
Scottsdale, Arizona 85255
Telephone: (602) 264-1300
tdunmire@parkwestpartners.com

Nino Abate, Esq
**Law Offices Of Nino Abate, PLC**
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
Telephone: (480) 314-3304
nino@abatelaw.com

By: *Leslie Cruz Morales*

3