**Terrance D. Dunmire, Esq. (9964)**
**Law Offices of Terrance D Dunmire**
**8701 E. Vista Bonita Drive, Suite 220**
**Scottsdale, Arizona 85255**
**Phone (602) 264-1300**
**tdunmire@parkwestpartners.com**
**Attorney for Defendants (except Brian and Corrina Colvin)**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**APPLICATION TO WITHDRAW WITH CONSENT**<br><br>(Assigned to the Honorable Diane Humetewa) |

Defendants Stavatti, Beskar, Simons, Mcewen and Chacon (hereinafter sometimes the "Represented Defendants") by and through undersigned counsel pursuant to Rule 5.3 of the Arizona Rules of Civil Procedure and Rule 83.3 of the District of Arizona Local Rules hereby move for an Order approving withdrawal of undersigned counsel from representation of Represented Defendants because of conflicts effecting the attorney client relationship and professional considerations such

necessary and continued representation would not be prudent. This application is made on the basis of mutual consent.

Represented Defendants' Consent to Withdrawal are set forth below and an Order is attached hereto.

Represented Defendants are aware of the status of the case and ask the court for a stay of proceedings to enable them to retain new counsel to represent them going forward. Their consent to the withdrawal is evidenced by their signatures set forth below:

Christopher and Maja Beskar, husband and wife

__________________________

By: Christopher Beskar

John and Jean Simon, husband and wife

__________________________

By: John Simon

William and Patricia Mcewen, husband and wife

__________________________

By: William Mcewen

Stavatti Aerospace. Ltd, a Minnesota corporation
Stavatti Aerospace Ltd, a Wyoming corporation
Stavatti Corporation, a Minnesota corporation
Stavatti Immobileare. Ltd. A Wyoming corporation
Stavatti Niagara, Ltd. A New York corporation
Stavatti Super Fulcrum, Ltd, a Wyoming corporation
Stavatti Ukraine, a Ukrainien business entity
Stavatti Heavy Industries Ltd. a Hawaii corporation

By __________________________ Its : Président and CEO and or Director
Christopher Beskar

that withdrawal is necessary and continued representation would not be prudent. This application is made on the basis of mutual consent.

Represented Defendants' Consent to Withdrawal are set forth below and an Order is attached hereto.

Represented Defendants are aware of the status of the case and ask the court for a stay of proceedings to enable them to retain new counsel to represent them going forward. Their consent to the withdrawal is evidenced by their signatures set forth below:

Christopher and Maja Beskar, husband and wife

______________________________
By: Christopher Beskar

John and Jean Simon, husband and wife

John R. Simon______________________
By: John Simon

William and Patricia Mcewen, husband and wife

______________________________
By: William Mcewen

Stavatti Aerospace. Ltd, a Minnesota corporation
Stavatti Aerospace Ltd, a Wyoming corporation
Stavatti Corporation, a Minnesota corporation
Stavatti Immobileare. Ltd. A Wyoming corporation
Stavatti Niagara, Ltd. A New York corporation
Stavatti Super Fulcrum, Ltd, a Wyoming corporation
Stavatti Ukraine, a Ukrainien business entity
Stavatti Heavy Industries Ltd. a Hawaii corporation

By ________________________ Its : Président and CEO and or Director
Christopher Beskar

that withdrawal is necessary and continued representation would not be prudent. This application is made on the basis of mutual consent.

Represented Defendants' Consent to Withdrawal are set forth below and an Order is attached hereto.

Represented Defendants are aware of the status of the case and ask the court for a stay of proceedings to enable them to retain new counsel to represent them going forward. Their consent to the withdrawal is evidenced by their signatures set forth below:

Christopher and Maja Beskar, husband and wife

__________________________

By: Christopher Beskar

John and Jean Simon, husband and wife

__________________________

By: John Simon

William and Patricia McEwen, husband and wife

__________________________

By: William McEwen

Stavatti Aerospace. Ltd, a Minnesota corporation
Stavatti Aerospace Ltd, a Wyoming corporation
Stavatti Corporation, a Minnesota corporation
Stavatti Immobileare. Ltd. A Wyoming corporation
Stavatti Niagara, Ltd. A New York corporation
Stavatti Super Fulcrum, Ltd, a Wyoming corporation
Stavatti Ukraine, a Ukrainien business entity
Stavatti Heavy Industries Ltd. a Hawaii corporation

By ______________________ Its : Président and CEO and or Director
Christopher Beskar

The mailing address and telephone numbers of the Represented Defendants are:

Christopher Beskar: 3670 El Camino Drive, San Bernardino, CA 92404 Tel: 651-238-5369.

William McEwen: 24403 256th Ave SE, Ravensdale, WA 98051 Tel:206-658-7310.

John Simon: 3845 Tonawanda Creek Road, East Amherst, NY 14051 Tel:716-864-6984.

All of the other Stavatti entities: can be reached c/o Christopher Beskar.

Additionally, please be advised that upon information and belief Rudy Chacon has passed away and undersigned counsel has not to date been able to find anything out about his death or whether there may be a probate estate established on his behalf. Undersigned counsel has not been contacted by anyone representing his estate and has not been hired to continue the representation on behalf of the estate. A Notice of Suspected Death is being filed contemporaneously with this application.

Respectfully submitted this 17th day of August, 2026.

BY______________________________

Terrance D. Dunmire
Attorney for Represented Defendants

CERTIFICATE OF SERVICE Terrance Dunmire hereby certifies that on this 17th day of August 2026, he electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

George K. Chebat, Esq.
Enara Law PLLC
7631 East Greenway Road. Suite B-2
Scottsdale, Arizona 85260
george@enaralaw.com
Attorney for Plaintiff

Nino Abate. Esq.
The law Office of Nino Abate. PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
Attorney for Brian and Corrina Colvin

Copy of the forgoing mailed this
17th day of August, 2026 to:

HONORABLE DIANE J. HUMETEWA
United States District Court Sandra Day O'Connor US Courthouse. Suite 625
401 West Washington Street, SPC 81
Phoenix, Arizona 85003

By: /s/ Terry Dunmire