**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>**ORDER PERMITTING WITHDRAWAL OF COUNSEL**<br><br>**(Assigned to the Honorable Diane J. Humetewa)** |

Upon consideration of the Application to Withdraw with Consent by counsel for Stavatti, Beskar, Simon, Mcewen and Chacon and good cause appearing, the Court orders as follows:

**IT IS ORDERED** that Terrance D. Dunmire is hereby relieved of his duties as attorney of record for Defendants Stavatti, Beskar, Simon, Mcewen and Chacon.

**IT IS FURTHER ORDERED** directing the Clerk of Court to amend all records to reflect that Mr. Dunmire is no longer attorney of record in the case.

Dated this day of August 2026.

DIANE J. HUMETEWA