**Terrance D. Dunmire, Esq. (9964)**
**Law Offices of Terrance D Dunmire**
**8701 E. Vista Bonita Drive, Suite 220**
**Scottsdale, Arizona 85255**
**Phone (602) 264-1300**
**tdunmire@parkwestpartners.com**
**Attorney for Defendants (except Brian and Corrina Colvin)**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>NOTICE OF SUSPECTED DEATH<br><br>(Assigned to the Honorable Diane Humetewa) |

Counsel for Defendants Stavatti, Beskar, Simons, Mcewen and Chacon (hereinafter sometimes the "Represented Defendants") pursuant to Rule 25(a)1of the Arizona Rules of Civil Procedure hereby notices the suspected death of Rudy Chacon. Upon information and belief Rudy Chacon has passed away and undersigned counsel has not to date been able to find anything out about his death or whether there may be a probate estate established on his behalf. Undersigned counsel has not been contacted

by anyone representing his estate and has not been hired to continue the representation on behalf of the estate.

Respectfully submitted this 17 day of August, 2026.

BY ______________________________

Terrance D. Dunmire
Attorney for Represented Defendants

CERTIFICATE OF SERVICE Terrance Dunmire hereby certifies that on this 17th day of August 2026, he electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

George K. Chebat, Esq.
Enara Law PLLC
7631 East Greenway Road. Suite B-2
Scottsdale, Arizona 85260
george@enaralaw.com
Attorney for Plaintiff

Nino Abate. Esq.
The law Office of Nino Abate. PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
Attorney for Brian and Corrina Colvin

Copy of the forgoing mailed this
17th day of August, 2026 to:

HONORABLE DIANE J. HUMETEWA
United States District Court Sandra Day O'Connor US Courthouse. Suite 625
401 West Washington Street, SPC 81
Phoenix, Arizona 85003

By: /s/ Terry Dunmire