**Terrance D. Dunmire, Esq. (9964)**
**Law Offices of Terrance D Dunmire**
**8701 E. Vista Bonita Drive, Suite 220**
**Scottsdale, Arizona 85255**
**Phone (602) 264-1300**
**tdunmire@parkwestpartners.com**
**Attorney for Defendants (except Brian and Corrina Colvin)**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace. Ltd, a Minnesota corporation; Stavatti Aerospace Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobileare. Ltd. A Wyoming corporation; Stavatti Niagara, Ltd. A New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainien business entity; Stavatti Heavy Industries Ltd. a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon husband and wife ; William Mcewen and Patricia Mcewen, Husband and wife; Rudy Chacon and Jane Doe Chacon. Husband and wife; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:23-CV-00226-DJH<br><br>REQUEST FOR PERMISSION TO PERMIT DEFENDANTS BESKAR, SIMON AND MCEWEN TO APPEAR VIRTUALLY AT THE HEARING ON AUGUST 27, 2026<br><br>(Assigned to the Honorable Diane Humetewa) |

Defendants Stavatti, Beskar, Simons and Mcewen by and through undersigned counsel hereby request permission to permit them to appear virtually at the upcoming hearing. All of them live out of state and have busy work schedules and family obligations that will not enable them to appear in person on such short notice. As it is they have had to reschedule long sought and planned arrangements with important potential suppliers, team members and investors who may be critical

to the Company's strategic plans. That said they recognize the importance of the upcoming hearing and plan to attend the hearing as ordered.

Undersigned counsel has conferred with opposing counsel who confirmed they have no objection to this request.

Additionally, as set forth in the previously filed Notice of Suspected Death, Rudy Chacon has died and no one has contacted undersigned counsel about the establishment of an estate to represent his interests.

Accordingly, Messrs. Beskar, Simon and Mcewen ask the Court to permit them to appear virtually and submit the attached proposed order to that effect.

Respectfully submitted this 21st day of August, 2026.

BY______________________________
Terrance D. Dunmire
Attorney for Stavatti, Beskar, Simon and McEwen

CERTIFICATE OF SERVICE Terrance Dunmire hereby certifies that on this 21st day of August 2026, he electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

George K. Chebat, Esq.
Enara Law PLLC
7631 East Greenway Road. Suite B-2
Scottsdale, Arizona 85260
george@enaralaw.com
Attorney for Plaintiff

Nino Abate. Esq.
The law Office of Nino Abate. PLC
300 W. Clarendon Ave., Suite 130
Phoenix, Arizona 85013
nino@abatelaw.com
Attorney for Brian and Corrina Colvin

Copy of the forgoing e-mailed this
21st day of August, 2026 to:

HONORABLE DIANE J. HUMETEWA
United States District Court Sandra Day O'Connor US Courthouse. Suite 625
401 West Washington Street, SPC 81
Phoenix, Arizona 85003

By: /s/ Terry Dunmire