**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Valentino Dimitrov,

Plaintiff,

v.

Stavatti Aerospace Limited, et al.,

Defendants.

No. CV-23-00226-PHX-DJH

**ORDER**

Before the Court is a request for Defendants Stavatti, Beskar, Simons, and Mcewen to Appear Virtually at the August 27, 2026 Hearing. For good cause showing,

**IT IS ORDERED granting** the Request (Doc. 97). Counsel will be emailed connection information before the hearing and shall share with his clients.

Dated this 24th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge