**Terry Dunmire**

| | |
|---|---|
| **From:** | Chris Beskar <chris.beskar@stavatti.com> on behalf of Chris Beskar |
| **Sent:** | Wednesday, August 26, 2026 7:58 AM |
| **To:** | Terry Dunmire |
| **Cc:** | Bill McEwen; john.simon@stavatti.com |
| **Subject:** | Re: Activity in Case 2:23-cv-00226-DJH Dimitrov v. Stavatti Aerospace Limited et al Order on Motion for Miscellaneous Relief |

Dear Terry,

Between you and I, it is very clear that Dimitrov and his counsel still "Don't Get It." They have no clue what Stavatti is about, what is happening, who we are working with or what damage they have done to the company. Fortunately all of the damage can be mitigated and reconciled, but it is painful. As you know just a few days ago Jim Rapallo converted his note to equity and is standing by for Stavatti to "Go Public." Today it was announced that a new rocket start-up named Ursa Major is going public in a $2.3 Billion deal. You may research this. This is the current reality.

Stavatti is a bidder on the US Navy UJTS competition. We have until September 9th to submit our proposal to the Navy to supply 216 new jet trainers to replace the T-45 Goshawk. That opportunity is valued at over $5 Billion. Dimitrov should foster our company, not attack it. We have provided ample evidence of our legitimacy and this lawsuit is impeding our ability not only to raise capital, but to do good things for the country, such as providing affordable, next generation, American built trainers for the Navy.

As you may be aware, from September 14-16th Stavatti will be an Exhibitor at the Air Force Association (AFA) Air, Space & Cyber Conference. Our Booth is number 112 and we are on the main floor exhibiting with all the major aerospace prime contractors from Boeing and Lockheed Martin, to Anduril. I am certain that if we were not a legitimate company we would not be allowed to exhibit at that prestigious event.

Of course our most significant opportunities may be emerging through our new joint venture company Stavatti Altair, Inc which despite the negativity of the Dimitrov lawsuit we organized last year and we are proceeding with the development of international partnerships which we believe will result in the funding, development and production of one or more of our new aircraft, beginning with the SM-31 Stiletto. We believe that ultimately Dimitrov may be repaid as Stavatti Altair advances. Ultimately, it is "going public" as in the case of Ursa Major, SpaceX and many others that will enable Dimitrov to truly benefit from Stavatti...but only if he converts his note and is patient...like the SpaceX investors who waited since the company was founded in March 2002 for it to finally go public!

Best Regards,

Chris

On 8/25/2026 6:32 PM, Terry Dunmire wrote:

> Hello Chris, John and Bill:
>
> Please see the attached response to my motion to withdraw for your review. I'll respond to this motion tomorrow.