UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>Stavatti Aerospace, Ltd., a Minnesota corporation; et al.<br><br>Defendants. | Case No. 2:23-CV-00226-PHX-DJH<br><br>**[*PROPOSED*] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE ENTITY DEFENDANTS' ANSWER, FOR ENTRY OF DEFAULT, AND FOR DEFAULT JUDGMENT** |

The Court, having reviewed the Plaintiff's Motion to Strike the Entity Defendants' Answer, for Entry of Default, and for Default Judgment, hereby ORDERS as follows:

**IT IS HEREBY ORDERED**, GRANTING the Plaintiff's Motion to Strike the Entity Defendants' Answer, for Entry of Default, and for Default Judgment.

**IT IS FURTHER ORDERED**, striking the Answer (Doc. 37) as to each Entity Defendants and directing the Clerk to enter their default under Rule 55(a);

**IT IS FURTHER ORDERED**, entering default judgment on Count 2 against Stavatti Aerospace, Ltd, a Wyoming corporation, and Stavatti Aerospace, Ltd, a Minnesota corporation, jointly and severally, for $1,000,000.00 in principal, plus prejudgment interest in an amount of at least $442,187.58 through October 2, 2026, and an additional $273.97 per day pay, post-judgment interest under 28 U.S.C. § 1961, and taxable costs and attorneys' fees in the amounts to be determined under L.R. Civ. 54.1 and 54.2;

**IT IS FURTHER ORDERED**, entering default as to liability against all Entity Defendants on Count 1, with damages, including treble damages and attorneys' fees, to be determined and entered with the final judgment after trial of the claims against the remaining defendants;

**IT IS FURTHER ORDERED**, denying any request by the Entity Defendants to extend the deadline set by Doc. 103 that is not filed by licensed counsel; and

**IT IS FURTHER ORDERED**, in the alternative, if the Court prefers to address default and default judgment in sequence, granting the relief in paragraph 1 now and permitting Mr. Dimitrov to file a renewed motion for default judgment within fourteen (14) days after the Clerk enters default.

______________________________
Honorable Diane J. Humetewa
United States District Judge