# EXHIBIT 1

ENARA
BRINGING LEGAL TO LIGHT

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Valentino Dimitrov, individually, and on behalf of all others similarly situated;

Plaintiff,

vs.

Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd., a New York corporation Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and Does 1 through 10, inclusive,

Defendants.

Case No.: 2:23-CV-00226-PHX-DJH

**DECLARATION OF ROSS P. MEYER IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE ENTITY DEFENDANTS' ANSWER, FOR ENTRY OF DEFAULT, AND FOR DEFAULT JUDGMENT**

I, Ross P. Meyer, declare as follows:

1. I am over the age of 18 and a resident of Arizona.

2. I am an attorney licensed to practice law in the State of Arizona and admitted to practice before this Court.

3. I am an attorney with Enara Law PLLC and one of the counsels of record for Plaintiff Valentino Dimitrov.

4. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

5. On August 27, 2026, the Court ordered that new counsel for the Stavatti entity defendants (the "Entity Defendants") file a Notice of Appearance within twenty-one (21) days. (Docs. 101, 103). On September 8, 2026, the Court terminated Terrance D. Dunmire as counsel of record for Defendants. (Doc. 105).

6. On October 1, 2026, I reviewed the docket in this action on CM/ECF. As of that date, no Notice of Appearance had been filed by any attorney on behalf of any Entity Defendant. No motion to extend the deadline to file a Notice of Appearance set by the Court's August 27, 2026 Order (Doc. 103) has been filed by or on behalf of any Entity Defendant. No application for admission pro hac vice had been filed on behalf of any Entity Defendant.

7. As of October 2, 2026, no attorney has contacted me, or, to my knowledge, any other attorney at Enara Law PLLC, to advise that he or she represents, or has been retained to represent, any Entity Defendant in this action. Neither Defendant Christopher R. Beskar nor Mark E. Ferrario, or anyone else at Greenberg Traurig, LLP, has contacted me about the representation of any Entity Defendant.

8. On September 17, 2026, at approximately 3:54 p.m. Arizona time, Mr. Beskar sent an email to the chambers of the Honorable Diane J. Humetewa. The subject

line of the email was "CV-23-00226-PHX-DJH: Dimitrov v. Stavatti Aerospace Limited, et al. -Request for additional time to file Notice of Appearance (Doc. 103)." I was copied on the email, along with George K. Chebat, Filings@EnaraLaw.com, Nino Abate (counsel for Defendants Brian and Corrina Colvin), and Defendants John Simon and William Mcewen. At approximately 4:58 p.m. Arizona time the same day, chambers replied to Mr. Beskar and all copied recipients: "The parties cannot communicate with the Court via email. Any request or information you need to communicate with the Court must be done on the public docket." A true and correct copy of Mr. Beskar's email and the chambers reply, as received by me, is attached to the Motion as Exhibit 2.

9. The Promissory Note required repayment of the $1,000,000.00 principal "in full on May 1, 2022." (Doc. 1-2). To my knowledge, no part of the principal has been repaid to Mr. Dimitrov. I calculated prejudgment simple interest on the $1,000,000.00 principal at ten percent (10%) per annum under A.R.S. § 44-1201(A), from May 2, 2022 through September 30, 2026, a period of 1,614 days: $1,000,000.00 × 10% ÷ 365 = $273.97 per day; $273.97 per day × 1,614 days = $442,187.58. Interest continues to accrue at $273.97 per day from October 2, 2026 through the date of judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED** this 2nd day of October 2026.

By: */s/ Ross P. Meyer*
Ross P. Meyer