# EXHIBIT 2

ENARA
BRINGING LEGAL TO LIGHT

ENARA
BRINGING LEGAL TO LIGHT

**Morgan Silva <morgan@enaralaw.com>**

---

## CV-23-00226-PHX-DJH: Dimitrov v. Stavatti Aerospace Limited, et al. -Request for additional time to file Notice of Appearance (Doc. 103)

3 messages

---

**Chris Beskar** <chris.beskar@stavatti.com> Thu, Sep 17, 2026 at 3:54 PM
Reply-To: chris.beskar@stavatti.com
To: humetewa_chambers@azd.uscourts.gov
Cc: Ross@enaralaw.com, nino@abatelaw.com, George@enaralaw.com, Filings@enaralaw.com, john.simon@stavatti.com, "bill.mcewen@stavatti.com" <bill.mcewen@stavatti.com>

Honorable Diana J. Humetewa and Chambers Staff:

I write regarding the Court's Order dated August 27, 2026 (Doc. 103). I am Christopher R. Beskar, a named defendant and President, Chairman, and CEO of the Stavatti entities that are Moving Defendants in this action. I copy Ross P. Meyer, counsel for Plaintiff; Nino Abate, counsel for Brian and Corrina Colvin;

Doc. 103 directed that new counsel for the Moving Defendants file a Notice of Appearance within 21 days. I understand that the Stavatti corporate defendants cannot proceed in this Court without admitted counsel, and that a failure to appear through counsel can expose those entities to default. We have been working to avoid that result and respectfully request a short additional period to complete the engagement of successor counsel and to arrange the funds that engagement requires.

**Efforts to retain new counsel.** At the August 27 hearing I advised the Court that replacement counsel had been identified but not yet retained. That remains the status. We have contacted Mark E. Ferrario of Greenberg Traurig, LLP, and requested that he undertake the representation. Engagement is not complete. We are waiting for Mr. Ferrario's response on conflicts, scope, and terms. We will cause a Notice of Appearance to be filed as soon as engagement is concluded and the retainer can be funded.

**Funding for successor counsel.** Successor counsel will require payment, or security for a retainer, before appearing. Arranging that funding is an immediate priority. We are pursuing two short-term sources in parallel:

First, a hard-money or similar short-term loan secured by the Company's real property at 9400 Porter Road, Niagara Falls, New York. That property is the Company's principal tangible asset and, in our judgment, the fastest available means of posting a retainer and, if terms can be reached, funding a resolution of this action.

Second, a short-term loan or advance from Haydar Alireza, with whom I and Stavatti Aerospace Ltd. have an existing business relationship on the SM-31 program. I have requested that Mr. Alireza consider advancing the funds needed to pay or secure successor counsel's retainer and, if

he is prepared to do so, an amount that would permit an outright settlement. No such loan has closed as of this writing. The request has been made because of that existing relationship and because the Porter Road property can support security for a short-term advance.

**Funding and settlement posture.** We are also continuing efforts toward a sale or refinance of the Porter Road property as a longer path to a funded resolution. I do not ask the Court to act on settlement, to value the property, or to compel any third party. I mention these efforts only so the Court has an accurate picture of the work underway to retain counsel and to avoid a default of the corporate defendants.

**Relief requested.** We respectfully request one additional month, through and including **October 19, 2026**, for new counsel to file a Notice of Appearance. The Final Pretrial Conference remains January 26, 2027. The Joint Proposed Final Pretrial Order and motions in limine remain due January 5, 2027, with responses due January 12, 2027. An appearance by mid-October would still leave successor counsel more than two months to receive the file and meet those dates. We do not ask the Court to move the January 2027 dates or to stay the case.

Please file this correspondence on the docket so that it is part of the record, or let me know how the Court prefers this request to be presented until successor counsel has appeared. I apologize for writing by email but successor counsel has not yet appeared and I did not want the appearance deadline to pass without advising the Court of our efforts.

I can be reached at chris.beskar@stavatti.com or (651) 238-5369.

Respectfully,

Christopher R. Beskar

Defendant, individually

President, Chairman, and CEO

Stavatti Aerospace Ltd.

9400 Porter Road

Niagara Falls, New York 14304

chris.beskar@stavatti.com

Tel: (651) 238-5369

--
******************************************************************************************
STAVATTI AEROSPACE LTD
MN TEL: 651-238-5369
NY TEL: 716-205-8396

email: aerospace@stavatti.com
https://www.stavatti.com
https://x.com/StavattiAero

STAVATTI NIAGARA
9400 Porter Road
Niagara Falls, NY 14304
USA

Information in this communication is proprietary and is intended solely for the use of the designated addressee. Any unauthorized use, disclosure, distribution and/or copying of this communication is strictly prohibited.

Technical Data as defined in 22 CFR 120.10 or 15 CFR 779.1 is not included within this email. This email is not subject to U.S. export control.

U.S. GOVERNMENT DISCLAIMER : Information contained within this email does not reflect U.S. DoD concurrence or the official position of the U.S. Government. U.S. DoD verification of the accuracy of the data and/or USG commitment to furnish information or material is neither implied nor intended.

SECURITY STATEMENT: This e-mail has been created in the knowledge that the Internet and e-mail is not a 100% secure communications medium. We advise that you understand the potential for a compromise or breach in internet communications integrity and security and take any necessary measures when transmitting or receiving e-mail.

*********************************************************************************

--
You received this message because you are subscribed to the Google Groups "Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to team+unsubscribe@enaralaw.com.
To view this discussion visit https://groups.google.com/a/enaralaw.com/d/msgid/team/6AAC6F8E.5070001%40stavatti.com.
For more options, visit https://groups.google.com/a/enaralaw.com/d/optout.

---

**AZDdb_Humetewa Chambers** <humetewa_chambers@azd.uscourts.gov> Thu, Sep 17, 2026 at 4:58 PM

To: "chris.beskar@stavatti.com" <chris.beskar@stavatti.com>
Cc: "Ross@EnaraLaw.com" <Ross@enaralaw.com>, "nino@abatelaw.com" <nino@abatelaw.com>, "George@EnaraLaw.com" <George@enaralaw.com>, "Filings@EnaraLaw.com" <Filings@enaralaw.com>, "john.simon@stavatti.com" <john.simon@stavatti.com>, "bill.mcewen@stavatti.com" <bill.mcewen@stavatti.com>

Mr. Beskar,

The parties cannot communicate with the Court via email. Any request or information you need to communicate with the Court must be done on the public docket.

Regards,

Chambers staff

---

**From:** Chris Beskar <chris.beskar@stavatti.com>
**Sent:** Thursday, September 17, 2026 3:54 PM
**To:** AZDdb_Humetewa Chambers <humetewa_chambers@azd.uscourts.gov>
**Cc:** Ross@EnaraLaw.com; nino@abatelaw.com; George@EnaraLaw.com; Filings@EnaraLaw.com; john.simon@stavatti.com; bill.mcewen@stavatti.com
**Subject:** CV-23-00226-PHX-DJH: Dimitrov v. Stavatti Aerospace Limited, et al. -Request for additional time to file Notice of Appearance (Doc. 103)

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--
You received this message because you are subscribed to the Google Groups "Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to team+unsubscribe@enaralaw.com.
To view this discussion visit https://groups.google.com/a/enaralaw.com/d/msgid/team/SA1PR09MB121742A59232E500CECF799E4B3B82%40SA1PR09MB12174.namprd09.prod.outlook.com.
[Quoted text hidden]

---

**Ross Meyer** <ross@enaralaw.com> Thu, Sep 17, 2026 at 5:11 PM
To: Morgan Silva <morgan@enaralaw.com>, George Chebat <George@enaralaw.com>

Get Outlook for iOS

---

**From:** AZDdb_Humetewa Chambers <humetewa_chambers@azd.uscourts.gov>
**Sent:** Thursday, 17 September 2026 18:58:56
**To:** chris.beskar@stavatti.com <chris.beskar@stavatti.com>
**Cc:** Ross@EnaraLaw.com <Ross@EnaraLaw.com>; nino@abatelaw.com <nino@abatelaw.com>; George@EnaraLaw.com <George@EnaraLaw.com>; Filings@EnaraLaw.com <Filings@EnaraLaw.com>; john.simon@stavatti.com <john.simon@stavatti.com>; bill.mcewen@stavatti.com <bill.mcewen@stavatti.com>
**Subject:** RE: CV-23-00226-PHX-DJH: Dimitrov v. Stavatti Aerospace Limited, et al. -Request for additional time to file Notice of Appearance (Doc. 103)

[Quoted text hidden]