✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 0 7 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Christopher R. Beskar
9400 Porter Road
Niagara Falls, New York 14304
Telephone: (651) 238-5369
Email: chris.beskar@stavatti.com
Defendant, appearing individually and as authorized representative of the corporate Moving Defendants, pending appearance

of successor counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Valentino Dimitrov,
Plaintiff,

v.

Stavatti Aerospace Limited, et al.,
Defendants.

**Case No.: 2:23-CV-00226-PHX-DJH**

**NOTICE OF STATUS REGARDING SUCCESSOR COUNSEL AND REQUEST FOR ADDITIONAL TIME TO FILE NOTICE OF APPEARANCE**

***(First Request)***

Assigned to the Hon. Diana J. Humetewa

Christopher R. Beskar, a named defendant and President, Chairman, and CEO of the Stavatti entities that are Moving Defendants, respectfully submits this Notice and Request so that it may be filed on the public docket. This filing is made because correspondence directed to chambers is not a substitute for a filing in the record.

**I. Status of successor counsel**

1. On August 27, 2026, the Court conditionally granted the withdrawal of Terrance D. Dunmire and directed that new counsel for the Moving Defendants file a Notice of Appearance within 21 days. (Doc. 103.) Mr. Dunmire has advised that he no longer represents the Moving Defendants in this action. Successor counsel has not yet appeared.

2. At the August 27 hearing, Mr. Beskar advised the Court that replacement counsel had been identified but not yet retained. That firm was Greenberg Traurig, LLP. Correspondence was conducted with Mark E. Ferrario and with Alayne Opie, a shareholder of the firm. On September 30, 2026, Ms. Opie wrote that Greenberg Traurig is unable to take the engagement because the

firm is conflicted. The engagement was not accepted. No Notice of Appearance will be filed by Greenberg Traurig.

3. The Moving Defendants are seeking alternate counsel who are admitted, or able to appear, in this District. They are in communication with potential alternate counsel and will cause a Notice of Appearance to be filed as soon as an engagement is accepted.

4. Mr. Beskar understands that the corporate Moving Defendants cannot maintain this action without counsel, and that a failure to appear through counsel can expose those entities to default. This Notice is submitted to place the conflict decline and the continuing search for counsel on the public docket, and to request a short additional period in which admitted counsel may appear. The corporate Moving Defendants do not purport to appear in their own right.

**II. Request**

5. The Moving Defendants respectfully request that the Court allow additional time, through and including November 4, 2026, for new counsel to file a Notice of Appearance. No prior extension of the Notice of Appearance deadline in Doc. 103 has been granted. This is the first request filed on the docket.

6. They do not ask the Court to move the January 26, 2027 Final Pretrial Conference, the January 5, 2027 deadline for the Joint Proposed Final Pretrial Order and motions in limine, or the January 12, 2027 response date. A proposed form of order is lodged separately.

7. Counsel for Plaintiff and counsel for Brian and Corrina Colvin are being served with this filing. Their positions have not yet been obtained. This filing is made now so that the status is on the public docket without further delay.

Respectfully submitted this 5th day of October, 2026.

Christopher R. Beskar
Defendant, individually; and
President, Chairman, and CEO
Stavatti Aerospace Ltd.
9400 Porter Road
Niagara Falls, New York 14304
chris.beskar@stavatti.com
(651) 238-5369