STAVATTI®

October 5, 2026

Clerk of Court
United States District Court
District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003-2118

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 07 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

**Re: Dimitrov v. Stavatti Aerospace Limited, et al.**
**Case No.: 2:23-CV-00226-PHX-DJH**
**Transmittal for filing on the public docket**

Dear Clerk of Court:

Please file the enclosed Notice of Status Regarding Successor Counsel and Request for Additional Time to File Notice of Appearance, together with the lodged proposed order, on the public docket in the above-captioned case. This letter is a transmittal only. The enclosed Notice is the filing.

I am Christopher R. Beskar, a named defendant and President, Chairman, and CEO of the Stavatti entities that are Moving Defendants. I am not admitted counsel. The corporate Moving Defendants do not appear by this letter.

At the August 27, 2026 hearing I advised the Court that replacement counsel had been identified but not yet retained. That firm was Greenberg Traurig, LLP, through Mark E. Ferrario, with correspondence conducted through Alayne Opie, a shareholder of the firm. On September 30, 2026, Ms. Opie wrote that Greenberg Traurig is unable to take the engagement because the firm is conflicted. The engagement was not accepted. No Notice of Appearance will be filed by Greenberg Traurig.

We are seeking alternate counsel who are admitted, or able to appear, in this District. We are in communication with potential alternate counsel and will cause a Notice of Appearance to be filed as soon as an engagement is accepted. I understand that the corporate Moving Defendants cannot maintain this action without counsel, and that a failure to appear through counsel can expose those entities to default.

The enclosed Notice respectfully requests additional time, through and including November 4, 2026, for new counsel to file a Notice of Appearance. It does not ask the Court to move the January 26, 2027 Final Pretrial Conference, the January 5, 2027 deadline for the Joint Proposed Final Pretrial Order and motions in limine, or the January 12, 2027 response date.

Copies of the enclosed papers are being served on Ross P. Meyer and George K. Chebat, counsel for Plaintiff, and on Nino Abate, counsel for Brian and Corrina Colvin.

Respectfully,

Christopher R. Beskar
Defendant, individually
President, Chairman, and CEO
Stavatti Aerospace Ltd.

Enclosures: Notice of Status; Proposed Order
cc: Ross P. Meyer, Esq.; George K. Chebat, Esq.; Nino Abate, Esq.