**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Valentino Dimitrov,

Plaintiff,

v.

Stavatti Aerospace Limited, et al.,

Defendants.

No. CV-23-00226-PHX-DJH

**ORDER**

Before the Court is *pro se* Defendant Christopher Beskar's "Notice of Status Regarding Successor Counsel and Request for Additional Time to File Notice of Appearance" (Doc. 109). Mr. Beskar is the "President, Chairman, and CED of the Stavatti entities that are Moving Defendants" and who are currently without counsel. (*Id.* at 1).[1] The Court previously ordered the unrepresented Entity Defendants to have their new counsel file a Notice of Appearance on or about September 17, 2026 (Doc. 103). When that deadline passed without new counsel appearing, Plaintiff, seemingly without consulting any of the *pro se* Defendants, filed a Motion to Strike the Entity Defendants' Answer, For Entry of Default, and for Default Judgment (Doc. 107) against the Entity Defendants. The Court, in turn ordered the Entity Defendants to show cause why Plaintiff's Motion should not be granted and default entered against them. (Doc. 108).

[1] The entity Defendants are Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; and Stavatti Heavy Industries Ltd, a Hawaii corporation (hereafter, "Entity Defendants").

The Court further stated that if counsel filed a notice of appearance by October 19, 2026, the Order to Show Cause would be vacated and Plaintiff's Motion summarily denied. (*Id.*). Mr. Beskar, seemingly in his capacity as "President, Chairman and CEO" of the Entity Defendants now asks the Court for an extension to November 4, 2026, for Entity Defendants to find counsel and file a notice of appearance. (Docs. 109 & 110). Under these circumstances, the Court finds an extension warranted and unlikely to prejudice Plaintiff. Discovery in this matter has concluded and a Final Pretrial Conference has been set for January 26, 2027. To the extent possible, the issues presented should be decided on the merits and not on default.

Accordingly, and for good cause showing,

**IT IS ORDERED granting** the "Notice of Status Regarding Successor Counsel and Request for Additional Time to File Notice of Appearance" (Doc. 109). Entity Defendants shall have until November 4, 2026, for their new counsel to file a Notice of Appearance.

**IT IS FURTHER ORDERED denying** Plaintiff's Motion to Strike the Entity Defendants' Answer, For Entry of Default, and for Default Judgment (Doc. 107) as premature.

Dated this 8th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge