THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 13 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Christopher R. Beskar
9400 Porter Road
Niagara Falls, New York 14304
Telephone: (651) 238-5369
Email: chris.beskar@stavatti.com
Defendant, appearing individually only

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Valentino Dimitrov,
Plaintiff,

v.

Stavatti Aerospace Limited, et al.,
Defendants.

**Case No.: 2:23-CV-00226-PHX-DJH**

**CHRISTOPHER R. BESKAR'S NOTICE REGARDING PLAINTIFF'S MOTION TO STRIKE, FOR DEFAULT, AND FOR DEFAULT JUDGMENT (DOC. 107)**

Christopher R. Beskar, a named individual defendant, submits this Notice so that Plaintiff's Motion to Strike the Entity Defendants' Answer, for Entry of Default, and for Default Judgment (Doc. 107), filed October 2, 2026, does not go unanswered while a related filing is in transit to the Clerk. Mr. Beskar appears individually only. He is not admitted counsel. This Notice is not an appearance for any Stavatti entity.

1. Doc. 107 does not seek relief against Mr. Beskar or the other individual defendants. It seeks to strike the Answer (Doc. 37) as to the Entity Defendants, to enter their default, and to enter default judgment, including a money judgment on Count 2 against Stavatti Aerospace, Ltd., a Wyoming corporation, and Stavatti Aerospace, Ltd., a Minnesota corporation.

2. On October 5, 2026, Mr. Beskar mailed to the Clerk, by USPS Priority Mail, a Notice of Status Regarding Successor Counsel and Request for Additional Time to File Notice of Appearance, a proposed order, and a transmittal letter. That request asks for time through November 4, 2026, for new counsel to appear. It does not ask to move the January 2027 pretrial dates. Copies were emailed the same evening to counsel for Plaintiff and to Nino Abate. The papers had not been docketed when Doc. 107 was filed, because Doc. 107 was filed on October 2.

3. Greenberg Traurig, LLP declined the engagement on September 30, 2026, because the firm is conflicted. No Notice of Appearance will be filed by that firm. Alternate counsel is being sought. Mr. Beskar understands that the Entity Defendants cannot oppose Doc. 107, or appear in this action, except through admitted counsel.

4. Mr. Beskar respectfully asks the Court to defer ruling on Doc. 107 until the October 5, 2026 filing has been received and docketed, and until successor counsel has had a short opportunity to appear and respond for the Entity Defendants. He asks that default not be entered against the Entity Defendants while that request is in the mail. He does not ask the Court to decide the merits of Doc. 107 on this Notice.

Respectfully submitted this 6th day of October, 2026.

Christopher R. Beskar
Defendant, individually
9400 Porter Road
Niagara Falls, New York 14304
chris.beskar@stavatti.com
(651) 238-5369

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I served a true copy of this Notice by email and by United States Mail on Ross P. Meyer, George K. Chebat, and Morgan E. Silva, Enara Law PLLC, 2150 East Highland Avenue, Unit 212, Phoenix, Arizona 85016, Ross@EnaraLaw.com, George@EnaraLaw.com, Morgan@EnaraLaw.com, Filings@EnaraLaw.com, counsel for Plaintiff; and on Nino Abate, The Law Office of Nino Abate, PLC, 300 West Clarendon Avenue, Suite 130, Phoenix, Arizona 85013, nino@abatelaw.com, counsel for Brian Colvin and Corrina Colvin.

Christopher R. Beskar