Patrick A. Tighe (#033885)
Zach Smith (#039367)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: ptighe@swlaw.com
zsmith@swlaw.com

*Attorneys for Defendants (except Brian Colvin, Corrina Colvin, Rudy Chacon, and Jane Doe Chacon)*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valentino Dimitrov, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Stavatti Aerospace, Ltd, a Minnesota corporation; Stavatti Aerospace, Ltd, a Wyoming corporation; Stavatti Corporation, a Minnesota corporation; Stavatti Immobiliare, Ltd, a Wyoming corporation; Stavatti Industries, Ltd, a Wyoming corporation; Stavatti Niagara, Ltd, a New York corporation; Stavatti Super Fulcrum, Ltd, a Wyoming corporation; Stavatti Ukraine, a Ukrainian business entity; Stavatti Heavy Industries Ltd, a Hawaii corporation; Christopher Beskar and Maja Beskar, husband and wife; Brian Colvin and Corrina Colvin, husband and wife; John Simon and Jean Simon, husband and wife; William Mcewen and Patricia Mcewen, husband and wife; Rudy Chacon and Jane Doe Chacon, husband and wife; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:23-cv-00226-DJH<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to Hon. Diane J. Humetewa) |

Defendants Stavatti Aerospace, Ltd. (Minnesota), Stavatti Aerospace, Ltd. (Wyoming), Stavatti Corporation, Stavatti Immobileare, Ltd., Stavatti Niagara, Ltd., Stavatti Super Fulcrum, Ltd., Stavatti Ukraine, Stavatti Heavy Industries Ltd., Christopher Beskar, Maja Beskar, John Simon, Jean Simon, William McEwen and Patricia McEwen (collectively, the "Defendants") give notice that Patrick A. Tighe and Zach Smith of the law firm of Snell & Wilmer L.L.P. are appearing as their counsel of record. Copies of all pleadings, notices, orders, and other documents related to this action should be served on the Defendants as follows:

Patrick A. Tighe (#033885)
Zach Smith (#039367)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
ptighe@swlaw.com
zsmith@swlaw.com

Additionally, on August 3, 2026, Defendants' prior counsel filed a notice of death of Rudy Chacon. *See* Dkt. 104. To date, undersigned counsel has not been able to identify or make contact with the legal representative for Mr. Chacon's estate, and thus, Snell & Wilmer and the undersigned counsel do not represent Mr. Chacon's estate.

DATED this 5th day of November, 2026.

SNELL & WILMER L.L.P.

By: *s/ Patrick A. Tighe*
Patrick A. Tighe
Zach Smith
One East Washington St., Ste. 2700
Phoenix, AZ 85004-2556

*Attorneys for Defendants (except Brian Colvin, Corrina Colvin, Rudy Chacon, and Jane Doe Chacon)*



SNELL
& WILMER